# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Greenlight Capital, Inc., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-4832 |
| James T. Fishback | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Greenlight Capital, Inc. and DME Capital Management, LP                                    .

Date:      06/25/2024

/s/ Stephen M. Baldini
*Attorney's signature*

Stephen M. Baldini (SB2070)
*Printed name and bar number*
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036

*Address*

sbaldini@akingump.com
*E-mail address*

(212) 872-1062
*Telephone number*

(212) 872-1002
*FAX number*