**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
Greenlight Capital, Inc., DME Capital          Case No. 24-cv-04832
Management, LP,

                       Plaintiffs,          **NOTICE OF APPEARANCE**

        -against-

James T. Fishback,

                    Defendant.
------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that the undersigned, Amanda P. Small of Abrams Fensterman, LLP, hereby appears as counsel for Defendant James T. Fishback in the above-captioned action and requests that all papers be served on her at the address below.

Dated: August 26, 2024

                                **ABRAMS FENSTERMAN, LLP**

                              */s/ Amanda P. Small*
                                Amanda P. Small
                                1 Metrotech Center, Suite 1701
                                Brooklyn, New York 11201
                                Tel.: (718) 215-5300 x 501
                                Email: asmall@abramslaw.com
                                *Counsel for Defendant James T. Fishback*