UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Greenlight Capital, Inc., DME Capital       :
Management, LP,                             :
                                            :       Case No.: 24-cv-04832-PAE
                              Plaintiffs,   :
                                            :
             –   against –                  :
                                            :
James T. Fishback,                          :
                                            :
                              Defendant.    :
-------------------------------------------------------------X

## DECLARATION OF DEFENDANT JAMES T. FISHBACK

JAMES T. FISHBACK declares pursuant to 28 U.S.C. § 1746 as follows:

1.      I am the Defendant in this action, and I am fully familiar with the facts and circumstances herein.

2.      I am a former employee of Plaintiff Greenlight Capital, Inc. which, based on paragraph 39 of the complaint, I understand has been succeeded by Plaintiff DME Capital Management, LP.

3.      On or around February 8, 2021, Greenlight and I executed an Employment Agreement, a true and correct copy of which is annexed hereto as Exhibit 1 (the "Employment Agreement").

4.      My understanding of paragraph 12 of the Employment Agreement is that "[a]ny dispute, controversy or claim arising out of or relating to this Agreement or [my] employment with the [Greenlight], whether arising during the term of employment or at or after its termination" must be submitted to arbitration.  Notably, as explained in my

1

Memorandum of Law, Greenlight itself previously sought to enforce this clause against me, and subsequently, the parties stipulated to submit disputes about my role and experience at Greenlight to arbitration.

5.      Upon a review of the complaint in this action, it appears that all of the claims and the vast majority of the allegations (many of which are false and misleading) "relate to" either my work for or role at Greenlight, or assert breaches of the Employment Agreement, as discussed in detail in my accompanying Memorandum of Law.

6.      Accordingly, I believe that the claims in this case are subject to mandatory arbitration, and I respectfully request that Plaintiffs be compelled to arbitrate any claims not dismissed on the merits.


To the best of my knowledge, information, and belief, I declare under penalty of perjury that the foregoing is true and correct.


Dated: August 25, 2024

James T. Fishback

2