**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
Greenlight Capital, Inc., DME Capital                    Case No. 24-cv-04832
Management, LP,

                        Plaintiffs,            **NOTICE OF APPEARANCE**

        -against-

James T. Fishback,

                        Defendant.
-----------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that the undersigned, Justin T. Kelton of Abrams Fensterman,

LLP, hereby appears as counsel for Defendant James T. Fishback in the above-captioned action

and requests that all papers be served on him at the address below.

Dated: August 26, 2024

                              **ABRAMS FENSTERMAN, LLP**

                        */s/ Justin T. Kelton*
                          Justin T. Kelton
                          1 Metrotech Center, Suite 1701
                          Brooklyn, New York 11201
                          Tel.: (718) 215-5300 x 501
                          Email: jkelton@abramslaw.com
                          *Counsel for Defendant James T. Fishback*