Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T   +1 212.872.1000
F   +1 212.872.1002
akingump.com



**Stephen M. Baldini**
+1 212.872.1062/fax: +1 212.872.1002
sbaldini@akingump.com

August 29, 2024

**<u>VIA ECF</u>**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:    *Greenlight Capital, Inc. et al. v. Fishback*, Case No. 24-cv-04832-PAE
(S.D.N.Y.)

Dear Judge Engelmayer:

We represent the Plaintiffs, Greenlight Capital, Inc. and DME Capital Management, LP (collectively, "<u>Plaintiffs</u>") in the above-referenced action.  Undersigned counsel has conferred with counsel to Defendant, James T. Fishback ("<u>Defendant</u>") and submits this joint letter on behalf of both parties to request an extension of time for certain filing deadlines in this action.

On August 26, 2024, Defendant filed a motion to dismiss, to strike, and to compel arbitration under Federal Rule of Civil Procedure 12 and the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* (the "<u>Motion to Dismiss</u>").  *See* ECF 10.

Pursuant to the Court's Order, dated August 27, 2024, Plaintiffs shall file any amended complaint by September 16, 2024.  *See* ECF 15.  If Plaintiffs do amend, by October 7, 2024, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying Plaintiffs, stating that Defendant relies on the previously filed Motion to Dismiss. *Id.*  If no amended complaint is filed, Plaintiffs shall serve any opposition to the Motion to Dismiss by September 16, 2024 and a reply from Defendant shall be served by September 30, 2024.  *Id.*

The parties have conferred regarding these deadlines, and respectfully request that the Court extend these deadlines as follows: Plaintiffs shall file any amended complaint by September 23, 2024.  If Plaintiffs do amend, by October 9, 2024, Defendant shall (1) file an answer; (2) file



Honorable Paul A. Engelmayer
August 29, 2024
Page 2

a new motion to dismiss; or (3) submit a letter to the Court, copying Plaintiffs, stating that Defendant relies on the previously filed Motion to Dismiss.  If no amended complaint is filed, Plaintiffs shall serve any opposition to the Motion to Dismiss by September 23, 2024 and a reply from Defendant shall be served by October 9, 2024.  The parties have not previously requested an extension for these deadlines.

We appreciate the Court's consideration of this request.


Sincerely,

*/s/ Stephen M. Baldini*
Stephen M. Baldini