UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Greenlight Capital, Inc., DME Capital
Management, LP,

                          Plaintiffs,

       –   against –

James T. Fishback,

                     Defendant.

-------------------------------------------------------------X

Case No.: 24-cv-04832-PAE

ORAL ARGUMENT
REQUESTED

## DEFENDANT JAMES T. FISHBACK'S NOTICE OF MOTION TO STRIKE

**PLEASE TAKE NOTICE** that Defendant James T. Fishback, through his undersigned attorneys, will move this Court before the Honorable Paul A. Engelmayer, at the Thurgood Marshall United States Courthouse for the Southern District of New York, 40 Foley Square, New York, NY 10007 on a date and at a time to be designated by the Court, for an Order:

1. Pursuant to Federal Rule of Civil Procedure 12(f), striking allegations in the First Amended Complaint that are irrelevant, immaterial, impertinent, salacious, and prejudicial; and

2. Granting to Mr. Fishback such other and further relief as the Court deems just and proper.

This motion is supported by Mr. Fishback's Memorandum of Law, dated October 9, 2024.

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 6.1(b), any opposing or response papers must be served within fourteen days of the service of these motion papers; and

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 6.1(b), any reply papers will be served within seven days after service of the answering papers; and

**PLEASE TAKE NOTICE** that Oral Argument is requested.

Dated:    Brooklyn, New York
          October 9, 2024

 

Respectfully submitted,

**ABRAMS FENSTERMAN, LLP**

 */s/ Justin T. Kelton*
Justin T. Kelton
Amanda P. Small
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
Tel: (718) 215-5300
Fax: (718) 215-5304
Email:  jkelton@abramslaw.com
Email:  asmall@abramslaw.com
*Counsel for Mr. Fishback*

2