UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREENLIGHT CAPITAL INC. et al.,

                      Plaintiffs,

-v-

JAMES T. FISHBACK,

                      Defendant.

24 Civ. 4832

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 9, 2024, defendant filed a motion to strike certain allegations from the first amended complaint. Dkt. 19. Plaintiffs have until November 5, 2024, to file a response. Defendant's reply, if any, is due November 12, 2024.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  _____
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: October 15, 2024
       New York, New York