

**Brooklyn**
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | P

Long Island · Brooklyn · White Plains · Rochester · Albany

December 20, 2024

**Via ECF**
Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Greenlight Capital, Inc. et al v. Fishback*, Case No. 24-cv-04832-PAE;
       **Unopposed Request For Adjournment Of Initial Conference**

Dear Judge Engelmayer:

We represent Defendant James Fishback in this matter, and we write pursuant to Your Honor's Individual Rule 1(E) to respectfully request a brief adjournment of the Initial Pretrial Conference scheduled for January 21, 2025 at 10:00 a.m., to avoid a potential conflict with an upcoming trial.

Specifically, on January 13, 2025, I will be beginning a trial in Supreme Court, New York County before Justice Melissa A. Crane. It is unclear whether the trial will be finished by January 21. Therefore, to avoid a potential conflict, we request that the Initial Pretrial Conference be adjourned one week, to January 28, 2025.

This is the first request to adjourn this conference, and the requested adjournment would affect other deadlines in this case. Plaintiffs' counsel does not oppose this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Justin T. Kelton*

Justin T. Kelton

Cc:   All counsel of record (via ECF)

GRANTED. The initial pretrial conference scheduled for January 21, 2025 is adjourned to January 28, 2025 at 3:30 p.m. The parties' pre-conference submissions, *see* Dkt. 25 at 1-2, will be due January 24, 2025.
**SO ORDERED.**

_____
**PAUL A. ENGELMAYER**
**United States District Judge**

Dated: December 20, 2024
New York, New York