Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T   +1 212.872.1000
F   +1 212.872.1002
akingump.com



**Stephen M. Baldini**
**+1 212.872.1062/fax: +1 212.872.1002**
**sbaldini@akingump.com**

January 24, 2025

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312

Re:    *Greenlight Capital, Inc., et al. v. Fishback*, 1:24-cv-04832-PAE

Dear Judge Engelmayer:

Plaintiffs, Greenlight Capital, Inc. ("Greenlight") and DME Capital Management, LP ("DME") (collectively, "Plaintiffs"), and Defendant, James T. Fishback ("Defendant") submit this joint letter in accordance with the Notice of Initial Pretrial Conference entered by the Court on December 19, 2024. (*See* ECF No. 25 (as modified by ECF No. 27)). The Initial Pretrial Conference is scheduled for **January 28, 2025** at **3:30 p.m.** (*See* ECF No. 27).

## 1. The Nature of the Action and Principal Defenses Thereto

Plaintiffs commenced this action by filing a complaint on June 25, 2024 (s*ee* ECF No. 1), as amended by Plaintiffs' first amended complaint filed on September 23, 2024. (*See* "FAC," ECF Doc. No. 18). The FAC contains one claim for breach of an employment agreement executed by Defendant and Greenlight on February 8, 2021 (the "Employment Agreement"). Defendant filed an answer on January 6, 2025. (*See* "Answer," ECF No. 28).

The parties agree that the Court has personal jurisdiction over the parties in this action, and that the Court has diversity jurisdiction. For purposes of diversity jurisdiction, Greenlight and DME are citizens of the states of Delaware (state of incorporation) and New York (principal place of business), and Defendant is a citizen of the state of Florida. Venue is also proper in this Court pursuant to 28 U.S.C. § 1391(b)(2), because a substantial part of the alleged events or omissions giving rise to the claim occurred in this district.



Plaintiffs: Greenlight and DME seek entry of a permanent injunction ordering Defendant to refrain from breaching the terms of his Employment Agreement and a judgment against Defendant in an amount of monetary damages to be determined at trial, including but not limited to damages in an amount sufficient to compensate Plaintiffs for Defendant's breach of contract, plus punitive and/or liquidated damages, reasonable costs and disbursements, and pre-judgment interest.  Plaintiffs consider that there are no meritorious defenses to its claim.

Defendant:  Defendant contends that Plaintiffs will be unable to meet their burden to prove that they are entitled to either an injunction or an award of monetary damages.  Defendant denies breaching his employment agreement, including by using or disclosing confidential information.  Moreover, Defendant contends that Plaintiffs will be unable to meet their burden to prove that they suffered any legally cognizable damage caused by Defendant.  Additionally, Plaintiffs are not entitled to punitive and/or liquidated damages.

## 2.      Contemplated & Outstanding Motions

There are no outstanding motions in this action at this time.

Plaintiffs: Plaintiffs do not anticipate filing any motions in the immediate future; however, Plaintiffs consider it likely that they will have grounds to move for summary judgment following discovery.  Plaintiffs also reserve the right to move to strike Defendant's jury demand, but consider that the appropriate time to do so will be near or following the close of discovery.[1] *Taupita Inv., Ltd. v. Benny Ping Wing Leung*, No. 14 CIV. 9739 (PAE), 2017 WL 3600422, at *13 (S.D.N.Y. Aug. 17, 2017) (observing that motion to strike jury demand was "better resolved following discovery and resolution of any motions for summary judgment, at which point it will be more clear which, if any, parties and claims are headed for trial.").

Defendant: Defendant does not anticipate filing any motions in the immediate future.

---

[1] Under Federal Rule of Civil Procedure 39, when a demand for a jury trial is made, the court, "on motion or on its own," may strike the demand where it "finds that on some or all of [the] issues there is no federal right to a jury trial." Fed. R. Civ. P. 39(a)(2).  "[A] court has the discretion to permit a motion to strike a jury demand at any time, even on the eve of trial." *Bear, Stearns Funding, Inc. v. Interface Grp.-Nevada, Inc.*, 2007 WL 3286645, at *3 (S.D.N.Y. Nov. 7, 2007).  As a result, the parties have not indicated whether the case should be tried by a jury in the proposed Civil Case Management and Scheduling Order submitted herewith.



### 3. Prospect for Settlement Discussions

The parties have engaged in global settlement negotiations and exchanged settlement offers at multiple points during the pendency of this case. As of the date of this letter, there are no active settlement discussions, and no pending settlement offers by either party.

Plaintiffs: Plaintiffs consider that the prospect of settlement is remote, and that settlement discussions would not be productive at this time.

Defendant: Defendant has expressed that he is interested in pursuing settlement negotiations, and he believes that a referral to a Magistrate or mediator for purposes of negotiations relating to the specific issues involved in this case would be beneficial. However, Plaintiffs have indicated that they are not interested in pursuing negotiations.

*****

We appreciate the Court's attention to this matter and are available to answer any questions or address any concerns the Court may have.

Respectfully submitted,

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF<br>**AKIN GUMP STRAUSS HAUER & FELD** | ATTORNEYS FOR DEFENDANT<br>**ABRAMS FENSTERMAN, LLP** |
| By: */s/ Stephen M. Baldini* | By: */s/ Justin T. Kelton* |
| Stephen M. Baldini | Justin T. Kelton |
| One Bryant Park | 1 MetroTech Center, Suite 1701 |
| New York, New York 10036 | Brooklyn, NY 11201 |
| Tel: (212) 872-1062 | Tel: (718) 215-5300 |
| Fax: (212) 872-1002 | Fax: (718) 215-5304 |
| | |
| *Counsel for Plaintiffs Greenlight Capital, Inc.*<br>*and DME Capital Management, LP* | *Counsel for Defendant James T. Fishback* |