UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Greenlight Capital, Inc., DME Capital Management, LP,<br><br>        Plaintiffs,<br><br>-vs.-<br><br>James T. Fishback,<br><br>        Defendant. | **NOTICE OF PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S OFFER OF JUDGMENT FROM THE DOCKET**<br><br>No. 24-cv-04832-PAE |

  **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, Plaintiffs, Greenlight Capital, Inc. and DME Capital Management, LP, through their attorneys, will move this Court before the Honorable Paul A. Engelmayer, at the Thurgood Marshall United States Courthouse for the Southern District of New York, 40 Foley Square, New York, NY 10007 on a date and at a time to be designated by the Court, for an Order striking the Offer of Judgment filed by Defendant, James T. Fishback on April 2, 2025, *see* ECF No. 33, from the docket in this matter pursuant to Federal Rule of Civil Procedure 68, and granting such other further relief as the Court deems just and proper.

1

New York, New York
Dated: April 16, 2025

                              Respectfully submitted,

                              AKIN GUMP STRAUSS HAUER & FELD LLP

                              By:  */s/ Stephen M. Baldini*__
                              Stephen M. Baldini
                              Akin Gump Strauss Hauer & Feld LLP
                              One Bryant Park
                              New York, New York 10036
                              Telephone: 212-872-1000
                              Fax: 212-872-1002
                              sbaldini@akingump.com

                              *Counsel for Plaintiffs Greenlight Capital, Inc. and DME Capital Management, LP*