**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Greenlight Capital, Inc., DME Capital Management, LP, <br><br>                    Plaintiffs, <br><br> -vs.- <br><br> James T. Fishback, <br><br>                    Defendant. | **NOTICE OF PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S OFFER OF JUDGMENT FROM THE DOCKET** <br><br> No. 24-cv-04832-PAE |

     **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, Plaintiffs, Greenlight Capital, Inc. and DME Capital Management, LP, through their attorneys, will move this Court before the Honorable Paul A. Engelmayer, at the Thurgood Marshall United States Courthouse for the Southern District of New York, 40 Foley Square, New York, NY 10007 on a date and at a time to be designated by the Court, for an Order striking the Offer of Judgment filed by Defendant, James T. Fishback on April 2, 2025, *see* ECF No. 33, from the docket in this matter pursuant to Federal Rule of Civil Procedure 68, and granting such other further relief as the Court deems just and proper.

New York, New York
Dated: April 16, 2025

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Stephen M. Baldini*
Stephen M. Baldini
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone: 212-872-1000
Fax: 212-872-1002
sbaldini@akingump.com

*Counsel for Plaintiffs Greenlight Capital, Inc. and*
*DME Capital Management, LP*

The Court directs defendant to file a response by April 22, 2025.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 17, 2025
     New York, New York