Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T  +1 212.872.1000
F  +1 212.872.1002
akingump.com



Stephen M. Baldini
+1 212.872.1062/fax: +1 212.872.1002
sbaldini@akingump.com

May 9, 2025

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312

Re:     *Greenlight Capital, Inc., et al. v. Fishback*, 1:24-cv-04832-PAE

Dear Judge Engelmayer:

We represent Plaintiffs, Greenlight Capital, Inc. ("Greenlight") and DME Capital Management, LP ("DME"). Undersigned counsel has conferred with counsel to Defendant, James T. Fishback ("Defendant") and submits this joint letter on behalf of both parties to request an extension of the deadlines in the Case Management Plan and Scheduling Order ("Scheduling Order") entered by the Court on January 28, 2025 *see* ECF 30, and entry of the Proposed Amended Scheduling Order setting forth those extended deadlines, submitted herewith.

Pursuant to the Scheduling Order, the current deadline to complete fact discovery is May 23, 2025 and the current deadline to complete all discovery (including expert discovery) is July 7, 2025. *See* Scheduling Order ¶¶ 5, 7. The parties seek a four-week extension for each of those deadlines, to June 20, 2025 and August 4, 2025 respectively.[1]

This is the first request for an extension of any of the deadlines in the Scheduling Order. Both parties consent to the proposed extensions in the Proposed Amended Scheduling Order. The parties require an extension to conduct depositions on dates when the necessary witnesses and counsel have mutual availability.

---

[1] The parties have also agreed among themselves to extend the interim deadlines for completion of depositions and service of requests for admission until June 17, 2025 pursuant to paragraph 6(c)-(d) of the Scheduling Order, should the Court enter the requested Amended Scheduling Order. The parties previously agreed to extend the deadline for the completion of depositions and requests for admission to May 21, 2025 via email on April 18, 2025.

**Akin**

\*\*\*\*\*

We appreciate the Court's attention to this matter and are available to answer any questions or address any concerns the Court may have.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF
**AKIN GUMP STRAUSS HAUER & FELD**

By: /s/ Stephen M. Baldini
Stephen M. Baldini
One Bryant Park
New York, New York 10036
Tel: (212) 872-1062
Fax: (212) 872-1002

*Counsel for Plaintiffs Greenlight Capital, Inc.
and DME Capital Management, LP*

ATTORNEYS FOR DEFENDANT
**ABRAMS FENSTERMAN, LLP**

By: /s/ Justin T. Kelton
Justin T. Kelton
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
Tel: (718) 215-5300
Fax: (718) 215-5304

*Counsel for Defendant James T. Fishback*

GRANTED. The telephonic case management conference scheduled for June 18, 2025 is adjourned to July 23, 2025 at 4 p.m.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 12, 2025
       New York, New York