Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T   +1 212.872.1000
F   +1 212.872.1002
akingump.com



**Stephen M. Baldini**
**+1 212.872.1062/fax: +1 212.872.1002**
**sbaldini@akingump.com**

June 18, 2025

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312

Re:     *Greenlight Capital, Inc., et al. v. Fishback*, 1:24-cv-04832-PAE

Dear Judge Engelmayer:

We represent Plaintiffs, Greenlight Capital, Inc. ("Greenlight") and DME Capital Management, LP ("DME"). Undersigned counsel has conferred with counsel to Defendant, James T. Fishback ("Defendant") and submits this joint letter on behalf of both parties to request an extension of the deadlines in the Amended Case Management Plan and Scheduling Order ("Amended Scheduling Order") entered by the Court on May 12, 2025, *see* ECF 41, and entry of the Second Proposed Amended Scheduling Order setting forth those extended deadlines, submitted herewith.

Pursuant to the Amended Scheduling Order, the current deadline to complete fact discovery is June 20, 2025, and the current deadline to complete all discovery (including expert discovery) is August 4, 2025. *See* Amended Scheduling Order ¶¶ 5, 7. The parties seek a four-week extension for each of those deadlines, to July 18, 2025 and September 2, 2025 respectively.[1]

This is the second request for an extension of the deadlines in the Scheduling Order. Both parties consent to the proposed extensions in the Second Proposed Amended Scheduling Order. The prior extension request was granted to allow parties to conduct depositions on dates when the necessary witnesses and counsel had mutual availability. The parties require a second extension

---

[1] The parties have also agreed among themselves to extend the interim deadline for completion and service of requests for admission until July 15, 2025, pursuant to paragraph 6(d) of the Scheduling Order, should the Court enter the Second Proposed Amended Scheduling Order. The parties previously agreed to extend the deadline for the completion of depositions and requests for admission to June 17, 2025 via the Amended Scheduling Order.



to resolve outstanding questions regarding document productions that arose in connection with deposition testimony.  The parties also require additional time to complete their own privilege logs and to review one another's privilege logs.

*****

      We appreciate the Court's attention to this matter and are available to answer any questions or address any concerns the Court may have.

Respectfully submitted,

| ATTORNEYS FOR PLAINTIFF<br>**AKIN GUMP STRAUSS HAUER & FELD** | ATTORNEYS FOR DEFENDANT<br>**ABRAMS FENSTERMAN, LLP** |
|---|---|
| By: */s/ Stephen M. Baldini* | By: */s/ Justin T. Kelton* |
| Stephen M. Baldini | Justin T. Kelton |
| One Bryant Park | 1 MetroTech Center, Suite 1701 |
| New York, New York 10036 | Brooklyn, NY 11201 |
| Tel: (212) 872-1062 | Tel: (718) 215-5300 |
| Fax: (212) 872-1002 | Fax: (718) 215-5304 |
| *Counsel for Plaintiffs Greenlight Capital, Inc. and DME Capital Management, LP* | *Counsel for Defendant James T. Fishback* |