UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Greenlight Capital, Inc., DME Capital    :
Management, LP,     :
     :    Case No.: 24-cv-04832-PAE
    Plaintiffs,    :
     :
   –   against –     :    **STIPULATION AND**
     :    **PROPOSED ORDER**
James T. Fishback,     :
     :
    Defendant.    :
------------------------------------------------------------X

The undersigned hereby stipulate and agree to the substitution of defendant James T.

Fishback, *pro se*, in the above-captioned action, in place and instead of the law firm of Abrams

Fensterman, LLP, and its attorneys Justin T. Kelton and Amanda P. Small.


Dated:     Brooklyn, New York
      July 15, 2025

                **ABRAMS FENSTERMAN, LLP**

                */s/ Justin T. Kelton*
                Justin T. Kelton
                Amanda P. Small
                1 MetroTech Center, Suite 1701
                Brooklyn, NY 11201
                Tel: (718) 215-5300
                Fax: (718) 215-5304
                Email: jkelton@abramslaw.com
                Email: asmall@abramslaw.com

                James T. Fishback

**SO ORDERED: _____**
          **Judge Paul A. Engelmayer**

1