

**Brooklyn**
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | **P**

Long Island · Brooklyn · White Plains · Rochester · Albany

July 17, 2025

**Via ECF**
Hon. Paul A. Engelmayer, United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> **Re:**   *Greenlight v. Fishback*, SDNY Case No. 24-cv-04832-PAE;
> **Request For Permission For Mr. Fishback To Appear Telephonically**

Dear Judge Engelmayer:

On July 16, 2025, the Court issued an Order in connection with our pending motion for leave to withdraw, scheduling an in-person conference for Monday Jule 21, 2025, at 3:00 p.m., and the Court directed me and defendant James Fishback to attend. (*See* Dkt. No. 49).

Mr. Fishback is currently living in Florida, and therefore, he respectfully requests that he be permitted to attend and participate telephonically.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Justin T. Kelton*

Justin T. Kelton

Cc:   All counsel of record (*via ECF*)

James T. Fishback (*via Email*)

DENIED.  Given that Mr. Fishback has expressed a desire to proceed *pro se*, *see* Dkt. 48, the Court views his in-person attendance at the conference necessary to ensure the orderly prosecution of this action.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 17, 2025
New York, New York