UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREENLIGHT CAPITAL, INC., *and*
DME CAPITAL MANAGEMENT, LP,

                         Plaintiffs,

               -v-

JAMES T. FISHBACK,

                         Defendant.

24 Civ. 4832 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

        The Court held a hearing yesterday as to the motion by counsel for defendant, Justin T. Kelton, Esq., for leave to withdraw. The Court stated that it will not rule on that motion until (1) the docket reflects that defendant James T. Fishback has obtained permission to participate in electronic case filing (ECF), and (2) plaintiffs file a letter certifying that all outstanding issues as to fact discovery have been resolved.

        The Court set the following schedule for the filing of pre-motion letters in advance of the case management conference:

- Pre-motion letters will be due August 8, 2025
- Responses will be due August 15, 2025

The Court will hold the case management conference in person, **at 11 a.m. on September 4, 2025, in Courtroom 1305 of the Thurgood Marshall United States Courthouse**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 22, 2025
       New York, New York