AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Greenlight Capital, Inc., et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-4832-PAE |
| James T. Fishback | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Greenlight Capital, Inc. and DME Capital Management, LP.

Date: 09/02/2025

/s/ Daniel W. Slemmer
*Attorney's signature*

Daniel W. Slemmer (5886510)
*Printed name and bar number*
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036

*Address*

dslemmer@akingump.com
*E-mail address*

(212) 872-7425
*Telephone number*

(212) 872-1002
*FAX number*