

**Brooklyn**
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | P

Long Island · Brooklyn · White Plains · Rochester · Albany

September 3, 2025

<u>Via ECF</u>
The Honorable Paul A. Engelmayer
United States District Court - Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312

Re: <u>*Greenlight Capital, Inc., et al. v. Fishback*, 1:24-cv-04832-PAE</u>

Dear Judge Engelmayer:

We write on behalf of defendant James Fishback. In preparation for the case management conference scheduled for tomorrow, September 4, Mr. Fishback has given further consideration to the pre-motion letter filed by Plaintiffs Greenlight Capital, Inc. ("Greenlight") and DME Capital Management, LP (together "Plaintiffs"), relating to Plaintiffs' proposed motion for summary judgment (Dkt. No. 54).

Mr. Fishback wishes to advise the Court and Plaintiffs that he waives his potential defenses as contemplated in his response to the pre-motion letter (Dkt. No. 55), he will not oppose a finding that he breached his employment agreement, and he will not oppose the injunctive relief requested by Plaintiffs in their letter. Thus, Mr. Fishback does not believe that a motion for summary judgment is necessary, because he is stipulating to the relief requested. To the extent that Plaintiffs seek specific factual findings, Mr. Fishback's hope and goal is to resolve same with Plaintiffs by agreement if possible.

Plaintiffs have not yet specified what fees they seek in this matter and, accordingly, Mr. Fishback reserves the right to review any fee application and respond as appropriate.

Mr. Fishback thanks the Court for its attention to this matter.

Respectfully submitted,

*/s/ Justin T. Kelton*

Justin T. Kelton