UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREENLIGHT CAPITAL, INC. *and*
DME CAPITAL MANAGEMENT, LP,

                              Plaintiffs,

                -v-

JAMES T. FISHBACK,

                              Defendant.

24 Civ. 4832 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

As discussed during yesterday's conference, the Court hereby sets the following schedule regarding plaintiffs' proposed summary judgment motion:

- Plaintiffs' motion is due October 10, 2025.

- Defendant's opposition is due October 24, 2025.

- Plaintiffs' reply, if any, is due October 31, 2025.

In the event that the parties enter into a joint stipulation as to defendant's liability and injunctive relief—as they anticipate doing—such stipulation is due September 19, 2025. Provided that the stipulation resolves all liability issues, the Court would expect to adjourn the above summary judgment briefing schedule, and use the same schedule for submissions relating to the tabulation of attorneys' fees and costs, which the parties agree is the sole component of monetary damage.

As to plaintiffs' letter of September 3, 2025, which identified a discovery dispute regarding certain text messages, Dkt. 57, defendant will file his response by September 8, 2025 (with an unredacted version sent by email to EngelmayerNYSDChambers@nysd.uscourts.gov, if needed). Plaintiffs will file their reply by September 10, 2025.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 5, 2025
       New York, New York