Case 1:24-cv-04832-PAE   Document 62-2   Filed 09/08/25   Page 1 of 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

JAMES FISHBACK,

        Plaintiff,

   - against -

GREENLIGHT CAPITAL, INC.,

        Defendant.

---

Index No.: 160289/2023

**STIPULATION OF
DISCONTINUANCE WITHOUT
PREJUDICE**

**WHEREAS**, Plaintiff James Fishback commenced the above-captioned action (the "Action") by filing a summons and complaint on October 23, 2023; and

**WHEREAS**, Plaintiff James Fishback commenced an action against Defendant Greenlight Capital, Inc. with the New York State Division of Human Rights (the "DHR Action") on October 23, 2023; and

**WHEREAS**, the filing of the DHR Action also caused the complaint in the DHR Action to be filed with the U.S. Equal Employment Opportunity Commission (the "EEOC Charge"); and

**WHEREAS**, the parties to this Action, the DHR Action, and the EEOC Charge wish to voluntarily discontinue this Action without prejudice, and to voluntarily discontinue the DHR Action and EEOC Charge without prejudice, such that the issues in this Action, the DHR Action, and the EEOC Charge can be addressed together in a combined arbitration;

**NOW, THEREFORE**, it is hereby stipulated and agreed by and among the parties through their undersigned counsel, that:

1. This Action is hereby discontinued without prejudice, and with each party bearing its own costs and expenses; and

1

Case 1:24-cv-04832-PAE     Document 62-2     Filed 09/08/25     Page 2 of 3

2. Plaintiff James Fishback shall take all steps necessary to promptly discontinue the DHR Action and EEOC Charge without prejudice, and with each party bearing its own costs and expenses; and

3. The parties hereby consent to submit all claims and causes of action that actually were asserted in this Action, the DHR Action, or the EEOC Charge to binding arbitration before the American Arbitration Association;

4. This Stipulation shall not limit the parties' abilities to assert any other claims or causes of action, which were not asserted in this Action, the DHR Action, or the EEOC Charge to binding arbitration before the American Arbitration Association or otherwise; and

5. This Stipulation may be executed in counterparts and electronic or facsimile signatures shall be deemed originals.

Case 1:24-cv-04832-PAE    Document 62-2    Filed 09/08/25    Page 3 of 3

Dated:     Brooklyn, New York
           January 24, 2023

**ABRAMS FENSTERMAN, LLP**

By:  */s/ Justin T. Kelton*
    Justin T. Kelton
    Mordecai Geisler
    1 MetroTech Center, Suite 1701
    Brooklyn, NY 11201
    Tel: (718) 215-5300
    Fax: (718) 215-5304
    Email:  jkelton@abramslaw.com
    Email:  mgeisler@abramslaw.com
    *Attorneys for Plaintiff*
    *James Fishback*

**AKIN GUMP STRAUSS HAUER & FELD, LLP**

By:  */s/ Stephen Baldini*
    Stephen Baldini
    Daniel Slemmer
    One Bryant Park
    New York, NY 10036-6745
    Tel.: 1 212.872.7425
    Email:  sbaldini@akingump.com
    Email:  dslemmer@akingump.com
    *Attorneys for Defendant*
    *Greenlight Capital, Inc.*

3