UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Greenlight Capital, Inc., DME Capital      :
Management, LP,                            :
                                           :      Case No.: 24-cv-04832-PAE
                         Plaintiffs,       :
                                           :
        –   against –                      :
                                           :
James T. Fishback,                         :
                                           :
                         Defendant.        :
-------------------------------------------------------------X

## <u>DECLARATION OF JUSTIN T. KELTON</u>

Justin T. Kelton declares pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an attorney duly licensed to practice in the State of New York and the United States District Court for the Southern District of New York, and I am a partner at Abrams Fensterman, LLP, attorneys for the Defendant James Fishback in this action.  I respectfully submit this Declaration in opposition to Plaintiffs' motion (Dkt. No. 57) seeking to compel production of unredacted versions of ten text messages (the "Texts").

2.      Annexed hereto as <u>Exhibit</u> A is a true and correct copy of Plaintiffs' requests for production of documents, dated February 14, 2025.

Dated:  September 8, 2025

                                                    _/s/ Justin T. Kelton_
                                                       Justin T. Kelton

1