

**Brooklyn**
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | **P**

Long Island · Brooklyn · White Plains · Rochester · Albany

September 11, 2025

<u>**Via ECF**</u>
The Honorable Paul A. Engelmayer
United States District Court - Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312

> **Re:** <u>***Greenlight Capital, Inc., et al. v. Fishback***, **1:24-cv-04832-PAE**</u>

Dear Judge Engelmayer:

We write on behalf of defendant James Fishback to correct what we believe is an incorrect statement in the reply (Dkt. No. 64) filed by Plaintiffs Greenlight Capital, Inc. ("Greenlight") and DME Capital Management, LP (together "Plaintiffs") in support of their motion to compel.

Plaintiffs state that in Text 3, "it is apparent that Defendant transmitted Greenlight's Confidential Information—specifically, internal rate of return sheets—to his father in these messages, as they are included within the document family as attachments. But such Confidential Information does not appear in the texts, which means that it was redacted. The fact that Defendant redacted a literal violation of the Confidentiality Provision is telling." (Dkt. No. 64 pp. 2-3).

However, Defendant produced the IRR sheet attached to Text 3 as FISHBACK043092. It was not redacted. And the reference to the attached IRR sheet is in Text 3 (and is not redacted) at page FISHBACK043076 (referring to an attachment titled FullSizeRender.heic).

Thus, to the extent that Plaintiffs' letter implies that Defendant redacted or did not produce the attachment, that is incorrect. The Text, as produced, shows that Defendant transmitted the IRR Sheet.

We thank the Court for its attention to this matter.

> Respectfully submitted,
>
> */s/ Justin T. Kelton*
>
> Justin T. Kelton