Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T  +1 212.872.1000
F  +1 212.872.1002
akingump.com



**Stephen M. Baldini**
+1 212.872.1062/fax: +1 212.872.1002
sbaldini@akingump.com

September 19, 2025

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312

      Re:    *Greenlight Capital, Inc., et al. v. Fishback*, 1:24-cv-04832-PAE

Dear Judge Engelmayer:

      We represent Plaintiffs, Greenlight Capital, Inc. ("Greenlight") and DME Capital Management, LP ("DME"). Undersigned counsel has conferred with counsel to Defendant, James T. Fishback ("Defendant") and submits this joint letter on behalf of both parties to request an extension of the September 19, 2025 deadline to submit a joint stipulation as to Defendant's liability and injunctive relief until September 24, 2025.

      The parties have endeavored to meet the current September 19, 2025 deadline, and have made significant progress in negotiating a proposed order that would resolve the issues of Defendant's liability and injunctive relief. However, there remain a few outstanding items that the parties are continuing to negotiate. Accordingly, the parties respectfully request that they be afforded a short period of additional time to continue working toward a resolution, and that the deadline for the submission of a joint proposed order be extended until September 24, 2025.

      This is the first request for an extension of this deadline, to which both parties consent.

*****

      We appreciate the Court's attention to this matter and are available to answer any questions or address any concerns the Court may have.



The Honorable Paul A. Engelmayer
September 19, 2025
Page 2

Respectfully submitted,

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| **AKIN GUMP STRAUSS HAUER & FELD** | **ABRAMS FENSTERMAN, LLP** |
| By: */s/ Stephen M. Baldini* | By: */s/ Justin T. Kelton* |
| Stephen M. Baldini | Justin T. Kelton |
| One Bryant Park | 1 MetroTech Center, Suite 1701 |
| New York, New York 10036 | Brooklyn, NY 11201 |
| Tel: (212) 872-1062 | Tel: (718) 215-5300 |
| Fax: (212) 872-1002 | Fax: (718) 215-5304 |
| *Counsel for Plaintiffs Greenlight Capital, Inc. and DME Capital Management, LP* | *Counsel for Defendant James T. Fishback* |