Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T    +1 212.872.1000
F    +1 212.872.1002
akingump.com



**Stephen M. Baldini**
**+1 212.872.1062/fax: +1 212.872.1002**
**sbaldini@akingump.com**

September 24, 2025

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312

   Re: *Greenlight Capital, Inc., et al. v. Fishback*, 1:24-cv-04832-PAE

Dear Judge Engelmayer:

   We represent Plaintiffs, Greenlight Capital, Inc. ("Greenlight") and DME Capital Management, LP ("DME"). Undersigned counsel has conferred with counsel to Defendant, James T. Fishback ("Defendant") and submits this joint letter on behalf of both parties to transmit a proposed stipulated order resolving the issues of Defendant's liability and injunctive relief.

   The Court held a pre-motion conference in this matter on September 4, 2025 in anticipation of Plaintiffs' forthcoming motion for summary judgment. At the conference, the parties notified the Court that they were in the process of negotiating a proposed order that would resolve the issues of Defendant's liability and injunctive relief, which were the issues that Plaintiffs proposed to raise in their motion for summary judgment.

   On September 5, 2025, the Court entered an order requiring the parties to submit any joint stipulation as to Defendant's liability and injunctive relief by September 19, 2025 (the "September 5 Order"). *See* ECF 60. On September 19, 2025, the Court entered an order extending that deadline until September 24, 2025. *See* ECF 68.

   The parties are pleased to report that they have reached an agreement on the terms of a stipulated order as to Defendant's liability and injunctive relief (the "Proposed Stipulated Injunction Order"). The Proposed Stipulated Injunction Order is attached hereto as **Exhibit A**. The parties respectfully request that the Court enter the Proposed Stipulated Injunction Order and allow the parties to proceed to the damages phase of this case, as contemplated by the Court's September 5 Order.



The Honorable Paul A. Engelmayer
September 24, 2025
Page 2

\*\*\*\*\*

We appreciate the Court's attention to this matter and are available to answer any questions or address any concerns the Court may have.

Respectfully submitted,

| ATTORNEYS FOR PLAINTIFFS<br>**AKIN GUMP STRAUSS HAUER & FELD** | ATTORNEYS FOR DEFENDANT<br>**ABRAMS FENSTERMAN, LLP** |
| --- | --- |
| By: */s/ Stephen M. Baldini* | By: */s/ Justin T. Kelton* |
| Stephen M. Baldini | Justin T. Kelton |
| One Bryant Park | 1 MetroTech Center, Suite 1701 |
| New York, New York 10036 | Brooklyn, NY 11201 |
| Tel: (212) 872-1062 | Tel: (718) 215-5300 |
| Fax: (212) 872-1002 | Fax: (718) 215-5304 |
| *Counsel for Plaintiffs Greenlight Capital, Inc. and DME Capital Management, LP* | *Counsel for Defendant James T. Fishback* |