UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

GREENLIGHT CAPITAL, INC. *and*
DME CAPITAL MANAGEMENT, LP,

                            Plaintiffs,

      -v-

JAMES T. FISHBACK,

                            Defendant.

24 Civ. 4832 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

    On September 5, 2025, the Court set a briefing schedule for the proposed summary judgment motion of plaintiffs Greenlight Capital, Inc. and DME Capital Management, LP. Dkt. 60. The Court noted, however, that the parties anticipated entering into a joint stipulation as to defendant James T. Fishback's liability and injunctive relief, which stood to moot the motion. *Id.* It stated that, were the stipulation to resolve those issues, the briefing schedule would instead govern the parties' submissions as to attorneys' fees and costs. *Id.*

    On September 24, 2025, the parties jointly filed a proposed stipulated order establishing Fishback's liability and setting out the terms of an injunction, and asked the Court to set a schedule for determining damages. *Id.*

    The Court has today so-ordered the parties' joint stipulation. The Court therefore converts the summary judgment briefing schedule into one for submissions related to the tabulation of attorneys' fees and costs, which the parties agree is the sole component of monetary damage. Accordingly, plaintiffs' motion is due October 10, 2025. Defendant's opposition is due October 24, 2025. Plaintiffs' reply, if any, is due October 31, 2025.

SO ORDERED.

_Paul A. Engelmayer_
Paul A. Engelmayer
United States District Judge

Dated: September 24, 2025
       New York, New York