UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Greenlight Capital, Inc., DME Capital Management, LP, <br><br> Plaintiffs, <br><br> v. <br><br> James T. Fishback, <br><br> Defendant. | Case No. 1:24-cv-04832-PAE |

**NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS**

**PLEASE TAKE NOTICE THAT**, upon the Declaration of Stephen M. Baldini, dated October 10, 2025 and the exhibits attached thereto, and the accompanying Memorandum of Law, Plaintiffs Greenlight Capital, Inc. and DME Capital Management, LP, by and through their attorneys, will move this Court before the Honorable Judge Paul A. Engelmayer, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be designated by the Court, for an Order awarding Plaintiffs their reasonable attorneys' fees and costs, to be paid by Defendant James T. Fishback, pursuant to the orders entered by the Court on September 24, 2025 (ECF Nos. 70-71). A proposed Order is submitted herewith.

1

New York, New York
Dated: October 10, 2025

                    Respectfully submitted,

                    AKIN GUMP STRAUSS HAUER & FELD LLP

                    By: */s/ Stephen M. Baldini*
                    Stephen M. Baldini
                    Akin Gump Strauss Hauer & Feld LLP
                    One Bryant Park
                    New York, New York 10036
                    Telephone: 212-872-1000
                    Fax: 212-872-1002
                    sbaldini@akingump.com

                    *Counsel for Plaintiffs Greenlight Capital, Inc. and DME Capital Management, LP*