# Exhibit 13

Case 1:24-cv-04832-PAE   Document 74-13   Filed 10/10/25   Page 2 of 11

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

JAMES FISHBACK,

                Plaintiff,

   - against -

GREENLIGHT CAPITAL, INC.,

                Defendant.

Index No.: 160289/2023

**AFFIDAVIT OF
JAMES FISHBACK**

STATE OF FLORIDA           )
                           ) ss:
COUNTY OF MADISON     )

     I, James Fishback, being duly sworn, declare and state as follows under the penalties of perjury:

     1.     I am the Plaintiff in the above-captioned action and I respectfully submit this Affidavit in Partial Opposition to the Motion to Dismiss of Defendant Greenlight Capital, Inc. ("Greenlight" or "Defendant"). The statements set forth herein are based upon my personal knowledge unless expressly stated otherwise.

     2.     My employment with Defendant began in February 2021 and ended on or about August 15, 2023. After my employment with Defendant ended, I started my own hedge fund called Azoria Partners. For the fund to be successful, I needed to attract investors willing to invest in a start-up fund.

     3.     Soon after starting Azoria Partners, I spoke with Legacy Wealth Advisors ("Legacy"), which was considering a substantial investment with Azoria Partners. Upon information and belief, based on my knowledge of Legacy, of Azoria's business, and of such investments generally, the investment that Legacy was considering would likely have been in an

1

Case 1:24-cv-04832-PAE    Document 74-13    Filed 10/10/25    Page 3 of 11

amount of $5 million or more. During my discussions with Legacy, I truthfully stated that while at Greenlight, the last title that I held was Head of Macro.

4.  Since Jeffrey Rehm ("Mr. Rehm") is responsible for due diligence on behalf of Legacy, he contacted Daniel Roitman ("Roitman"), Chief Operating Officer of Greenlight to confirm certain details, including that my position was as the Head of Macro prior to the end of my employment with Greenlight.

5.  To my surprise, Roitman denied that I was the Head of Macro. Specifically, on September 28, 2023, Roitman stated to Mr. Rehm in an email that "[James Fishback] was not Head of Macro. We do not have Heads at Greenlight as David Einhorn makes all portfolio management decisions." A true and correct copy of the September 28, 2023 email from Roitman to Mr. Rehm is annexed hereto as Exhibit A.

6.  Later that day, Roitman emailed me threatening legal action if I did not cease using the title Head of Macro, which was given to me while I was employed by Greenlight. Specifically, Roitman wrote: "I can have a lawyer send a cease and desist, but it will just be easier if you remove that from whatever Azoria bio you are using. You were not Head of Macro at Greenlight and saying so is inaccurate." A true and correct copy of the email dated September 28, 2023 from Roitman to me is annexed hereto as Exhibit B.

7.  As a direct result of Roitman's statement that I was "not Head of Macro" at Greenlight, Legacy decided to not proceed with its investment in Azoria Partners, dealing a major blow to my new hedge fund's ability to get off the ground.

8.  At all times, I have been truthful that my title at Greenlight was Head of Macro. While there were multiple instances when Roitman and David Einhorn ("Einhorn"), the Chief Executive Officer of Greenlight, referred to me as the Head of Macro, one such example is an

2

Case 1:24-cv-04832-PAE Document 74-13 Filed 10/10/25 Page 4 of 11

email from Roitman to Heather Robertson, a Senior Manager of the GLG Group, dated May 11, 2023, asking Heather to "sign [me] up for this. He's our head of macro here. Copying him to the email." A true and correct copy of the email dated May 11, 2023 from Roitman to Robertson is annexed hereto as Exhibit C.

**WHEREFORE,** for all the reasons set forth in this Affidavit, it is respectfully submitted that Defendant's motion to dismiss be denied in its entirety.

JAMES FISHBACK

On the 15th day of December 2023, before me, the undersigned, personally appeared James Fishback, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed this instrument.

