# Exhibit 14

**From:** James Fishback <james@azoriapartners.com>
**Sent:** Wed, 27 Sep 2023 13:04:12 -0400
**To:** Asaf Abramovich <aabramovich@lcpfirm.com>
**Subject:** Jason Email

---

Email: droitman@greenlightcapital.com

Hi Daniel,

I hope this finds you well. My firm is looking at James Fishback's new hedge fund (Azoria Partners) and I'm hoping to confirm some information with you.

1. Was James employed at Greenlight from February 2021 until his resignation in August 2023?

2. What were James' responsibilities as Greenlight's Head of Macro?

3. In aggregate over his employment, did James' investments contribute positively to Greenlight's returns?

CONFIDENTIAL
FISHBACK029963