# Exhibit 15

Conversation:
CHAT - EMP_425_0000001 - 04718 - 2023/09/27

Participants:
tommyfishback@mac.com ; Father <+19543940290>; James Fishback <+13055429112>; James
Fishback ; tommyfishback@icloud.com

Date Range:
2023-09-27 00:25:26 - 2023-09-27 19:10:13

Number of Messages:
30

Father <+19543940290>2023-09-27 00:25:26
**At nanny's ?**

James Fishback <+13055429112>2023-09-27 00:50:30
**10 mins**

Father <+19543940290>2023-09-27 02:36:51
**Back at nanny's?**

James Fishback <+13055429112>2023-09-27 02:41:23
**Eating**

James Fishback <+13055429112>2023-09-27 02:41:26
**HOMIE**

James Fishback <+13055429112>                    2023-09-27 12:38:29
**https://twitter.com/ByronYork/status/1707001529293554146Attachment Title: 910FA50A-CB8E-451F-8296-D4602210C0B5.pluginPayloadAttachmentAttachment Title: BE0F4EEF-CB76-4D86-9DE9-AC73FE3A0BA7.pluginPayloadAttachment**

Attachment: 910FA50A-CB8E-451F-8296-D4602210C0B5.pluginPayloadAttachment - EMP_425_0522865_Attach
Attachment: BE0F4EEF-CB76-4D86-9DE9-AC73FE3A0BA7.pluginPayloadAttachment - EMP_425_0522866_Attach

FISHBACK043047

James Fishback <+13055429112>                                    2023-09-27 12:38:45

MAR A LAGO sits on 17 acres in the most prestigious ocean-front zip code in the WORLD

James Fishback <+13055429112>          2023-09-27 12:38:58

It's not worth $18 million

James Fishback <+13055429112>                                    2023-09-27 12:42:29

THEY HATE THIS MAN and will do ANYTHING to DESTROY HIM

James Fishback <+13055429112>                                    2023-09-27 12:48:46

Hi Daniel,

I'm writing with respect to your former colleague James Fishback. My firm is considering seeding his new hedge fund (Azoria Partners), and I'd like to confirm some information with you.

1. Was James Greenlight's "Head of Macro"?
2. Was James primarily tasked with global macro investing at Greenlight?
3. Did James resign from Greenlight with an effective date of August 15, 2023?

James Fishback <+13055429112>          2023-09-27 12:48:57

We can have Asaf's assistant send this

James Fishback <+13055429112>          2023-09-27 12:55:50

We need them to DEFAME us

James Fishback <+13055429112>          2023-09-27 12:55:54

Which THEY WILL

James Fishback <+13055429112>          2023-09-27 12:56:03

That's another $1 MM right there

James Fishback <+13055429112>          2023-09-27 13:35:13

HELLO

James Fishback <+13055429112>          2023-09-27 13:53:44

HELLLOOOOO

James Fishback <+13055429112>2023-09-27 13:53:45

**WE HAVE STUFF TO DO**

James Fishback <+13055429112>2023-09-27 13:53:48

**WAKE UP**

James Fishback <+13055429112>2023-09-27 14:08:24

**HELLLLOOOO**

James Fishback <+13055429112>2023-09-27 15:11:36

**Text**

James Fishback <+13055429112>                                    2023-09-27 16:36:58

https://twitter.com/alanhenney/status/1707071014335647999Attach ment Title: 9B54CFA1-BACF-4CEE-AB65-44BE3B42FEF9.pluginPayloadAttachmentAttachment Title: 0B6CDE84-B1A9-455D-B677-E41C8B4BED46.pluginPayloadAttachment

Attachment: 9B54CFA1-BACF-4CEE-AB65-44BE3B42FEF9.pluginPayloadAttachment – EMP_425_0522882_Attach

Attachment: 0B6CDE84-B1A9-455D-B677-E41C8B4BED46.pluginPayloadAttachment – EMP_425_0522883_Attach

James Fishback <+13055429112>                                    2023-09-27 16:42:22

Hi Daniel,

I hope this finds you well.

My firm is considering an investment in James Fishback's new hedge fund (Azoria Partners), and I'm writing to confirm some information with you.

1. Was James employed at Greenlight from February 2021 until his resignation in August 2023?

2. What were James' responsibilities as Greenlight's Head of Macro?

FISHBACK043049

James Fishback <+13055429112>                                    2023-09-27 16:49:08

Hi Daniel,

I hope this finds you well.

My firm is looking at James Fishback's new hedge fund (Azoria Partners) and I'm hoping to confirm some information with you.

1. Was James employed at Greenlight from February 2021 until his resignation in August 2023?

2. What were James' responsibilities as Greenlight's Head of Macro?

3. In aggregate over his employment, did the investments that James propose and structure contribute positively to the firm?

James Fishback <+13055429112>                                    2023-09-27 16:52:20

Hi Daniel,

I hope this finds you well. My firm is looking at James Fishback's new hedge fund (Azoria Partners) and I'm hoping to confirm some information with you.

1. Was James employed at Greenlight from February 2021 until his resignation in August 2023?

2. What were James' responsibilities as Greenlight's Head of Macro?

3. In aggregate over his employment, did the investments that James proposed and structured contribute positively to Greenlight's funds?

James Fishback <+13055429112>2023-09-27 16:52:20

REVIEW THIS

FISHBACK043050

James Fishback <+13055429112>                                          2023-09-27 17:00:06

Hi Daniel,

I hope this finds you well. My firm is looking at James Fishback's new hedge fund (Azoria Partners) and I'm hoping to confirm some information with you.

1. Was James employed at Greenlight from February 2021 until his resignation in August 2023?

2. What were James' responsibilities as Greenlight's Head of Macro?

3. In aggregate over his employment, did the investments that James proposed and structured contribute positively to Greenlight's returns?

Father <+19543940290>                                                  2023-09-27 18:00:15

Attached URL: https://p55-content.icloud.com/M4C912B65FBA87A315782ECBC1D17DFFFA307D60C5742D8D87CC93B0C9DAC9CB3.C01USN00Attachment Title: 71753040491__1DF9932E-CF5D-4534-B2C5-0EDB7FE47973.HEIC

Attachment: 71753040491__1DF9932E-CF5D-4534-B2C5-0EDB7FE47973.HEIC – EMP_425_0522890_Attach.HEIC

Father <+19543940290>2023-09-27 18:00:23

Does it work?

James Fishback <+13055429112>2023-09-27 18:11:11

Yes

James Fishback <+13055429112>                                          2023-09-27 19:10:13

https://x.com/vdhanson/status/1707069224760537440?s=42&t=777AtSpZmUO1HE0xsEK9ZgAttachment Title: 8CDDB7DA-7909-4760-B423-A6B992C4DCC6.pluginPayloadAttachment

Attachment: 8CDDB7DA-7909-4760-B423-A6B992C4DCC6.pluginPayloadAttachment – EMP_425_0522894_Attach

FISHBACK043051