# Exhibit 16

Message

| | |
|---|---|
| **From**: | Asaf Abramovich [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C176E947D82A4AB285E957848689C753-AABRAMOVICH] |
| **Sent**: | 9/27/2023 8:40:09 PM |
| **To**: | Jeff Rehm [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fa0d1f6474c44a29af513d949424a6e6-JRehm] |
| **Subject**: | FW: Jason Email |

**Asaf Abramovich**

**LCP LLC**

801 Brickell Avenue, Suite 2550
Miami, Florida 33131
(305) 808-6140 (p)
(305) 808-6173 (f)

---

**From:** James Fishback <james@azoriapartners.com>
**Sent:** Wednesday, September 27, 2023 1:04 PM
**To:** Asaf Abramovich <AAbramovich@lcpfirm.com>
**Subject:** Jason Email

> You don't often get email from james@azoriapartners.com. Learn why this is important

**CAUTION:**This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Email: droitman@greenlightcapital.com

Hi Daniel,

I hope this finds you well. My firm is looking at James Fishback's new hedge fund (Azoria Partners) and I'm hoping to confirm some information with you.

1. Was James employed at Greenlight from February 2021 until his resignation in August 2023?

2. What were James' responsibilities as Greenlight's Head of Macro?

3. In aggregate over his employment, did James' investments contribute positively to Greenlight's returns?

CONFIDENTIAL