# Exhibit 17

Message

| | |
|---|---|
| **From:** | Jeff Rehm [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=17C7ABFC220F499ABB3A024888D3F313-JREHM] |
| **Sent:** | 9/29/2023 8:34:50 PM |
| **To:** | aabramovich@lcpfirm.com [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a04ded15637541b88013f1e0517c24ac-Guest_55826] |
| **Subject:** | Fwd: James Fishback |

FYI
Best Regards,

Jeffrey H. Rehm
Director of Investments
Legacy Wealth Advisors, LLC

*Please excuse brevity and typos - sent from my iPhone*

Begin forwarded message:

**From:** Daniel Roitman <droitman@greenlightcapital.com>
**Date:** September 29, 2023 at 4:02:58 PM EDT
**To:** Jeff Rehm <jrehm@lwgadvisors.com>
**Subject: RE: James Fishback**

Dear Jeff,

Sorry for the late reply but I was on a business trip.

1. James was employed at Greenlight as a Research Analyst from February 2021 through August 2023.
2. He was not Head of Macro. We do not have Heads at Greenlight as David Einhorn makes all portfolio management decisions. James responsibilities were to suggest macro trading ideas to David that could be standalone good risk-adjusted bets where we had a variant perception, or that could hedge areas of the portfolio where we wanted to minimize our exposure to macro factors.
3. We generally do not comment on an individual analyst's ideas as David has trading discretion over the portfolio.

Regards,
Dan

Daniel Roitman
Chief Operating Officer
Greenlight Capital, Inc.
droitman@greenlightcapital.com
212-973-1900

**From:** Jeff Rehm <jrehm@lwgadvisors.com>
**Sent:** Wednesday, September 27, 2023 4:45 PM
**To:** Daniel Roitman <droitman@GreenlightCapital.com>
**Subject:** James Fishback

Hi Daniel,

I hope this finds you well. My firm is looking at James Fishback's new hedge fund (Azoria Partners) and I'm hoping to confirm some information with you.

1. Was James employed at Greenlight from February 2021 until his resignation in August 2023?

2. What were James' responsibilities as Greenlight's Head of Macro?

3. In aggregate over his employment, did James' investments contribute positively to Greenlight's returns?

Regards….Jeff


**Jeffrey Rehm**
*Director of Investments*
[Legacy Wealth Advisors](#)
801 Brickell Avenue, Suite 2550
Miami, Florida 33131
[(305) 808-6150](#) (p)
[(305) 808-6173](#) (f)

We are here to protect your privacy and serve your best interests. If you have any questions or concerns, please contact us directly. Please direct any trade or account instructions to a live person. If you think you have received an email by mistake, please delete it and notify us of the error. Email is not a secure method of communication. We cannot warranty and do not accept responsibility or liability for the accuracy or content of email messages or for the presence of viruses, worms or other malicious code-disabling agents. Hightower Advisors, LLC is a SEC registered investment adviser. Securities are offered through Hightower Securities, LLC - Member FINRA/SIPC. 200 W Madison St. 25th Floor, Chicago, IL, 60606 - 312.962.3800