# Exhibit 18



CONFIDENTIAL    LWA_0000291