# Exhibit 20

## In the Matter Of:

*GREENLIGHT CAPITAL vs*

*JAMES FISHBACK*

---

*JASON HATHAWAY*

*July 17, 2025*

---



```
 1          HATHAWAY - CONFIDENTIAL

 2       A.    We held our first closing in May

 3   of 2023.

 4       Q.    Okay.  And can tell me generally

 5   what Mr. Abramovich's duties and

 6   obligations were as a general partner at

 7   Path?

 8       A.    Sure.  So his role was largely

 9   operational and I would say clerical and

10   administrative in nature, more so than

11   anything else.  And what I mean by that is

12   he didn't have any limited partner

13   relationships, he didn't raise any money

14   in that regard.

15          He was on the Investment

16   Committee, so he helped to evaluate

17   investment decisions, but he didn't have

18   any portfolio company relationships.

19       Q.    Did he have signing authority for

20   Path?

21       A.    Yes.

22       Q.    Mr. Abramovich is no longer with

23   Legacy, correct?

24       A.    That's correct.

25       Q.    Can you tell me generally why
```

Case 1:24-cv-04832-PAE   Document 74-20   Filed 10/10/25   Page 4 of 26
GREENLIGHT CAPITAL vs                                              Jason Hathaway
JAMES FISHBACK                    Confidential                     July 17, 2025

23

```
 1          HATHAWAY - CONFIDENTIAL

 2   Mr. Abramovich left Legacy?

 3        A.    So Mr. Abramovich was terminated

 4   from Legacy when it came to light that he

 5   and his partner James Fishback had

 6   undertaken this email scheme, I believe

 7   back in September of 23, whereby they had

 8   reached out to Greenlight to try to get,

 9   you know, some information about James'

10   title.

11             So as soon as Eugene Frankel

12   found out about that and realized that

13   Legacy had been named in a lawsuit and

14   sort of what Mr. Abramovich had done, he

15   was terminated shortly thereafter.

16        Q.    And when you say he was

17   terminated, he was terminated from both

18   Legacy and Path?

19        A.    Yes.  He was terminated from

20   Legacy first because that was a more swift

21   exercise.  When it came to Path, that

22   process was a little more nuanced because

23   he had equity ownership in the management

24   company and the general partner.  And so

25   that process on the Path side wasn't
```

24

```
 1            HATHAWAY - CONFIDENTIAL

 2    completed until March 7th of this year.

 3         Q.    Okay.  I'm going to just put a

 4    pin in that and we'll come back to it

 5    later because I'm trying to do this

 6    somewhat chronologically.

 7              So when did you first meet James

 8    Fishback?

 9         A.    I met him in April of 2022 when

10    he was still at Greenlight.

11              MR. BALDINI:  Okay.  Can I ask

12         the court reporter to pull up Tab 17,

13         please?

14              THE COURT REPORTER:  Are we

15         marking this Exhibit 1?

16              MR. BALDINI:  Yes, we are.

17              (Hathaway Exhibit 1, Email chain,

18         March 2022, remotely introduced and

19         provided electronically to the

20         reporter.)

21    BY MR. BALDINI:

22         Q.    Okay.  Mr. Hathaway, you said

23    that you met Mr. Fishback for the first

24    time in April -- excuse me -- of 2022.

25    How did you meet Mr. Fishback?
```

44

1            HATHAWAY - CONFIDENTIAL

2        Q.    I'm going to represent to you

3    that this is the only email exchange that

4    we have seen between yourself and Mr.

5    Fishback in any capacity for the remainder

6    of 2023.

7            Do you remember having any other

8    contact with Mr. Fishback in 2023 other

9    than this email exchange?

10       A.    No, never.  Verbally, definitely

11   not.  Text, definitely not.  I don't

12   believe there were any other emails as

13   well.

14       Q.    Okay.  Do you remember having any

15   discussions with Mr. Fishback about Legacy

16   potentially investing in Azoria?

