# Exhibit 21

**From:** Jeff Rehm <JRehm@lcpfirm.com>
**Sent:** Wed, 02 Aug 2023 19:31:48 +0000
**To:** James Fishback <james@macrovoyant.com>, Jason Hathaway <jhathaway@lcpfirm.com>
**CC:** Asaf Avramovich <asafavramovich@gmail.com>
**Subject:** RE: Resigned from Greenlight

Hi James.  Best of luck to you.  Looking forward to hearing more about Azoria.

Please keep in touch

---

**From:** James Fishback <james@macrovoyant.com>
**Sent:** Wednesday, August 2, 2023 3:29 PM
**To:** Jason Hathaway <jhathaway@lcpfirm.com>; Jeff Rehm <JRehm@lcpfirm.com>
**Cc:** Asaf Avramovich <asafavramovich@gmail.com>
**Subject:** Resigned from Greenlight

> You don't often get email from james@macrovoyant.com. Learn why this is important

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey Jason and Jeff,

Wanted to share that I've resigned from Greenlight and will be starting a macro fund in the coming months (Azoria Partners). I look forward to staying in touch, and sharing macro thoughts with you guys.

Until then,

James

305 542 9112

FISHBACK029074