# Exhibit 22

**From:** James Fishback <tommyfishback@gmail.com>
**Sent:** Fri, 15 Mar 2024 10:05:18 -0400
**To:** Scott Levitt <scottlevitt@gmail.com>
**Subject:** Re:

I was paid for macro consulting in 2019 and 2020 by Greenlight before I was employed there.



On Mar 14, 2024, at 19:47, Scott Levitt <scottlevitt@gmail.com> wrote:

Perfect.

FISHBACK000693

Regards,

Scott Levitt

On Thu, Mar 14, 2024 at 5:10 PM James Fishback <tommyfishback@gmail.com> wrote:

> I never argued I was more senior than anyone. I am simply arguing that I was given the title of head of macro. And then it was taken away from me the second I resigned. The disavowed it entirely and denied I was ever in that role.
>
>> On Mar 14, 2024, at 19:04, Scott Levitt <scottlevitt@gmail.com> wrote:
>>
>> Got it. So how would your name be listed next to a given trade help you in your claim that you did so as the head of macro? Wouldn't there be other trade sheet documents that have other analyst initials in that same column and therefore they will be able to argue that all of you were research analysts, not one being more senior than another?
>>
>> Sorry for any typos or grammar. I'm driving and using voice transcription.
>>
>> NOTE - Please excuse any typos... it's most likely I used voice transcription to type, but if not, between the auto correct on my iPhone and my thumbs, this could say almost anything.
>>
>> Scott Levitt
>>
>>> On Mar 14, 2024, at 4:56 PM, James Fishback <tommyfishback@gmail.com> wrote:
>>>
>>> David never hits "trade" on his trades. Execution is handled by dedicated execution traders who don't express view just execute orders
>>>
>>>> On Mar 14, 2024, at 18:51, Scott Levitt <scottlevitt@gmail.com> wrote:
>>>>
>>>> So is the analyst the one who came up with the idea or made the trade? Or in that world it doesn't matter?
>>>>
>>>> NOTE - Please excuse any typos... it's most likely I used voice transcription to type, but if not, between the auto correct on my iPhone and my thumbs, this could say almost anything.
>>>>
>>>> Scott Levitt
>>>>
>>>>> On Mar 14, 2024, at 4:44 PM, James Fishback <tommyfishback@gmail.com> wrote:
>>>>>
>>>>> David gets the same document and his says analyst too.
>>>>>
>>>>>> On Mar 14, 2024, at 18:01, Scott Levitt <scottlevitt@gmail.com> wrote:
>>>>>>
>>>>>> On the column that has your initials, it says "analysts". How would you explain to someone that you were the trader on those trades and not the analyst?
>>>>>>
>>>>>> Regards,
>>>>>>
>>>>>> Scott Levitt

On Thu, Mar 14, 2024 at 1:30 PM James Fishback <tommyfishback@gmail.com> wrote:

FISHBACK000695