# Exhibit 23

Conversation:
CHAT - EMP_425_0000001 - 04718 - 2024/03/17

Participants:
tommyfishback@mac.com ; Father <+19543940290>; James Fishback <+13055429112>; James Fishback ; tommyfishback@icloud.com

Date Range:
2024-03-17 12:31:09 - 2024-03-17 22:36:36

Number of Messages:
13

James Fishback <+13055429112>                    2024-03-17 12:31:09

https://x.com/freestatewill/status/1769125137796735232?
s=42Attachment Title: 5B5F1077-80D6-4F4F-BD7E-
4A86CAE57B60.pluginPayloadAttachmentAttachment Title: F59F50FE-
1FFB-4FFD-8D42-FDD1934D1289.pluginPayloadAttachment

Attachment: 5B5F1077-80D6-4F4F-BD7E-4A86CAE57B60.pluginPayloadAttachment –
EMP_425_0527406_Attach
Attachment: F59F50FE-1FFB-4FFD-8D42-FDD1934D1289.pluginPayloadAttachment –
EMP_425_0527407_Attach

James Fishback <+13055429112>2024-03-17 12:31:09

The blacks get it

Father <+19543940290>                    2024-03-17 17:42:59

Attached URL: https://p52-
content.icloud.com/M7A201C86FDE8DBE58FE6898D41BC2BC0DAB8F
F77001A78F4F88027DD9D7B7AF6.C01USN00Attachment Title:
IMG_4648.HEIC

Attachment: IMG_4648.HEIC - EMP_425_0527410_Attach.HEIC

Father <+19543940290>          2024-03-17 17:43:12

Camilla: we have about 20 trees on the lot

FISHBACK040209

James Fishback <+13055429112>2024-03-17 17:46:24

Wow !!!

Father <+19543940290>2024-03-17 17:52:44

Here's a bonsai Cammilla

James Fishback <+13055429112>2024-03-17 17:56:53

Nice!!!

James Fishback <+13055429112>                    2024-03-17 18:01:43

https://x.com/loganclarkhall/status/1769411796434100722?
s=42Attachment Title: C1E273C1-6DAD-4FA5-BE56-
1D51005240C3.pluginPayloadAttachmentAttachment Title:
A7ED5E70-CE6D-4D95-B4EC-
24B6617CBE33.pluginPayloadAttachment

Attachment: C1E273C1-6DAD-4FA5-BE56-1D51005240C3.pluginPayloadAttachment –
EMP_425_0527416_Attach
Attachment: A7ED5E70-CE6D-4D95-B4EC-24B6617CBE33.pluginPayloadAttachment –
EMP_425_0527417_Attach

James Fishback <+13055429112>                    2024-03-17 18:29:31

Draft Scott email:

John, Andrew, Dan: I'm not sure who I should connect with at
Greenlight about this, but my name is Scott Levitt and am looking at
making a substantial investment in James Fishback's new hedge fund.
As such I am interested in learning more about his time and
contributions at Greenlight.

Can you tell me about more about his' contributions as head of
macro? I read in Greenlight's q4 of 2022 letter that macro had its best
year ever. What role did James play in this? Did James also serve as
David's personal macro advisor for 2019/20?

Scott

FISHBACK040210

James Fishback <+13055429112>    2024-03-17 18:32:06

John, Andrew, Dan: I'm not sure who I should connect with at Greenlight about this, but my name is Scott Levitt and am looking at making a substantial investment in James Fishback's new hedge fund. As such I am interested in learning more about his time and contributions at Greenlight.

Can you tell me about more about his' contributions as your head of macro? I read in Greenlight's 2022 letter that macro had its best year ever. What role did James play in this? Did James also serve as David's personal macro consultant for 2019/20?

Scott

James Fishback <+13055429112>2024-03-17 18:56:07

REVIEW THIS NOW

James Fishback <+13055429112>    2024-03-17 21:13:18

John, Andrew, Daniel: I'm not sure who I should connect with at Greenlight about this, but my name is Scott Levitt and am looking at making a substantial investment in James Fishback's new hedge fund. As such I am interested in learning more about his time and contributions at Greenlight.

Can you tell me about his' contributions as your head of macro? I read in Greenlight's 2022 letter that macro had its best year ever. What role did James play in this? How did it work when James served as David's personal macro consultant for 2019/20?

Scott

James Fishback <+13055429112>2024-03-17 22:36:36

I'm taking off

FISHBACK040211