# Exhibit 24

Conversation:
CHAT - EMP_425_0000001 - 04603 - 2024/03/17

Participants:
tommyfishback@mac.com ; Scott Levitt <+14073537864>; James Fishback <+13055429112>; tommyfishback@icloud.com

Date Range:
2024-03-17 14:07:17 - 2024-03-17 22:59:43

Number of Messages:
6

---

**James Fishback <+13055429112>** — 2024-03-17 14:07:17

Hey Scott! Could you please give me a call for when you have a moment today?

**Scott Levitt <+14073537864>** — 2024-03-17 15:14:37

Sure. Just having breakfast with my daughter and wife. Will call you in a bit when I am driving to go bike riding.

**James Fishback <+13055429112>** — 2024-03-17 21:19:23

John, Andrew, Daniel: I'm not sure who I should connect with at Greenlight about this, but my name is Scott Levitt and am looking at making a substantial investment in James Fishback's new hedge fund. I am interested in learning more about his time and contributions at Greenlight.

Could you tell me about his contributions as your head of macro? I read in Greenlight's letter that macro had its best year ever in 2022. What role did James play in this? How did it work when James served as David's personal macro consultant for 2019/20?

FISHBACK040207

**James Fishback <+13055429112>** 2024-03-17 21:49:51

Their emails:

jcharecky@greenlightcapital.com

john@greenlightcapital.com

asimon@greenlightcapital.com

andrew@greenlightcapital.com

droitman@greenlightcapital.com

daniel@greenlightcapital.com

**Scott Levitt <+14073537864>** 2024-03-17 22:59:20

Thank you. I am still out and about and will be heading to dinner in a bit with my wife and kids. I will get to this tomorrow or Tuesday at the latest.

**Scott Levitt <+14073537864>** 2024-03-17 22:59:43

I will send you what I write them prior to sending it so you can give me feedback