# Exhibit 25

Conversation:
CHAT - EMP_425_0000001 - 04718 - 2024/03/19

Participants:
tommyfishback@mac.com ; Father <+19543940290>; James Fishback <+13055429112>; James Fishback ; tommyfishback@icloud.com

Date Range:
2024-03-19 00:37:26 - 2024-03-19 16:05:06

Number of Messages:
33

Father <+19543940290> 2024-03-19 00:37:26

Attached URL: https://p68-content.icloud.com/M7A201C86FDE8DBE58FE6898D41BC2BC0DAB8FF77001A78F4F88027DD9D7B7AF6.C01USN00Attachment Title: IMG_4655.heic

Attachment: IMG_4655.heic - EMP_425_0527437_Attach.heic

Father <+19543940290> 2024-03-19 00:37:52

I guess that never happened either

James Fishback <+13055429112>2024-03-19 00:41:11

Oh yea never did

James Fishback <+13055429112>2024-03-19 00:41:14

We made it up

James Fishback <+13055429112>2024-03-19 00:41:16

To hurt them

James Fishback <+13055429112> 2024-03-19 00:41:44

Remember when they said we were defaming them by accurately describing our role and responsibilities, and they threatened to sue us

James Fishback <+13055429112> 2024-03-19 02:10:52

Everything according to plan

Attached URL: https://p27-content.icloud.com/M4FFD46B89EFDA003726D8578563C6E1A1ACF8DE6216294DD47B188AC25A99579.C01USN00Attachment Title: IMG_2077.PNG




Attachment: IMG_2077.PNG - EMP_425_0527444_Attach.PNG

Father <+19543940290>2024-03-19 02:41:23

Woah

Father <+19543940290>2024-03-19 02:41:32

Hold on there

Father <+19543940290>2024-03-19 02:41:38
COWBOY

James Fishback <+13055429112>2024-03-19 02:41:45
Stand back and standby

James Fishback <+13055429112> 2024-03-19 02:41:55
We are single handedly controlling the fate of the 2024 election

Father <+19543940290>2024-03-19 02:42:06
YASSIR

Father <+19543940290>2024-03-19 02:42:34
TEXT when u arrive at hotel

Father <+19543940290>2024-03-19 02:42:49
What hotel u stayin at?

James Fishback <+13055429112>2024-03-19 02:43:02
Santa Barbara Inn

James Fishback <+13055429112>2024-03-19 02:43:03
On the Pacific Ocean

Father <+19543940290> 2024-03-19 02:43:28
Goodnight we're going to sleep

James Fishback <+13055429112>2024-03-19 02:43:57
Ok

James Fishback <+13055429112> 2024-03-19 02:43:58
Tell your wife I will tell Keinah to call her to ask her to wish her a happy birthday

James Fishback <+13055429112>2024-03-19 02:43:59
"I don't BEG!"

James Fishback <+13055429112>2024-03-19 02:44:00
"She can CALL ME"

James Fishback <+13055429112>2024-03-19 03:46:56
Arrived

Father <+19543940290> 2024-03-19 14:23:22
Attached URL: https://p64-content.icloud.com/M7A201C86FDE8DBE58FE6898D41BC2BC0DAB8FF77001A78F4F88027DD9D7B7AF6.C01USN00Attachment Title: IMG_4657.jpeg




Attachment: IMG_4657.jpeg - EMP_425_0527462_Attach.jpeg

James Fishback <+13055429112>2024-03-19 14:23:37
Oh

James Fishback <+13055429112>2024-03-19 14:23:39
WOW

James Fishback <+13055429112> 2024-03-19 15:47:44

John, Andrew, Daniel,

Hi all. I'm not sure who to contact at Greenlight regarding this, so I apologize for reaching out to multiple people.

My name is Scott Levitt, and I am considering a significant investment in James Fishback's new hedge fund, Azoria. As part of my due diligence, I'm seeking information about his tenure and contributions at Greenlight, including a general reference check. My main goal in the end is to gain macro investment exposure and verify Azoria's credibility in this area.

I understand that James, as the head of macro, was primarily focused on macro investments at Greenlight. Could you elaborate on his specific role and contributions in this capacity?

Additionally, I came across a CNBC interview with David discussing Greenlight's performance in 2022 (or 2023) and read his letter about the firm's record year, highlighting the macro investments. Did James have a significant impact on these investments during his time at Greenlight?

Lastly, I also understand that James personally consulted David on macro during 2019 and 2020. How did this work?

Thank you for assisting me in my due diligence process.

Scott Levitt

James Fishback <+13055429112>2024-03-19 15:47:55

This is Scott's version. Any edits?

Father <+19543940290>2024-03-19 15:53:39

Wow

Father <+19543940290>2024-03-19 15:53:47

He da GOAT

James Fishback <+13055429112>2024-03-19 15:53:54
SCOTT IS DA REAL ONE

Father <+19543940290>2024-03-19 15:59:59
DAY 1 HOMEBOY

James Fishback <+13055429112> 2024-03-19 16:05:06
HOLDING IT DOWN FOR THE GANG