# Exhibit 26

Conversation:
CHAT - EMP_425_0000001 - 04603 - 2024/03/19

Participants:
tommyfishback@mac.com ; Scott Levitt <+14073537864>; James Fishback <+13055429112>; tommyfishback@icloud.com

Date Range:
2024-03-19 15:06:39 - 2024-03-19 15:53:42

Number of Messages:
6

---

**Scott Levitt <+14073537864>**  2024-03-19 15:06:39

I took a stab at rewriting the letter just to have it a bit more in my voice. Take a look at the following and let me know when you are free to chat. I will be driving in my car in a bit and happy to call then.

FISHBACK040217

John, Andrew, Daniel,

Hi all. I'm not sure who to contact at Greenlight regarding this, so I apologize for reaching out to multiple people.

My name is Scott Levitt, and I am considering a significant investment in James Fishback's new hedge fund, Azoria. As part of my due diligence, I'm seeking information about his tenure and contributions at Greenlight, including a general reference check. My main goal in the end is to gain macro investment exposure and verify Azoria's credibility in this area.

I understand that James, as the head of macro, was primarily focused on macro investments at Greenlight. Could you elaborate on his specific role and contributions in this capacity?

Additionally, I came across a CNBC interview with David discussing Greenlight's performance in 2022 (or 2023) and read his letter about the firm's record year, highlighting the macro investments. Did James have a significant impact on these investments during his time at Greenlight?

Lastly, I also understand that James provided macro consultation to David during 2019 and 2020. Can you confirm this?

Thank you for assisting me in my due diligence process.

Scott Levitt

FISHBACK040218

James Fishback <+13055429112>  2024-03-19 15:47:19

John, Andrew, Daniel,

Hi all. I'm not sure who to contact at Greenlight regarding this, so I apologize for reaching out to multiple people.

My name is Scott Levitt, and I am considering a significant investment in James Fishback's new hedge fund, Azoria. As part of my due diligence, I'm seeking information about his tenure and contributions at Greenlight, including a general reference check. My main goal in the end is to gain macro investment exposure and verify Azoria's credibility in this area.

I understand that James, as the head of macro, was primarily focused on macro investments at Greenlight. Could you elaborate on his specific role and contributions in this capacity?

Additionally, I came across a CNBC interview with David discussing Greenlight's performance in 2022 (or 2023) and read his letter about the firm's record year, highlighting the macro investments. Did James have a significant impact on these investments during his time at Greenlight?

Lastly, I also understand that James personally consulted David on macro during 2019 and 2020. How did this work?

Thank you for assisting me in my due diligence process.

Scott Levitt

James Fishback <+13055429112>  2024-03-19 15:47:32
Hi Scott - I think it's excellent. Hits all the main points with sepcificity

James Fishback <+13055429112>  2024-03-19 15:53:23
I made a small edit around the macro consulting language

FISHBACK040219

James Fishback <+13055429112>  2024-03-19 15:53:42

If you'd ready, I think this is great to send out to the emails:

jcharecky@greenlightcapital.com

john@greenlightcapital.com

asimon@greenlightcapital.com

andrew@greenlightcapital.com

droitman@greenlightcapital.com

daniel@greenlightcapital.com