# Exhibit 27

Conversation:

CHAT - EMP_425_0000001 - 04603 - 2024/03/22

Participants:

tommyfishback@mac.com ; Scott Levitt <+14073537864>; James Fishback <+13055429112>; tommyfishback@icloud.com

Date Range:

2024-03-22 13:24:30 - 2024-03-22 13:33:41

Number of Messages:

8

---

**Scott Levitt <+14073537864>**    2024-03-22 13:24:30

No response from greenlight

**Scott Levitt <+14073537864>**    2024-03-22 13:24:38

I will give them until Monday evening before I email them back

**James Fishback <+13055429112>**    2024-03-22 13:25:05

Thank you Scott! Gotta send oyu something

**James Fishback <+13055429112>**    2024-03-22 13:25:57

Attached URL: https://p28-content.icloud.com/ME1F51D69C3F254598830141726BE60AAA1A9A2A362322A5DD07A76F23478E3E8.C01USN00Attachment Title: PNG image.jpeg

> We also understand that within twenty-four hours of the First Demand Letter being sent, you removed the statement on your personal Twitter account referring to a former "macro investing" role with Greenlight. Nevertheless, while you removed the misrepresentations from your personal Twitter account, the Azoria Partners website and LinkedIn account continue to misrepresent that you "ran global macro investing at" Greenlight. As asserted in the First Demand Letter, any such representations are demonstrably false and contrary to fact and to the terms and conditions of the Forbearance Letter that you sought to benefit from. Greenlight reiterates its demands that you cease and desist from representing yourself as having held any role at Greenlight other than Research Analyst; that demand applies to both representations made by you in your personal capacity, or representations made via any entities that you are affiliated with.

Attachment: PNG image.jpeg - EMP_425_0491247_Attach.jpeg

**James Fishback <+13055429112>**    2024-03-22 13:26:07

This was from October before I even sued them

FISHBACK040233

James Fishback <+13055429112>  2024-03-22 13:26:24

They threatened to sue for defamation because my twitter bio read "ran macro investing at Greenlgith"

Scott Levitt <+14073537864> 2024-03-22 13:27:35

In a meeting will read this later

James Fishback <+13055429112>  2024-03-22 13:33:41

Attached URL: https://p66-content.icloud.com/ME1F51D69C3F254598830141726BE60AAA1A9A2A362322A5DD07A76F23478E3E8.C01USN00Attachment Title: PNG image.jpeg

> Both formally and functionally, your representations regarding your title as "Head of Macro" at Greenlight are false. Nevertheless, you have continued holding yourself out as Greenlight's former Head of Macro. Your actions in continuing to do so may be actionable as **defamation**, libel, or slander damaging the reputation of Greenlight, its officers, employees, agents or representatives. Greenlight demands that you immediately cease and desist from representing yourself as having held any title or role at Greenlight other than Research Analyst. Please be advised that Greenlight is prepared to exercise all of its legal rights and remedies against you with respect to any causes of action that arise, or have arisen, as a result of your false representations.

Attachment: PNG image.jpeg – EMP_425_0491252_Attach.jpeg

FISHBACK040234