# Exhibit 28

We also understand that within twenty-four hours of the First Demand Letter being sent, you removed the statement on your personal Twitter account[3] referring to a former "macro investing" role with Greenlight. Nevertheless, while you removed the misrepresentations from your personal Twitter account, the Azoria Partners website and LinkedIn account continue to misrepresent that you "ran global macro investing at" Greenlight. As asserted in the First Demand Letter, any such representations are demonstrably false and contrary to fact and to the terms and conditions of the Forbearance Letter that you sought to benefit from. Greenlight reiterates its demands that you cease and desist from representing yourself as having held any role at Greenlight other than Research Analyst; that demand applies to both representations made by you in your personal capacity, or representations made via any entities that you are affiliated with.

FISHBACK040235