# Exhibit 29

Both formally and functionally, your representations regarding your title as "Head of Macro" at Greenlight are false. Nevertheless, you have continued holding yourself out as Greenlight's former Head of Macro. Your actions in continuing to do so may be actionable as defamation, libel, or slander damaging the reputation of Greenlight, its officers, employees, agents or representatives. Greenlight demands that you immediately cease and desist from representing yourself as having held any title or role at Greenlight other than Research Analyst. Please be advised that Greenlight is prepared to exercise all of its legal rights and remedies against you with respect to any causes of action that arise, or have arisen, as a result of your false representations.

FISHBACK040236