# Exhibit 30

Conversation:
CHAT - EMP_425_0000001 - 04603 - 2024/03/25

Participants:
tommyfishback@mac.com ; Scott Levitt <+14073537864>; James Fishback <+13055429112>;
tommyfishback@icloud.com

Date Range:
2024-03-25 17:29:59 - 2024-03-25 21:48:57

Number of Messages:
14

> James Fishback <+13055429112>2024-03-25 17:29:59
> **Hi Scott! Nothing from Greenlight?**

Scott Levitt <+14073537864>                    2024-03-25 17:34:26
Nothing. I have a reminder to email them at the end of today if I don't hear back from them. This would be the end of the third business day that they have had my request.

Scott Levitt <+14073537864>                    2024-03-25 17:34:36
In fairness, I'm not sure how long it would take them to typically reply to something like this

> James Fishback <+13055429112>                    2024-03-25 17:43:44
> Disappointing that they continue doing this. This should only take them 10 mins. I think following up today would be good idea.

Scott Levitt <+14073537864>                    2024-03-25 17:45:15
Liked "Disappointing that they continue doing this. This ..."

Scott Levitt <+14073537864>                    2024-03-25 17:45:28
I wonder if they are going to send you another letter from their attorney because of this inquiry

James Fishback <+13055429112>    2024-03-25 17:49:43

If they do, that's damning. These are basic facts about my employment that you seek to confirm. Greenlight's macro returns are public, the fact that I personally consulted David is not privileged.

Scott Levitt <+14073537864>    2024-03-25 18:03:08

Liked "If they do, that's damning. These are basic facts ..."

Scott Levitt <+14073537864>2024-03-25 21:25:04

I sent them another email

James Fishback <+13055429112>2024-03-25 21:27:43

Thank you Scott

Scott Levitt <+14073537864>2024-03-25 21:29:25

Liked "Thank you Scott"

James Fishback <+13055429112>    2024-03-25 21:45:33

Attached URL: https://p47-content.icloud.com/ME1F51D69C3F254598830141726BE60AAA1A9A2A362322A5DD07A76F23478E3E8.C01USN00Attachment Title: IMG_9752.jpeg

**FSD V12.3.1**

EM    **Elon Musk**    2:00 AM
To Everybody    ...

Going forward, it is mandatory in North America to install and activate FSD V12.3.1 and take customers on a short test ride before handing over the car.

Almost no one actually realizes how well (supervised) FSD actually works.

I know this will slow down the delivery process, but it is nonetheless a hard requirement.

Thanks,
Elon

Attachment: IMG_9752.jpeg - EMP_425_0491265_Attach.jpeg

James Fishback <+13055429112>2024-03-25 21:45:34

Last night

FISHBACK040241

Scott Levitt <+14079537864>2024-03-15 21:48:57

Liked "Last night"

FISHBACK040242