# Exhibit 31

Conversation:
CHAT - EMP_425_0000001 - 04603 - 2024/03/26

Participants:
tommyfishback@mac.com ; Scott Levitt <+14073537864>; James Fishback <+13055429112>; tommyfishback@icloud.com ; +13055429112; +14073537864

Date Range:
2024-03-26 21:51:57 - 2024-03-26 22:00:24

Number of Messages:
12

+14073537864                                          2024-03-26 21:51:57

Danielle responded and said that they can confirm you were a former employee at greenlight but can't provide any further information at this time

+13055429112                                          2024-03-26 21:54:05

Hmm…can you share screenshot?

+14073537864                                          2024-03-26 21:55:09

Attached URL: https://p31-content.icloud.com/M883BC972F99BCDAE01DA3B98F69BD176082DFDD889A2CF19B6BF9C0F5C3FE642.C01USN00Attachment Title: IMG_0231.heic

Attachment: IMG_0231.heic - EMP_425_0491271_Attach.heic

+13055429112                                          2024-03-26 21:55:48

Wow - thx! What do you think?

+14073537864                                          2024-03-26 21:56:42

My gut tells me you are going to hear from their attorney again

FISHBACK040247

+13055429112 — 2024-03-26 21:58:01
Oh I'm sure - why do you think they won't confirm basic details like the easily probable fact that I macro consulted for david? There's literally checks from greenlight made out to me with "macro consulting" in the memo

+14073537864 — 2024-03-26 21:58:28
On that friend I think they don't want to put anything in writing to anyone out there while they are figuring out what to do

+14073537864 — 2024-03-26 21:58:48
I might go back to them tomorrow and just ask can they at least confirm that you consulted to david. Based on their response today I would assume they simply will ignore me.

+14073537864 — 2024-03-26 21:59:01
That's probably what I would do if I were in their shoes and deciding how to proceed

+13055429112 — 2024-03-26 21:59:40
Liked "That's probably what I would do if I were in their…"

+13055429112 — 2024-03-26 21:59:57
Yes - they should definitely confirm that

+14073537864 — 2024-03-26 22:00:24
Liked "Yes - they should definitely confirm that "