# Exhibit 32

# Re: James Fishback Reference Check

Dear Scott,

We confirm that James Fishback is a former employee of Greenlight Capital. We are unable to provide any further information at this time.

Regards,

Daniel Roitman
Chief Operating Officer
Greenlight Capital, Inc.

FISHBACK040249