# Exhibit 33

Conversation:
CHAT - EMP_425_0000001 - 04603 - 2024/03/27

Participants:
tommyfishback@mac.com ; Scott Levitt <+14073537864>; James Fishback <+13055429112>;
tommyfishback@icloud.com

Date Range:
2024-03-27 13:53:35 - 2024-03-27 16:53:50

Number of Messages:
10

**James Fishback <+13055429112>**    2024-03-27 13:53:35
Hi Scott - I think we should hold off on contacting them further. I have an idea that I'd like your feedback on. Are you around tomorrow evening to chat?

**Scott Levitt <+14073537864>**    2024-03-27 14:16:27
I have my son coming in town today and we are going skiing tomorrow. Just text me tomorrow afternoon when you free up and hopefully I will have time to jump on a call.

**Scott Levitt <+14073537864>**    2024-03-27 14:16:46
Are you saying you don't even think I should respond to Daniel and say thank you?

**Scott Levitt <+14073537864>**    2024-03-27 14:17:15
I was going to say something like thank you for confirming he worked at greenlight however, based on your response you have now made me think there could be more that I should know? Would you be willing to jump on a call and chat with me about it?

**Scott Levitt <+14073537864>**    2024-03-27 14:17:26
Not sure that would prompt reply from him or not. Let me know what you think or I can simply not respond to him.

FISHBACK043100

James Fishback <+13055429112>  2024-03-27 16:32:48
I personally think best not to

James Fishback <+13055429112>                    2024-03-27 16:33:16
Just spoke with my lawyer. If ok with you, could you fwd the reply to me over email? He'd like to see urgently

Scott Levitt <+14073537864>          2024-03-27 16:36:47
I will forward it to your azoria partners email if that works?

James Fishback <+13055429112>  2024-03-27 16:40:58
Yes - Ty!

Scott Levitt <+14073537864>  2024-03-27 16:53:50
Done

FISHBACK043101