# Exhibit 34

**From:** Scott Levitt <scottlevitt@gmail.com>
**Sent:** Wed, 27 Mar 2024 10:36:53 -0600
**To:** James Fishback <james@azoriapartners.com>
**Subject:** Fwd: James Fishback Reference Check

FYI

Regards,

Scott Levitt

---------- Forwarded message ---------
From: **Daniel Roitman** <droitman@greenlightcapital.com>
Date: Tue, Mar 26, 2024 at 3:00 PM
Subject: Re: James Fishback Reference Check
To: Scott Levitt <scottlevitt@gmail.com>

Dear Scott,

We confirm that James Fishback is a former employee of Greenlight Capital. We are unable to provide any further information at this time.

Regards,

Daniel Roitman

Chief Operating Officer

Greenlight Capital, Inc.

> On Mar 25, 2024, at 5:24 PM, Scott Levitt <scottlevitt@gmail.com> wrote:

CONFIDENTIAL                                                                                                                              FISHBACK034802

Hi all,

I hope you all had a nice weekend.

To follow up with my email below, who might be able to help in my due diligence efforts?

Thank you in advance for any help or feedback you can provide.

TY

Regards,

Scott Levitt

On Tue, Mar 19, 2024 at 5:07 PM Scott Levitt <scottlevitt@gmail.com> wrote:

> Hi John, Andrew, and Daniel,
>
> I hope this message finds you well. I'm not sure who to contact at Greenlight regarding my inquiry below, so I apologize for reaching out to multiple people.
>
> My name is Scott Levitt and I'm considering investing a significant amount of money in James Fishback's new hedge fund, Azoria. As part of my due diligence, I'm looking for information about his tenure and contributions at Greenlight. Specifically, I'm seeking a general reference check to confirm James' credibility in the macro-investing space.
>
> I understand that James was the head of macro at Greenlight, and I would appreciate it if you could elaborate on his specific role and contributions in this capacity. Moreover, I came across a CNBC interview with David Einhorn discussing Greenlight's performance in 2022 (or 2023) and read his letter about the firm's record year, highlighting the macro investments. Did James have a significant impact (or role) on these investments during his time at Greenlight?

CONFIDENTIAL  FISHBACK034803

Lastly, it is my understanding that James personally consulted David on macro during 2019 and 2020. I would like to confirm if this is accurate information.

I appreciate any insights and your help in my due diligence process.

Regards,

Scott Levitt

CONFIDENTIAL                                                                                                                   FISHBACK034804