# Exhibit 35

Conversation:
CHAT - EMP_425_0000001 - 04603 - 2024/04/17

Participants:
tommyfishback@mac.com ; Scott Levitt <+14073537864>; James Fishback <+13055429112>;
tommyfishback@icloud.com

Date Range:
2024-04-17 00:04:47 - 2024-04-17 19:48:00

Number of Messages:
21

FISHBACK040388

James Fishback <+13055429112>                                      2024-04-17 00:04:47

Thank you Scott - I've shared your number with Katherine from Bloomberg

James Fishback <+13055429112>                                      2024-04-17 00:07:02

You're more than equipped for dealing with a reporter. I'd only make the suggestion of sticking to first-hand info. You're a prospective investor in Azoria, and in doing your due diligence, you reached out to Greenlight to confirm basic details about my employment and my prior consulting. Greenlight refused to share any details, even though I had shown you checks that documented I was a consultant. I wouldn't ascribe motive to Greenlight (even though we prob know), and say you were baffled by Greenlight's refusal to confirm any details.

James Fishback <+13055429112>                                      2024-04-17 00:07:34

At the start of the call, tell her that you'd like to speak ON BACKGROUND, which means you can be quoted but will be quoted anonymously

James Fishback <+13055429112>                                      2024-04-17 00:07:44

And remember that anything you tell her can and will be used in the story

Scott Levitt <+14073537864>                          2024-04-17 00:09:10

Does she know that you and I know each other?

Scott Levitt <+14073537864>                          2024-04-17 00:09:26

What about when and if she asks me how I came across you in the first place?

James Fishback <+13055429112>          2024-04-17 00:10:01

No - I didn't mention it. I would just tell the truth.

James Fishback <+13055429112>          2024-04-17 00:10:41

I shared your emails with Dan Roitman and his reply (lack thereof)

FISHBACK040389

Scott Levitt <+14073537864>                                          2024-04-17 00:11:49

So I can tell her that I've known you for years and have been talking to you for years and finally decided that might be the time to invest and that's what led to my due diligence?

James Fishback <+13055429112>                                        2024-04-17 00:12:07

Yes - and if you felt so compelled, to sprinkle in a complement about my macro investing framework

Scott Levitt <+14073537864>                                          2024-04-17 00:12:35

If she quotes, the email, Dan wrote, he will easily be able to connect the dots back to me

Scott Levitt <+14073537864>                                          2024-04-17 00:12:48

We are about to go out to dinner. How about we chat tomorrow when you have time?

James Fishback <+13055429112>2024-04-17 00:12:56

Sounds good!

Scott Levitt <+14073537864>2024-04-17 00:13:01

Liked "Sounds good!"

James Fishback <+13055429112>                                        2024-04-17 00:13:34

He may, but I'm sure she'll be careful not to quote directly to protect sources. In any event, you have every right to email someone and ask them to confirm details.

Scott Levitt <+14073537864>                                          2024-04-17 19:25:58

Let's chat later today or tomorrow. The more I think about this approach with the Bloomberg reporter, the more I'm not sure if it's the right approach .

James Fishback <+13055429112>2024-04-17 19:40:20

Kk! What are you thinking?

James Fishback <+13055429112>2024-04-17 19:40:26

She thinks it's a huge story

FISHBACK040390

James Fishback <+13055429112> 2024-04-17 19:40:36

My lawyer likes the angle

James Fishback <+13055429112>                                    2024-04-17 19:41:38

Says that it delivers a quick win by showing any prospective investors (I've already lost 2) that Greenlight's refusal to confirm details about my employment isn't because I did something wrong. It's because they don't want me to succeed in starting my own business. They want the credit for my macro trades.

James Fishback <+13055429112>                                    2024-04-17 19:48:00

But I would love to know you're thinking on this. I value your counsel, and you've been rly helpful on all of this

FISHBACK040391