# Exhibit 36

Conversation:
CHAT - EMP_425_0000001 - 04603 - 2024/05/17

Participants:
tommyfishback@mac.com ; Scott Levitt <+14073537864>; James Fishback <+13055429112>; tommyfishback@icloud.com ; +14073537864; +13055429112

Date Range:
2024-05-17 10:20:35 - 2024-05-17 22:37:16

Number of Messages:
11

---

**+13055429112** — 2024-05-17 10:20:35

https://x.com/martinshkreli/status/1791316385924063655?s=46Attachment Title: BA5986CE-89EC-4CFF-8FE1-6472ECCB8FAB.pluginPayloadAttachmentAttachment Title: 1A5EFAAE-EE48-402C-86D8-16B549286437.pluginPayloadAttachment

Attachment: BA5986CE-89EC-4CFF-8FE1-6472ECCB8FAB.pluginPayloadAttachment - EMP_425_0491394_Attach
Attachment: 1A5EFAAE-EE48-402C-86D8-16B549286437.pluginPayloadAttachment - EMP_425_0491395_Attach

**James Fishback <+13055429112>** — 2024-05-17 12:06:40

Scott, if there's a time to talk to a reporter anoymously, it's now

**James Fishback <+13055429112>** — 2024-05-17 12:07:23

Can you please? It would be huge for me. Just talk about how you reached out and they refused to even confirm that consulted for them, and that you saw the checks

**Scott Levitt <+14073537864>** 2024-05-17 15:25:20

Good morning.

**Scott Levitt <+14073537864>** — 2024-05-17 15:25:29

I have not read through Twitter just yet today. Will check it out later today.

FISHBACK040764

**Scott Levitt <+14073537864>**     2024-05-17 15:25:40
Which reporter is interested in chatting?

**Scott Levitt <+14073537864>**     2024-05-17 15:26:35
Based on all that you have put online as of yesterday, would an article with an anonymous person mean anything at this point?

**Scott Levitt <+14073537864>** 2024-05-17 15:43:54
In a meeting. I will call later.

**James Fishback <+13055429112>**     2024-05-17 15:44:51
https://x.com/starshipneil/status/17913238775006497121Attachment Title: DF257483-EE31-4030-A7DB-B6F4773C7FCA.pluginPayloadAttachment

Attachment: DF257483-EE31-4030-A7DB-B6F4773C7FCA.pluginPayloadAttachment – EMP_425_0491404_Attach

**James Fishback <+13055429112>** 2024-05-17 17:23:48
Please call when you can

**James Fishback <+13055429112>**     2024-05-17 22:37:16
Draft:

I'm investing in James Fishback's new hedge fund, but I still always do my due diligence. I reached out to Greenlight and asked them to confirm that James was a paid macro consultant to David Einhorn for 2 years prior to joining the firm. They refused to tell me. Why?

FISHBACK040765