# Exhibit 37

Conversation:
CHAT - EMP_425_0000001 - 04603 - 2024/05/18

Participants:
tommyfishback@mac.com ; Scott Levitt <+14073537864>; James Fishback <+13055429112>; tommyfishback@icloud.com

Date Range:
2024-05-18 00:54:26 - 2024-05-18 17:07:24

Number of Messages:
10

---

**Scott Levitt <+14073537864>** — 2024-05-18 00:54:26
I just saw that I missed your call. We are out to dinner with friends of ours who are in town visiting. Let's connect tomorrow morning.

**James Fishback <+13055429112>** — 2024-05-18 03:31:18
Loved "I just saw that I missed your call. We are out to ..."

**James Fishback <+13055429112>** — 2024-05-18 14:33:58
Morning Scott - free to chat?

**Scott Levitt <+14073537864>** — 2024-05-18 14:43:34
Good morning. I will call you within 10 minutes or so.

**James Fishback <+13055429112>** — 2024-05-18 14:46:23
Thank vm!

**James Fishback <+13055429112>** — 2024-05-18 15:12:11
James..last month I reached out to greenlight and asked them to confirm that you consulted for Einhorn before he hired you

they refused to tell me after I asked them twice..

thx for sending proof of their check. Im in your corner 100%

Scott Levitt <+14073537864>      2024-05-18 15:22:37

Hi James. I've been following the twitter posts. Pretty crazy.

Don't forget that about a month ago, as part of my due diligence on your new fund, I reached out to Greenlight and asked them to confirm that you consulted to Einhorn before he hired you and also to find out what your role was at Greenlight. They only confirmed that you worked there but no mention of what you did there. Very frustrating.

thx for sending proof of their cashed check. I'm in your corner 100%

James Fishback <+13055429112>      2024-05-18 15:24:18

Hi James. I've been following the twitter posts. Pretty crazy.

Don't forget that about a month ago, as part of my due diligence on your new fund, I reached out to Greenlight and asked them to confirm that you consulted Einhorn before he hired you and they refused to tell me.

thx for sending proof of their cashed check. I'm in your corner 100%

Scott Levitt <+14073537864>      2024-05-18 15:25:00

Hi James. I've been following the twitter posts. Pretty crazy.

Don't forget that about a month ago, as part of my due diligence on your new fund, I reached out to Greenlight and asked them to confirm that you consulted Einhorn before he hired you and they refused to tell me.

thx for sending proof of their cashed check. I'm in your corner 100%

James Fishback <+13055429112>  2024-05-18 17:07:24

https://x.com/j_fishback/status/1791866229231067482?s=42Attachment Title: C50006E9-BB9C-4356-BDEF-82D388098255.pluginPayloadAttachmentAttachment Title: 0F4612AC-A7DA-4EB9-BBE0-363A57E2B843.pluginPayloadAttachment

Attachment: C50006E9-BB9C-4356-BDEF-82D388098255.pluginPayloadAttachment - EMP_425_0491417_Attach

Attachment: 0F4612AC-A7DA-4EB9-BBE0-363A57E2B843.pluginPayloadAttachment - EMP_425_0491418_Attach