# Exhibit 38

Conversation:
CHAT - EMP_425_0000001 - 04603 - 2024/05/20

Participants:
tommyfishback@mac.com ; Scott Levitt <+14073537864>; James Fishback <+13055429112>; tommyfishback@icloud.com

Date Range:
2024-05-20 12:17:54 - 2024-05-20 19:16:43

Number of Messages:
37

---

**James Fishback <+13055429112>**  2024-05-20 12:17:54

https://www.marketwatch.com/story/greenlight-capitals-clash-with-a-former-employee-has-captivated-the-hedge-fund-world-cc16e435Attachment Title: 24074ACB-6971-4A8F-B1AD-ED9E3104472E.pluginPayloadAttachmentAttachment Title: EFCD266C-7C39-40AC-AC57-989D3C585AD4.pluginPayloadAttachment

*Attachment: 24074ACB-6971-4A8F-B1AD-ED9E3104472E.pluginPayloadAttachment – EMP_425_0491420_Attach*
*Attachment: EFCD266C-7C39-40AC-AC57-989D3C585AD4.pluginPayloadAttachment – EMP_425_0491421_Attach*

**Scott Levitt <+14073537864>**  2024-05-20 18:40:30

How are things going today? Are you working with Bill Ackman's attorney yet?

**Scott Levitt <+14073537864>**  2024-05-20 18:40:36

Have you heard anything from Einhorn?

**James Fishback <+13055429112>**  2024-05-20 18:43:21

Yep

**James Fishback <+13055429112>**  2024-05-20 18:43:26

Nope

James Fishback <+13055429112> 2024-05-20 18:43:31

Scott Levitt <+14073537864> 2024-05-20 18:44:56
Liked "Yep"

Scott Levitt <+14073537864> 2024-05-20 18:44:59
Liked "Nope"

Scott Levitt <+14073537864> 2024-05-20 18:45:03
Loved ▮▮▮▮▮▮▮▮▮▮

Scott Levitt <+14073537864>   2024-05-20 18:45:29
I haven't read through the posts on Twitter today. Has the feedback and responses been pretty much in line with what it's been or has anything changed?

James Fishback <+13055429112> 2024-05-20 18:54:44
It's been very positive

Scott Levitt <+14073537864> 2024-05-20 18:54:51
Awesome

James Fishback <+13055429112>   2024-05-20 18:54:52
https://www.marketwatch.com/story/greenlight-capitals-clash-with-a-former-employee-has-captivated-the-hedge-fund-world-cc16e435Attachment Title: 804ED2F7-465D-44A5-968A-ED192159915B.pluginPayloadAttachmentAttachment Title: F38495CF-1127-41AA-AE97-6B15E4FAAE32.pluginPayloadAttachment

Attachment: 804ED2F7-465D-44A5-968A-ED192159915B.pluginPayloadAttachment – EMP_425_0491434_Attach
Attachment: F38495CF-1127-41AA-AE97-6B15E4FAAE32.pluginPayloadAttachment – EMP_425_0491435_Attach

James Fishback <+13055429112> 2024-05-20 18:54:57
This article was spot-on

Scott Levitt <+14073537864> 2024-05-20 18:55:03
Liked "This article was spot-on"

Scott Levitt <+14073537864> 2024-05-20 18:55:08
I read that this morning.

James Fishback <+13055429112> 2024-05-20 18:55:12
What did you think?

Scott Levitt <+14073537864> 2024-05-20 18:55:16
Solid

Scott Levitt <+14073537864> 2024-05-20 18:55:35
I had a buddy of mine pointed me to another article that he saw about this. I haven't read it yet. I will send it to you later today.

Scott Levitt <+14073537864> 2024-05-20 18:55:55
This is a buddy of mine who works for a big fund. He is one of the people I've been asking about. This morning he finally asked me if you were the person I've been telling him about.

Scott Levitt <+14073537864> 2024-05-20 18:56:07
He has not gone through all the details, but said he's going to keep his eye on how this plays out.

James Fishback <+13055429112> 2024-05-20 18:56:20
Hmm - good!!

James Fishback <+13055429112> 2024-05-20 18:56:32
https://sherwood.news/business/greenlight-capital-in-legal-battle-with-james-fishbank-a-former-employee/Attachment Title: 19030288-38EB-4077-9BD8-E2EFB77FD790.pluginPayloadAttachmentAttachment Title: F9073838-8ED5-4A8E-84EC-6D91EF4A7E95.pluginPayloadAttachment

Attachment: 19030288-38EB-4077-9BD8-E2EFB77FD790.pluginPayloadAttachment - EMP_425_0491446_Attach
Attachment: F9073838-8ED5-4A8E-84EC-6D91EF4A7E95.pluginPayloadAttachment - EMP_425_0491447_Attach

Scott Levitt <+14073537864> 2024-05-20 18:57:15
That's the article he sent me. I have not read it yet.

FISHBACK043105

James Fishback <+13055429112>     2024-05-20 18:59:05
It's good

James Fishback <+13055429112>     2024-05-20 18:59:17
They have someone from a bank who confirmed me

Scott Levitt <+14073537864> 2024-05-20 18:59:36
That's great!

Scott Levitt <+14073537864>     2024-05-20 18:59:48
Has more proof in your corner starts piling up, Einhorn is going to be in a tough predicament

Scott Levitt <+14073537864>     2024-05-20 19:00:02
Has your new attorney come up with what they feel the monetary damages are?

James Fishback <+13055429112> 2024-05-20 19:00:11
[redacted]

Scott Levitt <+14073537864> 2024-05-20 19:00:23
Nice

Scott Levitt <+14073537864>     2024-05-20 19:00:29
Let's hope you get that and then a bunch more

James Fishback <+13055429112> 2024-05-20 19:15:52
I'm gonna sell 10% of my lawsuit

James Fishback <+13055429112>     2024-05-20 19:16:05
I want the public to participate in this

James Fishback <+13055429112> 2024-05-20 19:16:17
Make this a legendary case

FISHBACK043106

Scott Levitt <+14073537864> 2024-05-20 19:16:43
Very interesting idea

FISHBACK043107