Notary Public



3

Case 1:24-cv-04832-PAE    Document 74-13    Filed 10/10/25    Page 5 of 11

## CERTIFICATION REGARDING WORD LIMIT

I, Justin T. Kelton, an attorney duly admitted to practice law before the courts of the State of New York, hereby certify that the Affidavit of James Fishback complies with the word count limit set forth in Rule 202.70(g)(17) of the Uniform Civil Rules because it contains 580 words, excluding the caption and signature block. In preparing this certification, I have relied on the word count of the word processing system used to prepare this memorandum.

Dated: Brooklyn, New York
        December 15, 2023

/s/ Justin T. Kelton
Justin T. Kelton

4

# EXHIBIT

# A

Case 1:24-cv-04832-PAE Document 74-13 Filed 10/10/25 Page 7 of 11

Dear Jeff,

Sorry for the late reply but I was on a business trip.

1. James was employed at Greenlight as a Research Analyst from February 2021 through August 2023.
2. He was not Head of Macro. We do not have Heads at Greenlight as David Einhorn makes all portfolio management decisions. James responsibilities were to suggest macro trading ideas to David that could be standalone good risk-adjusted bets where we had a variant perception, or that could hedge areas of the portfolio where we wanted to minimize our exposure to macro factors.
3. We generally do not comment on an individual analyst's ideas as David has trading discretion over the portfolio.

Regards,
Dan

Daniel Roitman
Chief Operating Officer
Greenlight Capital, Inc.
droitman@greenlightcapital.com
212-973-1900

# EXHIBIT

# B

I will not under any circumstances betray my faith and lie about my title. I was the head of macro.

Do whatever you need to do.

James

> On Sep 28, 2023, at 09:26, Daniel Roitman <droitman@greenlightcapital.com> wrote:
>
> Compelled to lie? What are you talking about?
>
> You were hired as a research analyst to conduct macro research. It's on your offer letter. It's on your biography on our firm brochure. It's on our org chart. That was your role, no more, no less. I want you to correct the record or I will be forced to do so.
>
> There is nothing unjust about the truth James. I told you so the day you left on August 15 and apparently you are continuing to do so.
>
> Regards,
> Dan
>
> Daniel Roitman
> Greenlight Capital, Inc.
>
>> On Sep 28, 2023, at 9:18 AM, James Fishback <tommyfishback@gmail.com> wrote:
>>
>> Dear Dan
>>
>> With respect, I will not be compelled to lie.
>> I will not comply with your unjust demand.
>>
>> God Bless
>>
>> James
>>
>>> On Sep 28, 2023, at 06:04, Daniel Roitman <droitman@greenlightcapital.com> wrote:
>>>
>>> Dear James,
>>>
>>> I just received an email for a reference check.  It asked for a few things:
>>>
>>>> 1. Was James employed at Greenlight from February 2021 until his resignation in August 2023?
>>>>
>>>> 2. What were James' responsibilities as Greenlight's Head of Macro?
>>>>
>>>> 3. In aggregate over his employment, did James' investments contribute positively to Greenlight's returns?
>>>
>>> I thought I had addressed #2 with you already upon your departure. I can have a lawyer send a cease and desist, but it will just be easier if you remove that from whatever Azoria bio you are using. You were not Head of Macro at Greenlight and saying so is inaccurate.
>>>
>>> This is from our brochure. It's also on your offer letter and our official org chart.

Case 1:24-cv-04832-PAE    Document 74-13    Filed 10/10/25    Page 10 of 11

# EXHIBIT

# C

Case 1:24-cv-04832-PAE Document 74-13 Filed 10/10/25 Page 11 of 11

# RE: GLG Signature Remote Roundtable: US Economic Outlo with Former Boston Fed Preside Eric Rosengren

Heather – can you sign James Fishback for this? H head of macro here. Copying him to the email.

Thanks,
Dan

Daniel Roitman
Chief Operating Officer
Greenlight Capital, Inc.
droitman@greenlightcapital.com
212-973-1900

**From:** Heather Robertson <hrobertson2@glgroup.c
**Sent:** Thursday, May 11, 2023 3:21 PM
**To:** Daniel Roitman <droitman@GreenlightCapital.c
**Subject:** GLG Signature Remote Roundtable: US Economic Outlook with Former Boston Fed Preside Rosengren