17       A.    We never had those discussions.

18   It was never contemplated that Legacy

19   would ever invest in Azoria.

20       Q.    Did you have any discussions with

21   Mr. Abramovich about Legacy potentially

22   investing in Azoria?

23       A.    No.  I don't recall that ever

24   happening.

25       Q.    How about Mr. Rehm?

45

HATHAWAY - CONFIDENTIAL

1

2      A.    No.  I don't recall that ever

3   happening either.

4      Q.    And how about anybody else at

5   Legacy?

6      A.    No.

7      Q.    I think you've said earlier that

8   Legacy would not consider investing in a

9   macro fund.  Am I saying that correctly?

10     A.    It would be highly unlikely that

11  we would invest in a macro fund.

12     Q.    Why so?

13     A.    We have a general aversion to

14  hedge funds based on historical experience

15  and if we were to invest in a hedge fund,

16  I believe it would be more fundamentally

17  focused, probably more traditional

18  long/short, something like the Greenlight

19  main fund.

20     Q.    Okay.  And so you didn't do any

21  independent diligence on Azoria in 2023,

22  correct?

23     A.    Correct.  There was nothing to

24  diligence.  We hadn't received any

25  materials.

46

1          HATHAWAY - CONFIDENTIAL

2      Q.    And you didn't ask anybody at

3   Legacy to investigate or look into Azoria

4   further, correct?

5      A.    Correct.

6      Q.    How about Path -- I guess, was

7   Path formed at this point?  This is

8   November 2023.  I believe Path was formed

9   at this point?

10     A.    Path had its first closing in May

11  '23, so yes.

12     Q.    Okay.  I don't think I recall

13  what you said about compatibility, but was

14  there any contemplation that Path would

15  invest in Azoria at this point?

16     A.    Path would never be an investor

17  in another fund.  Path makes direct

18  investments into companies.

19     Q.    Understood.

20          And that never changed over time?

21     A.    No.

22     Q.    So Path never considered an

23  investment in Azoria at any time?

24     A.    That's correct.

25          MR. BALDINI:  Okay.  Can I ask

Case 1:24-cv-04832-PAE    Document 74-20    Filed 10/10/25    Page 9 of 26
GREENLIGHT CAPITAL vs                                                    Jason Hathaway
JAMES FISHBACK                        Confidential                        July 17, 2025

47

```
 1        HATHAWAY - CONFIDENTIAL

 2      the court reporter, please, to pull up

 3      Tab 8.

 4            (Hathaway Exhibit 6, Email,

 5      9/27/23, remotely introduced and

 6      provided electronically to the

 7      reporter.)

 8  BY MR. BALDINI:

 9      Q.    And if you could just zoom in a

10  tiny bit, but leave the top -- there you

11  go.  You could stop right there.

12            Let's mark this Exhibit 6,

13  please.

14            Mr. Hathaway, I'm showing you a

15  document that's been marked Exhibit 6.

16  It's an email from Mr. Rehm to D. Roitman

17  at Greenlight Capital dated 9/27/23.

18            Do you see that?

19      A.    I do.

20      Q.    Have you ever seen this document

21  before?

22      A.    I have.

23      Q.    When is the first time you saw

24  this document?

25      A.    I learned about the existence of
```

48

```
 1          HATHAWAY - CONFIDENTIAL

 2   a document like this in December of 2024,

 3   December 14th to be exact.  And shortly

 4   thereafter when we started going through

 5   historical emails, I learned of this

 6   email's existence.

 7        Q.    How did you learn about the

 8   existence of the email?

 9        A.    It came to my attention that this

10   exchange had been referenced in a legal

11   filing or proceeding between Greenlight

12   and Mr. Fishback, and it was sent to me,

13   again, on December 14th by my partner

14   Eugene Frankel and that was the first time

15   I learned about its existence.

16        Q.    Okay.  So this email is dated

17   9/27/23.  At the time this email was sent,

18   you had no knowledge of it, is that

19   correct?

20        A.    Yes, that's correct.

21        Q.    The email begins:  Hi Daniel, I

22   hope this finds you well.  My firm is

23   looking at James Fishback's new hedge fund

24   Azoria Partners.

25             Is that true?  Was your firm
```

49

1        HATHAWAY - CONFIDENTIAL

2    looking at James Fishback's new hedge

3    fund, Azoria Partners?

4        A.    No, and certainly not to my

5    knowledge.

6        Q.    Okay.  Just to be clear, you

7    didn't discuss this email with Mr. Rehm

8    before it was sent?

9        A.    No.

10       Q.    And other than perhaps in 2024,

11   which we'll talk about later, you didn't

12   discuss this email with Mr. Rehm after it

13   was sent in 2023, correct?

14       A.    Correct.  I had no knowledge of

15   this email's existence until mid-December

16   '24.

17       Q.    So you didn't discuss it with

18   anybody else, including Mr. Abramovich?

19       A.    I didn't know of its existence.

20   So there was nothing to discuss.

21           MR. BALDINI:  Okay.  Can we pull

22       up Tab 12, please?

23           And if you could just zoom in --

24       yeah, I think we're going to have to

25       go down to the bottom, please.  Right

50

```
 1         HATHAWAY - CONFIDENTIAL

 2      there, that's good.  Up, up just a

 3      tiny bit.  One more click.  Okay,

 4      stop.  Thank you.

 5             And if we could mark this Exhibit

 6      7, please.

 7             (Hathaway Exhibit 7, Email

 8      exchanges, remotely introduced and

 9      provided electronically to the

10      reporter.)

11      Q.    Okay.  Mr. Hathaway, the court

12   reporter has pulled up a document that's

13   been marked Exhibit 7.  It's a two-page

14   document, a series of email exchanges.

15             The email that is on the screen

16   is an email from Mr. Roitman at Greenlight

17   Capital to Mr. Rehm dated September 29,

18   2023.

19             Do you see that?

20      A.    I do.

21      Q.    Have you seen this email before?

22      A.    I have seen it as we started

23   going through emails post discovery

24   December 2024, yes.

25      Q.    Before December 2024, had you
```

51

          HATHAWAY - CONFIDENTIAL

1    ever seen this document?

2        A.    No.

3        Q.    Had you ever discussed it with

4    anyone?

5        A.    No.

6        Q.    Had anybody informed you that

7    Mr. -- that Mr. Roitman had sent an email

8    in response to a reference check to

9    Mr. Rehm?

10       A.    No.

11       Q.    Can we scroll to the top of the

12   document, please?

13             And, Mr. Hathaway, I'm sorry for

14   being a little redundant here, but I just

15   want to make sure I understand this

16   completely.

17             At the top, Mr. Rehm, on

18   September 29, 2023, sends or forwards the

19   email exchange to Mr. Abramovich.

20             Do you see that?

21       A.    Yes.

22       Q.    At the time Mr. Rehm sent this to

23   Mr. Abramovich in September of 2023, he

24   did not also send it to you, correct?

52

```
 1          HATHAWAY - CONFIDENTIAL

 2     A.    Correct.

 3          MR. BALDINI:  Okay.  Can we pull

 4     up Tab 11, please.

 5          And if you could please scroll

 6     down to the bottom.  Yeah, just --

 7     there you go, there you go.

 8     Q.    Mr. Hathaway, can you see this

 9 document okay?

10     A.    I can.

11     Q.    Okay, great.

12          MR. BALDINI:  And I'm sorry, if

13     we could mark it Exhibit 8, please.

14          (Hathaway Exhibit 8, Email

15     exchange, remotely introduced and

16     provided electronically to the

17     reporter.)

18     Q.    So we're showing you a document

19 that's been marked Exhibit 8.  It's an

20 email exchange.  The bottom that you're

21 looking at is an email from Mr. Fishback

22 to Mr. Abramovich dated Wednesday,

23 September 27, 2023.

24          Do you recognize this document?

25     A.    I learned of this document's
```

Case 1:24-cv-04832-PAE    Document 74-20    Filed 10/10/25    Page 15 of 26
GREENLIGHT CAPITAL vs                                                    Jason Hathaway
JAMES FISHBACK                        Confidential                      July 17, 2025

53

```
 1          HATHAWAY - CONFIDENTIAL
 2    existence again post mid-December '24.  I
 3    never saw it at the time, obviously.
 4        Q.   And how did you learn of the
 5    existence of this document?
 6        A.   Once it became known to us, again
 7    in I think December 14th, I know December
 8    14th of 2024, we started going back
 9    through old emails on the server that Asaf
10    had sent and received, and that's when we
11    learned about this.
12        Q.   When you say "we," you're talking
13    about yourself and your team at Legacy?
14        A.   The IT consultant that handles
15    Legacy's server, yes.  I didn't go through
16    them personally.  They sort of ran keyword
17    searches for us.
18        Q.   Okay.  Did you discuss this email
19    with anybody at Legacy other than your
20    attorneys?
21        A.    No.  To be clear, I never knew of
22    this email's existence.  You mean post
23    2024?
24        Q.   Yes.  I'm sorry about that.  You
25    didn't know about the existence of this
```

54

1          HATHAWAY - CONFIDENTIAL

2     email when it was sent?

3          A.    Correct.

4          Q.    In 2024, late 2024 was when you

5     first learned of the existence of this

6     email, is that correct?

7          A.    That's correct.

8          Q.    And at that time, in late 2024,

9     did you discuss this email with anybody at

10    Legacy other than your attorneys?

11         A.    Eugene and I discussed it

12    internally and confronted Asaf about it --

13    or Eugene confronted Asaf about it.  I

14    don't think I confronted him personally.

15         Q.    Okay.  Tell me about your

16    discussion with Mr. Frankel.

17         A.    My discussion with Mr. Frankel,

18    he was understandably upset about this.

19    And we both believe or hypothesized that

20    this email -- James -- again this is

21    speculation, but this is how the

22    discussion between us went -- we believed

23    James sent this email to Asaf with the

24    hopes that I would send it to Mr. Roitman.

25              And our belief was that Asaf knew

55

             HATHAWAY - CONFIDENTIAL

1   that I would never send such an email, and

3   so he took it to Mr. Rehm instead.  But

4   that was -- that's speculation, but that

5   was the content of the discussion between

6   Mr. Frankel and myself.

7       Q.    Okay.  So, and the email, the re

8   line on the email says:  Subject, Jason

9   email.  Is that what you're referring to

10  when you said that the intent was that you

11  would send this email?

12      A.    That was the basis for Eugene and

13  my conclusion that that was James' intent,

14  yes.  But I can't speak to James' or

15  Asaf's actual intent, obviously.

16      Q.    And what did you mean when you

17  said:  I would never send an email like

18  this?

19      A.    Well, we were never evaluating

20  Azoria.  So, you know, we wouldn't do a

21  reference check on a fund we weren't

22  actively evaluating, just as a matter of

23  process.

24      Q.    You said that Mr. Frankel was

25  upset about this.  Was he upset at all

56

1          HATHAWAY - CONFIDENTIAL

2    about the content of Mr. Roitman's

3    response to this email?  Does that make

4    sense?

5        A.    Can you clarify the question a

6    little bit?

7        Q.    I'm sorry.  I'm sorry.

8              We just showed you a series of

9    exhibits where approximate Mr. Hathaway

10   reached out to Mr. Roitman and Mr. Roitman

11   responded --

12       A.    No, I never reached out to

13   Mr. Roitman.

14       Q.    I'm sorry, Mr. Rehm reached out

15   to Mr. Roitman and Mr. Roitman responded.

16             Do you recall that?

17       A.    I do, yes.

18       Q.    So did you and Mr. Frankel

19   discuss the content of Mr. Roitman's

20   response at all?

21       A.    I don't recall.  I don't recall.

22   The contents of our discussion were more

23   around what we believed to be fraudulent

24   behavior, in general.  It wasn't around

25   the specificity of the response.  I think

57

1            HATHAWAY - CONFIDENTIAL

2    without speaking for Mr. Frankel, I think,

3    you know, the response was largely

4    irrelevant to us because we weren't

5    actively evaluating Azoria.

6        Q.    Okay.  And what did you consider

7    to be the fraudulent behavior?

8        A.    I'm not a lawyer so I can't

9    qualify what fraud is, but this was a

10   clear, in our mind, misrepresentation of

11   Legacy's intention and a misuse of --

12   Legacy's brand.

13           (Pause.)

14           MR. BALDINI:  I apologize for

15       that.  We just had an announcement

16       from the fire department.  But we're

17       going to ignore that for now.

18           Sorry.

19           (Pause.)

20           MR. BALDINI:  Okay.  Folks,

21       sorry, we -- before we started this,

22       we had an announcement that that might

23       happen.  If it happens again, I'm

24       going to go on mute once again, but we

25       could ignore it, and if it happens,

58

```
 1        HATHAWAY - CONFIDENTIAL
 2      and Mr. Hathaway, if you need a break
 3      while it's happening, that's fine.
 4      Okay?
 5            THE WITNESS:  Okay.
 6  BY MR. BALDINI:
 7      Q.    In your last answer you said that
 8  this was a clear misrepresentation of
 9  Legacy's intention.  What were you
10  referring to when you said that?
11      A.    Legacy was never evaluating
12  Azoria.  So any reference check to suggest
13  otherwise would have been inaccurate.
14      Q.    And you also said it was a misuse
15  of Legacy -- Legacy's brand.  Can you tell
16  me what you meant by that?
17      A.    That was -- you know, we value
18  the reputation that Legacy has developed
19  in the marketplace over many years.  And,
20  you know, we don't want any other firm or
21  any other party thinking that we're doing
22  something that we're not.  And so that
23  was -- that is what I meant by that.
24            Eugene, my partner, and CEO of
25  Legacy is especially protective of the
```

59

1          HATHAWAY - CONFIDENTIAL

2    Legacy brand, and how we behave, you know,

3    ethically and truthfully, and we found

4    this to be unethical and not truthful.

5          Q.    And you said that the statement

6    that Legacy was looking at Azoria was

7    untrue.  Did Mr. Frankel indicate to you

8    that he independently was ever looking at

9    Azoria?

10         A.    No, never.

11         Q.    And in your discussions with

12   other folks at Legacy, to your knowledge,

13   had anybody at Legacy been independently

14   looking at investment in Azoria?  And

15   again, we're talking about in 2023 here I

16   know that later you looked at it

17   individually.

18         A.    I vaguely recall Asaf mentioning

19   potentially investing in the management

20   company of Azoria.  And my response to him

21   at that moment was if you do, just make

22   sure you disclose it to Legacy.

23              To my knowledge, he never made

24   any such disclosure, and I never heard

25   anything further about, you know, his

60

1           HATHAWAY - CONFIDENTIAL

2   intent.

3       Q.    And it was your understanding

4   that his intent in doing so was in his

5   individual capacity?

6       A.    100 percent, yes.

7           MR. BALDINI:  Okay.  Can we

8       mark -- I'm sorry, can we pull up Tab

9       9, please?

10          Okay.  Just stay there for the

11      moment and let's mark that Exhibit 8,

12      please?

13          THE COURT REPORTER:  This is 9.

14          MR. BALDINI:  I'm sorry.

15          (Hathaway Exhibit 9, Affidavit of

16      James Fishback, remotely introduced

17      and provided electronically to the

18      reporter.)

19  BY MR. BALDINI:

20      Q.    Mr. Hathaway, we're showing you a

21  document that's been marked Exhibit 9.

22  It's an affidavit of James Fishback.

23          Can I ask the court reporter to

24  turn to the second-to-last page, please?

25          As you can see there, the

61

1           HATHAWAY - CONFIDENTIAL

2     affidavit is dated December 15, 2023.

3          A.    I see that.

4          Q.    Do you recognize this document?

5          A.    I do not.

6          Q.    Okay.  Can we scroll back up to

7     the first page, please?

8                Okay.  I'm going to represent to

9     you that this is an affidavit that was

10    filed in a case entitled James Fishback,

11    Plaintiff, against Greenlight Capital,

12    Inc. in the Supreme Court of New York.

13               And as I've just shown you, the

14    affidavit was dated December 15, 2023.

15               Can we just scroll down to

16    paragraph 3, please?  Right -- there you

17    go, okay.

18               I'm going to direct your

19    attention to paragraph 3 of that

20    affidavit.  The first sentence says:  Soon

21    after starting Azoria Partners, I spoke

22    with Legacy Wealth Advisors ("Legacy"),

23    which was considering a substantial

24    investment with Azoria Partners.

25               Do you see that?

62

```
 1           HATHAWAY - CONFIDENTIAL

 2      A.    I do.

 3      Q.    Is that a true statement?

 4      A.    To my knowledge, Legacy was never

 5   considering an investment in Azoria.

 6      Q.    Okay.  The paragraph goes on to

 7   say:  Upon information and belief, based

 8   upon my knowledge of Legacy, of Azoria's

 9   business, and of such investments

10   generally, the investment that Legacy was

11   considering would likely have been in

12   an -- and can we scroll to the next page,

13   please -- amount of $5 million or more.

14           Was there any discussion ever

15   that you can recall of an investment by

16   Legacy of $5 million or more?

17      A.    You mean discussion around

18   investing $5 million into Azoria or $5

19   million into --

20      Q.    Correct.

21      A.    There was never -- to my

22   knowledge, as CIO, there was never a

23   discussion around making any investment

24   into Azoria, let alone an investment of

25   the magnitude of $5 million or more.
```

                                                                      63

1            HATHAWAY - CONFIDENTIAL

2        Q.    And just to make sure I have it

3    all rounded out, it was -- there was also

4    never any discussion of Path investing in

5    Azoria and Path would not have done so?

6        A.    Correct.

7        Q.    Okay.  Can we scroll down to

8    paragraph 7, please?

9             Okay.  Paragraph 7 of this

10   affidavit states:  As a direct result of

11   Roitman's statement that I was "not head

12   of macro" at Greenlight, Legacy decided to

13   not proceed with its investment in Azoria

14   Partners, dealing a major blow to my new

15   hedge fund's ability to get off the

16   ground.

17            Do you see that paragraph?

18       A.    I do.

19       Q.    Is that a true statement?

20       A.    No.  Legacy never considered

21   Azoria.  So there was no decision not to

22   proceed because we never had any prospect

23   of proceeding.

24       Q.    And was Legacy in 2023 even aware

25   of Mr. Roitman's response to the reference

64

          HATHAWAY - CONFIDENTIAL

1   check?

2       A.   I was not.

3       Q.   Do you know if Mr. Frankel was?

4       A.   He was -- to my knowledge, he was

5   not, but I can't speak for him.

6            MR. BALDINI:  Okay.  Can I ask

7       the court reporter to pull up Tab 24,

8       please.

9            Can we mark this 10, please.

10           (Hathaway Exhibit 10, Azoria

11      Capital SAFE, Simple Agreement for

12      Future Equity, remotely introduced and

13      provided electronically to the

14      reporter.)

15      Q.   Mr. Hathaway, we've pulled up a

16  document marked Exhibit 10 and it is a

17  multipage document entitled:  Azoria

18  Capital SAFE, Simple Agreement for Future

19  Equity.

20           Do you see this document?

21      A.   Yes.

22      Q.   Do you recognize it?

23      A.   Yes.

24      Q.   What is it?