# Exhibit 39

Conversation:
CHAT - EMP_425_0000001 - 03303 - 2024/05/16

Participants:
tommyfishback@mac.com ; Alex Munguia <+13055150800>; Alex Munguia ; James Fishback <+13055429112>; tommyfishback@icloud.com ; +13055150800; +13055429112; ajmunguia23@gmail.com

Date Range:
2024-05-16 09:45:04 - 2024-05-16 23:47:07

Number of Messages:
216

> James Fishback <+13055429112>2024-05-16 09:45:04
> **Text her**

> James Fishback <+13055429112>2024-05-16 09:45:07
> **No phone calls**

> James Fishback <+13055429112>2024-05-16 09:45:10
> **What's her name**

Alex Munguia <+13055150800>                    2024-05-16 11:08:27
**Alex Vives. She's in Japan atm but started texting here bit**

> James Fishback <+13055429112>2024-05-16 11:24:59
> **Send me screenshots**

FISHBACK040557

This good?

Attached URL: https://p58-content.icloud.com/M4014AC57C7985609D9A94EDE8D0150839D0A4FAD2978EF7C35020CBEEB869CB9.C01USN00Attachment Title: IMG_2764.jpeg



Attachment: IMG_2764.jpeg – EMP_425_0200071_Attach.jpeg

James Fishback <+13055429112>2024-05-16 11:25:48

Don't start a message with Hey!

FISHBACK040558

Btw, between you and me, I heard that your episode with James Fishback had to be taken down, do you happen to know what happened?

Alex Munguia <+13055150800>2024-05-16 11:28:24

Copy will send that

James Fishback <+13055429112>                    2024-05-16 11:49:40

https://twitter.com/j_fishback/status/1791073358852792447Attachment Title: 212F09B0-F779-4AA1-A661-C6708131F813.pluginPayloadAttachmentAttachment Title: 601D917A-1C4D-43B3-BA46-1DA2EC571AAB.pluginPayloadAttachment

Attachment: 212F09B0-F779-4AA1-A661-C6708131F813.pluginPayloadAttachment – EMP_425_0200076_Attach
Attachment: 601D917A-1C4D-43B3-BA46-1DA2EC571AAB.pluginPayloadAttachment – EMP_425_0200077_Attach

Alex Munguia <+13055150800>2024-05-16 11:53:16

Should be interesting!

James Fishback <+13055429112>2024-05-16 11:53:43

We will destroy thi man

Alex Munguia <+13055150800>2024-05-16 11:54:12

Yessir needs to happen

James Fishback <+13055429112>                    2024-05-16 12:26:30

Attached URL: https://p29-content.icloud.com/MF8ACD566BBCAD7519E574D9E94AF575CE8AC641A66116184FEE6C96152075D0B.C01USN00Attachment Title: PNG image.jpeg



Attachment: PNG image.jpeg – EMP_425_0200082_Attach.jpeg

FISHBACK040559

James Fishback <+13055429112>                                   2024-05-16 12:28:06

Email these people in a mail merge

Subject: FIRST NAME, Einhorn Tesla debate...

Body: Hey FIRST NAME, did you see this? david einhorn will be debating Tesla with his former employee (james fishback), who's called him crazy for being short. link:

James Fishback <+13055429112>                                   2024-05-16 12:28:07

https://twitter.com/j_fishback/status/1791073358852792447Attachment Title: 1342E071-2111-4191-965E-263E73D99FB1.pluginPayloadAttachmentAttachment Title: 5B0B8749-4547-42AE-B8BC-34ABA27A8388.pluginPayloadAttachment

Attachment: 1342E071-2111-4191-965E-263E73D99FB1.pluginPayloadAttachment - EMP_425_0200085_Attach
Attachment: 5B0B8749-4547-42AE-B8BC-34ABA27A8388.pluginPayloadAttachment - EMP_425_0200086_Attach

James Fishback <+13055429112>                                   2024-05-16 12:28:19

Email these people in a mail merge

"Subject: FIRST NAME, Einhorn Tesla debate...

Body: Hey FIRST NAME, did you see this? david einhorn will be debating Tesla with his former employee (james fishback), who's called him crazy for being short. link: https://twitter.com/j_fishback/status/1791073358852792447"

James Fishback <+13055429112>2024-05-16 12:28:27

From an ANON email ok?

James Fishback <+13055429112>2024-05-16 12:28:32

Need this done in the next 30 mins

Alex Munguia <+13055150800>2024-05-16 12:29:37

Copy

FISHBACK040560

James Fishback <+13055429112>                                     2024-05-16 12:30:51

Email these people in a mail merge

"Subject: FIRST NAME, Einhorn Tesla debate...

Body: Hey FIRST NAME, did you see this? david einhorn will be debating Tesla with his former employee (james fishback), who's called him crazy for being short. links:

https://twitter.com/j_fishback/status/1791073358852792447

https://twitter.com/j_fishback/status/1780988466970394754

Alex Munguia <+13055150800> 2024-05-16 12:46:11
Done

James Fishback <+13055429112> 2024-05-16 12:46:48
Send me a few screenshots

James Fishback <+13055429112>                                     2024-05-16 12:46:59
(And do the screenshot thing without asking going forward)

FISHBACK040561

Attached URL: https://p32-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 8.47.21 AM.jpeg

Attached URL: https://p40-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 8.47.16 AM.jpeg

Attached URL: https://p40-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 8.47.09 AM.jpeg



Attachment: Screenshot 2024-05-16 at 8.47.21 AM.jpeg – EMP_425_0200096_Attach.jpeg



Attachment: Screenshot 2024-05-16 at 8.47.16 AM.jpeg – EMP_425_0200097_Attach.jpeg



Attachment: Screenshot 2024-05-16 at 8.47.09 AM.jpeg – EMP_425_0200098_Attach.jpeg

James Fishback <+13055429112>2024-05-16 12:47:57
Good

James Fishback <+13055429112>2024-05-16 12:48:00
Any bounce backs

James Fishback <+13055429112>2024-05-16 12:48:01
?

James Fishback <+13055429112>2024-05-16 12:48:05
Did you do mail merge?

Alex Munguia <+13055150800>    2024-05-16 12:48:26
No bounce backs and yes I merged

Alex Munguia <+13055150800>                    2024-05-16 12:48:38
We got our first response

Attached URL: https://p30-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 8.48.13 AM.jpeg



Attachment: Screenshot 2024-05-16 at 8.48.13 AM.jpeg – EMP_425_0200105_Attach.jpeg

James Fishback <+13055429112>2024-05-16 12:49:04
OMG I LOVE YOU

James Fishback <+13055429112>2024-05-16 12:49:07
No Diddy

Alex Munguia <+13055150800>  2024-05-16 12:52:00
lol we gonna bring this man down

FISHBACK040563

James Fishback <+13055429112>2024-05-16 12:52:51
YES WE ARE....!!!!

Alex Munguia <+13055150800>                        2024-05-16 12:53:04

Will monitor throughout the day

Attached URL: https://p65-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 8.52.35 AM.jpeg

Attached URL: https://p69-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 8.52.39 AM.jpeg



Attachment: Screenshot 2024-05-16 at 8.52.35 AM.jpeg - EMP_425_0200111_Attach.jpeg



Attachment: Screenshot 2024-05-16 at 8.52.39 AM.jpeg - EMP_425_0200112_Attach.jpeg

James Fishback <+13055429112>2024-05-16 12:53:36
OMG LOVE YOUUUUUU

Attached URL: https://p43-content.icloud.com/MF8ACD566BBCAD7519E574D9E94AF575CE8AC641A66116184FEE6C96152075D0B.C01USN00Attachment Title: PNG image.jpeg



Attachment: PNG image.jpeg – EMP_425_0200115_Attach.jpeg

FISHBACK040565

Attached URL: https://p51-content.icloud.com/M4014AC57C7985609D9A94EDE8D0150839D0A4FAD2978EF7C35020CBEEB869CB9.C01USN00Attachment Title: IMG_2766.jpeg



Attachment: IMG_2766.jpeg – EMP_425_0200117_Attach.jpeg

James Fishback <+13055429112>2024-05-16 13:27:04

**What is BCS?**

Alex Munguia <+13055150800>2024-05-16 13:28:07

**Just gonna reply "that's crazy" lol**

**Business Career Services**

FISHBACK040566

James Fishback <+13055429112> 2024-05-16 13:28:14
No

James Fishback <+13055429112> 2024-05-16 13:28:16
Don't reply

Alex Munguia <+13055150800> 2024-05-16 13:30:16
Copy

Alex Munguia <+13055150800>                2024-05-16 13:30:40
BCS provides funding for the CAP program, CAP runs the podcast

James Fishback <+13055429112> 2024-05-16 13:31:07
BCS is UF officially right?

Alex Munguia <+13055150800> 2024-05-16 13:31:33
Yep

James Fishback <+13055429112>                2024-05-16 13:31:50
Reply "Wow...did they just send you an email or something??"

James Fishback <+13055429112>                2024-05-16 13:36:26
"Whittemore, Chelsea (NBCUniversal)"
<Chelsea.Whittemore@nbcuni.com>
cc:    "Druker, Bonnie (NBCUniversal)" <Bonnie.Druker@nbcuni.com>,
James Fishback <james@azoriapartners.com>,
"McKee, Kyle (NBCUniversal)" <Kyle.McKee1@nbcuni.com>,
"Meyers, Maxwell (NBCUniversal)" <Maxwell.Meyers@nbcuni.com>,
"Robertson, Nick (NBCUniversal)" <Nick.Robertson@nbcuni.com>

James Fishback <+13055429112>                2024-05-16 13:36:49
Subject: Re: Make Presidential Debates Great Again (The Free Press)

FISHBACK040567

body:

Good morning all:

First On pitch for you

This morning, the Free Press published James Fishback's piece entitled Make Presidential Debates Great Again (https://www.thefp.com/p/biden-trump-make-presidential-debates-great).

James is the co-founder & Chief Investment Officer of Azoria Partners and, prior, was the Head of Macro at Greenlight Capital.

James is in DC today and tomorrow and is happy to do a remote studio hit on this topic with Brian to discuss what to expect in the next month's presidential debate and what investors should be listening in for.

James Fishback <+13055429112> 2024-05-16 13:40:38
Send that from your Azoria email

James Fishback <+13055429112> 2024-05-16 13:40:44
To the NBC emails above

James Fishback <+13055429112> 2024-05-16 13:40:46
CC me

James Fishback <+13055429112> 2024-05-16 13:40:53
This is your subject

James Fishback <+13055429112> 2024-05-16 13:44:36
Done????

Alex Munguia <+13055150800> 2024-05-16 13:45:08
Will do in a sec. In class

James Fishback <+13055429112> 2024-05-16 13:45:18
ASAP

FISHBACK040568

James Fishback <+13055429112>2024-05-16 13:45:22
on both points

Alex Munguia <+13055150800>2024-05-16 13:45:46
Done sent it to her

James Fishback <+13055429112>          2024-05-16 13:46:18
Don't send her any messages unless we've discussed them

Alex Munguia <+13055150800>2024-05-16 13:47:52
Copy

Alex Munguia <+13055150800>2024-05-16 13:49:23
Email sent

FISHBACK040569

All she did was like the message

Attached URL: https://p30-content.icloud.com/M4014AC57C7985609D9A94EDE8D0150839D0A4FAD2978EF7C35020CBEEB869CB9.C01USN00Attachment Title: IMG_2767.jpeg



Attachment: IMG_2767.jpeg - EMP_425_0200143_Attach.jpeg

James Fishback <+13055429112>                    2024-05-16 13:56:51

Oh that's crazy...could you send a screenshot of their email? It'll stay between you and me

James Fishback <+13055429112>2024-05-16 13:56:56

^ send her that

Alex Munguia <+13055150800> 2024-05-16 14:27:12
Copy will send in a min

Alex Munguia <+13055150800>                              2024-05-16 14:42:15

Attached URL: https://p33-
content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF551
2EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title:
Screenshot 2024-05-16 at 10.42.02 AM.png

Attached URL: https://p43-
content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF551
2EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title:
Screenshot 2024-05-16 at 10.41.56 AM.jpeg



Attachment: Screenshot 2024-05-16 at 10.42.02 AM.png - EMP_425_0200148_Attach.png



Attachment: Screenshot 2024-05-16 at 10.41.56 AM.jpeg - EMP_425_0200149_Attach.jpeg

James Fishback <+13055429112>                              2024-05-16 14:43:50

I'm an investor in Tesla. I have been since 2015. It's a shame that short
sellers like Einhorn still don't get. I'm glad to see that an ex-Greenlight
employee like fishback has boldly called him out his Tesla short. I'm
happy to give comment if you want. But you should prob reach out to
fishback too.

James Fishback <+13055429112>2024-05-16 14:43:57

^ reply this to Carolina

FISHBACK040571

James Fishback <+13055429112>                                    2024-05-16 14:44:19

I'm an investor in Tesla. I have been since 2015. It's a shame that short sellers like Einhorn still don't get. I'm glad to see that an ex-Greenlight employee like fishback has boldly called him out on this Tesla short. I'm happy to give comment if you want. But you should prob reach out to fishback too.

James Fishback <+13055429112>                                    2024-05-16 14:44:29

I'm an investor in Tesla. I have been since 2015. I own $2.5 million in stock. It's a shame that short sellers like Einhorn still don't get. I'm glad to see that an ex-Greenlight employee like fishback has boldly called him out on this Tesla short. I'm happy to give comment if you want. But you should prob reach out to fishback too.

Alex Munguia <+13055150800> 2024-05-16 15:09:44

Sent

Alex Munguia <+13055150800>                                      2024-05-16 15:14:36

Time to short starbs (stock actually has been going down funny enough)

Attached URL: https://p43-content.icloud.com/M4014AC57C7985609D9A94EDE8D0150839D0A4FAD2978EF7C35020CBEEB869CB9.C01USN00Attachment Title: IMG_2771.HEIC

Attachment: IMG_2771.HEIC – EMP_425_0200156_Attach.HEIC

James Fishback <+13055429112> 2024-05-16 15:15:44

LOVE IT

Alex Munguia <+13055150800>                                      2024-05-16 15:25:33

The vibes after we bury David

Attached URL: https://p61-content.icloud.com/M4014AC57C7985609D9A94EDE8D0150839D0A4FAD2978EF7C35020CBEEB869CB9.C01USN00Attachment Title: IMG_2772.heic

Attachment: IMG_2772.heic – EMP_425_0200159_Attach.heic

Alex Munguia <+13055150800> 2024-05-16 15:28:57

Also love this

---

Alex Munguia <+13055150800>                                    2024-05-16 15:29:00

https://www.youtube.com/watch?v=JsmL1AImWLoAttachment Title:
686300BE-A78F-4D13-B71F-
4231594CDCEF.pluginPayloadAttachmentAttachment Title: 97F18332-
B7D9-47AA-A92B-BB88E2C89342.pluginPayloadAttachment

Attachment: 686300BE-A78F-4D13-B71F-4231594CDCEF.pluginPayloadAttachment –
EMP_425_0200162_Attach
Attachment: 97F18332-B7D9-47AA-A92B-BB88E2C89342.pluginPayloadAttachment –
EMP_425_0200163_Attach

---

James Fishback <+13055429112>2024-05-16 15:33:23

??????

---

Alex Munguia <+13055150800>2024-05-16 15:33:52

Can't talk rn, call back in 10?

---

James Fishback <+13055429112>2024-05-16 15:34:31

Why????

---

Alex Munguia <+13055150800>                                    2024-05-16 15:42:18

Hi FIRST NAME,

On background I am both an investor in Tesla and with Greenlight.

I am more than willing to provide comment anonymously. I can't
stand the thought of David short telling again after all this time
especially with what Tesla plans to launch on August 8th.

This debate needs to happen.

FISHBACK040573

On background: I am an investor in Greenlight (since 2021) and I've owned Tesla (since 2014)

I am happy to provide comment anonymously.

I can't stand that David is short Tesla again (he disclosed this to me at the partner dinner in January).

With Tesla planning to unveil robotaxi on August 8, this debate with his ex-trader Fishback (who I've met before - smart cookie - he's a college dropout that david hired) needs to happen.

James Fishback <+13055429112>    2024-05-16 15:47:45
No first name on any of them

James Fishback <+13055429112>    2024-05-16 15:47:57
Just reply back to those who reporters who replied to you ok?

Alex Munguia <+13055150800>    2024-05-16 15:48:08
Copy

Alex Munguia <+13055150800>    2024-05-16 15:51:51
Done

Attached URL: https://p43-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 11.51.09 AM.jpeg



Attachment: Screenshot 2024-05-16 at 11.51.09 AM.jpeg - EMP_425_0200173_Attach.jpeg

Alex Munguia <+13055150800>                                                2024-05-16 15:52:24

Attached URL: https://p33-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 11.52.05 AM.jpeg



Attachment: Screenshot 2024-05-16 at 11.52.05 AM.jpeg – EMP_425_0200175_Attach.jpeg

James Fishback <+13055429112>2024-05-16 15:53:49

Good!!!

Alex Munguia <+13055150800>                                                2024-05-16 16:28:28

Sounds like a response a Gregory would give

Attached URL: https://p34-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 12.28.02 PM.jpeg



Attachment: Screenshot 2024-05-16 at 12.28.02 PM.jpeg – EMP_425_0200178_Attach.jpeg

James Fishback <+13055429112>2024-05-16 16:35:54

Lol

James Fishback <+13055429112>2024-05-16 16:36:13

Reply back "Ha! Too good, Greg"

Attached URL: https://p67-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 12.37.50 PM.jpeg



Attachment: Screenshot 2024-05-16 at 12.37.50 PM.jpeg - EMP_425_0200182_Attach.jpeg

James Fishback <+13055429112>    2024-05-16 16:39:20
Email tips@thefp.com from this ANON account

James Fishback <+13055429112>    2024-05-16 16:39:31
Wait

James Fishback <+13055429112>    2024-05-16 16:40:29
Great short piece by Fishback. We desperately need a follow-up where describes exactly what's gone wrong the past debates.

James Fishback <+13055429112>    2024-05-16 16:40:41
Email tips@thefp.com from the Lopez account ^^

James Fishback <+13055429112>    2024-05-16 16:41:03
Call me when you've sent it

Other host

Attached URL: https://p40-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 12.51.21 PM.jpeg



Attachment: Screenshot 2024-05-16 at 12.51.21 PM.jpeg - EMP_425_0200189_Attach.jpeg

FISHBACK040577

Attached URL: https://p52-content.icloud.com/M256F3F2A84876193C1621AFBEF631EADB4BE6F9D56B8D96AB5031D052A55D571.C01USN00Attachment Title: IMG_3102.PNG



Attachment: IMG_3102.PNG - EMP_425_0200191_Attach.PNG

James Fishback <+13055429112>2024-05-16 17:40:06
I'm going to this btw

Alex Munguia <+13055150800>2024-05-16 17:41:15
Conservation Gala, very nice!

Alex Munguia <+13055150800>2024-05-16 17:44:36
You see David's reply?

FISHBACK040578

James Fishback <+13055429112> 2024-05-16 17:45:23
Yes lol

Alex Munguia <+13055150800>                                    2024-05-16 17:52:44
This was one of the guys from Macro dinner right? We saw him back in Miami few months back? Name sounds very familiar

James Fishback <+13055429112>                                    2024-05-16 18:12:51
https://twitter.com/j_fishback/status/1791169906001498316Attachment Title: E11CA252-3D8A-4E07-9511-63AEC77FF0CE.pluginPayloadAttachmentAttachment Title: 260A3112-56BC-4260-AC22-E42255DA44B5.pluginPayloadAttachment

Attachment: E11CA252-3D8A-4E07-9511-63AEC77FF0CE.pluginPayloadAttachment – EMP_425_0200198_Attach
Attachment: 260A3112-56BC-4260-AC22-E42255DA44B5.pluginPayloadAttachment – EMP_425_0200199_Attach

James Fishback <+13055429112>                                    2024-05-16 18:14:42
https://twitter.com/j_fishback/status/1791169906001498316Attachment Title: E97F2121-267C-4C77-8667-AB5374BD8143.pluginPayloadAttachmentAttachment Title: C45269B3-E3A3-48A1-A947-4A77F6DDD0C9.pluginPayloadAttachment

Attachment: E97F2121-267C-4C77-8667-AB5374BD8143.pluginPayloadAttachment – EMP_425_0200201_Attach
Attachment: C45269B3-E3A3-48A1-A947-4A77F6DDD0C9.pluginPayloadAttachment – EMP_425_0200202_Attach

+13055429112                                    2024-05-16 18:14:48
^ send this to everyone journalist from this morning

+13055429112 2024-05-16 18:15:24
NOW OKAY

+13055429112    2024-05-16 18:15:28
Reply to them individually

+13055429112                                    2024-05-16 18:15:47
And send my tweet. David has replied to James and is refusing to debate. James just replied.

FISHBACK040579

+13055429112                                              2024-05-16 18:16:00
"David has replied to James and is refusing to debate. James just
replied. https://twitter.com/j_fishback/status/1791169906001498316"

+130554291122024-05-16 18:16:26
OKAYY??????

+130554291122024-05-16 18:16:28
RIGHT NOW

+130551508002024-05-16 18:16:42
Alright

+13055429112          2024-05-16 18:16:52
Reply to them individually

+130554291122024-05-16 18:16:55
No mail merge

+130551508002024-05-16 18:17:16
Including this guy?

+130554291122024-05-16 18:17:21
Yes

+13055429112                              2024-05-16 18:17:28
Including those that haven't responded

FISHBACK040580

Sent it to everyone but this girl

Attached URL: https://p64-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 2.23.01 PM.jpeg



Attachment: Screenshot 2024-05-16 at 2.23.01 PM.jpeg – EMP_425_0200217_Attach.jpeg

+13055429112                                        2024-05-16 18:24:31
Yes tomorrow - your dad needs to do it. Has an older voice

+130554291122024-05-16 18:24:33
Talk to them please

+13055150800                        2024-05-16 18:25:05
Uh I don't think my dad would be comfortable doing that

+130551508002024-05-16 18:25:26
Also I'm in NYC tmrw

+130554291122024-05-16 18:25:29
WTF

+130554291122024-05-16 18:25:34
My dad will do it then

+13055429112                        2024-05-16 18:25:39
Set it up and ask her for a number to call

+130554291122024-05-16 18:25:42
Tomorrow morning

FISHBACK040581

Copy

+13055150800                                              2024-05-16 18:27:37

The duality of man

Attached URL: https://p72-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 2.27.10 PM.jpeg

Attached URL: https://p62-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 2.27.11 PM.jpeg



Attachment: Screenshot 2024-05-16 at 2.27.10 PM.jpeg - EMP_425_0200228_Attach.jpeg



Attachment: Screenshot 2024-05-16 at 2.27.11 PM.jpeg - EMP_425_0200229_Attach.jpeg

FISHBACK040582

She is good for tmrw

Attached URL: https://p61-
content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF551
2EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title:
Screenshot 2024-05-16 at 2.30.41 PM.jpeg



Attachment: Screenshot 2024-05-16 at 2.30.41 PM.jpeg – EMP_425_0200231_Attach.jpeg

+13055429112                                    2024-05-16 18:32:13
Ok reply with "kk - I will give you a call then."

+130551508002024-05-16 18:33:38
Copy

+13055429112        2024-05-16 18:38:55
You replied to everyone?

+130551508002024-05-16 18:39:03
Yessir

FISHBACK040583

+13055150800                                                          2024-05-16 18:39:39

Attached URL: https://p29-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 2.39.27 PM.jpeg



Attachment: Screenshot 2024-05-16 at 2.39.27 PM.jpeg - EMP_425_0200237_Attach.jpeg

+13055150800                                                          2024-05-16 18:40:01

Attached URL: https://p63-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 2.39.48 PM.jpeg



Attachment: Screenshot 2024-05-16 at 2.39.48 PM.jpeg - EMP_425_0200239_Attach.jpeg

+13055429112                                                          2024-05-16 18:45:35

https://www.twixy.io/twitter?gad_source=1

FISHBACK040584

+13055429112      2024-05-16 18:46:14

https://twitter.com/j_fishback/status/1791169906001498316Attachment Title: E6D3809B-77B8-4B11-A907-ABE7A557879E.pluginPayloadAttachmentAttachment Title: B2ED0656-E0E2-4A4B-BEAE-B608D433EA0B.pluginPayloadAttachment

Attachment: E6D3809B-77B8-4B11-A907-ABE7A557879E.pluginPayloadAttachment – EMP_425_0200242_Attach
Attachment: B2ED0656-E0E2-4A4B-BEAE-B608D433EA0B.pluginPayloadAttachment – EMP_425_0200243_Attach

+13055429112      2024-05-16 18:46:23

Buy 250 likes for this tweet ok ^ ^

+13055429112      2024-05-16 18:46:33

Use your personal card - use ANON email for the sign up ok?

+13055429112      2024-05-16 18:51:42

Reply "I agree…kinda crazy what's going on. Did you read Fishback lawsuit against David linked in the tweet?

+13055150800      2024-05-16 18:51:53

Attached URL: https://p53-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 2.51.30 PM.jpeg



Attachment: Screenshot 2024-05-16 at 2.51.30 PM.jpeg – EMP_425_0200248_Attach.jpeg

+130554291122024-05-16 18:52:47

Thank you

+130554291122024-05-16 18:59:19

Buy another 100

FISHBACK040585

+13055429112 2024-05-16 19:01:06

Ok?

+13055150800                    2024-05-16 19:01:08

Interestingly 600 likes is $6 same as 100

+13055429112  2024-05-16 19:01:16

Just buy 100 right now

+13055150800 2024-05-16 19:03:57

Done

+13055429112 2024-05-16 19:13:47

You bought them?

+13055150800                    2024-05-16 19:14:22

Yes

Attached URL: https://p63-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 3.14.09 PM.jpeg



Attachment: Screenshot 2024-05-16 at 3.14.09 PM.jpeg – EMP_425_0200257_Attach.jpeg

+13055429112    2024-05-16 19:18:31

Any more press replies?

+13055150800 2024-05-16 19:19:07

othing yet

+13055150800 2024-05-16 19:32:24

charles.okeefe@ufl.edu

FISHBACK040586

+13055150800 · 2024-05-16 19:32:44
avivescunningham@ufl.edu

+13055429112 · 2024-05-16 19:32:47
Who on the ALPFA team that just left office would know me?

+13055150800 · 2024-05-16 19:33:18
Probably my friend Rodolfo

+13055429112 · 2024-05-16 19:33:50
Ok text him and tell him that you heard that ALPFA was told to take down social media posts with James Fishback. Ask him, what happened?

+13055150800 · 2024-05-16 19:34:32
Copy I'm seeing him tmrw for a class project on zoom. Should I just ask him then?

+13055429112 · 2024-05-16 19:34:43
No ask him over text now

+13055429112 · 2024-05-16 19:34:58
Start with this - just cut to this chase

+13055150800 · 2024-05-16 19:38:48
Copy texted him

FISHBACK040587

We are in luck

Attached URL: https://p28-content.icloud.com/M4014AC57C7985609D9A94EDE8D0150839D0A4FAD2978EF7C35020CBEEB869CB9.C01USN00Attachment Title: IMG_2774.jpeg



Attachment: IMG_2774.jpeg – EMP_425_0200270_Attach.jpeg

+130554291122024-05-16 19:44:32
Kk

+13055429112          2024-05-16 20:11:49
Any reply from your alpha guy?

FISHBACK040588

+13055150800          2024-05-16 20:24:10
Nothing yet

+13055429112                                    2024-05-16 20:24:22
What are alpha people can we reach out to that you know personally?

+13055150800                                    2024-05-16 20:24:38
He said earlier he was gonna go celebrate something earlier today
when I talked to him

+13055150800                                    2024-05-16 20:25:21
Really only him I know personally. Maybe Cluadia (past President)

+13055429112          2024-05-16 20:26:11
Ok

+13055429112          2024-05-16 20:26:14
We'll wait and see

+13055429112                                    2024-05-16 20:48:08
https://www.socialwick.com/twitter/likesAttachment Title: 99A2A30D-
DF99-499D-A165-
9022526E9C96.pluginPayloadAttachmentAttachment Title: E831D12B-
2173-432A-8833-
004CDCBB7B56.pluginPayloadAttachmentAttachment Title:
9E9C27A7-C3FB-488F-8BC7-B3B1B729B685.pluginPayloadAttachment

Attachment: 99A2A30D-DF99-499D-A165-9022526E9C96.pluginPayloadAttachment –
EMP_425_0200280_Attach
Attachment: E831D12B-2173-432A-8833-004CDCBB7B56.pluginPayloadAttachment –
EMP_425_0200281_Attach
Attachment: 9E9C27A7-C3FB-488F-8BC7-B3B1B729B685.pluginPayloadAttachment –
EMP_425_0200282_Attach

+13055429112          2024-05-16 20:49:05
Buy 183 likes for the same tweet

FISHBACK040589

+13055150800    2024-05-16 20:58:10

Attached URL: https://p40-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 4.57.59 PM.jpeg



Attachment: Screenshot 2024-05-16 at 4.57.59 PM.jpeg - EMP_425_0200285_Attach.jpeg

+13055429112    2024-05-16 21:45:37

If Fishback wasn't the head of macro, why did Greenlight call him the head of macro? It's in the lawsuit...

+13055429112    2024-05-16 21:45:37

https://drive.google.com/file/d/1Pp6UFhVc9v7EgScjj8JcDWWaEIFeidc4/viewAttachment Title: F84753BD-3668-4071-AE64-01DCD360DB4D.pluginPayloadAttachment

Attachment: F84753BD-3668-4071-AE64-01DCD360DB4D.pluginPayloadAttachment – EMP_425_0200288_Attach

FISHBACK040590

+13055429112                                    2024-05-16 21:45:51

Attached URL: https://p39-content.icloud.com/MFD446CD778220361CDDA228AD4C80E26AFD2D480B68BB419926E430832804B6B.C01USN00Attachment Title: Screenshot 2024-05-16 at 17.35.51.jpeg



Attachment: Screenshot 2024-05-16 at 17.35.51.jpeg - EMP_425_0200290_Attach.jpeg

---

+13055429112                                    2024-05-16 21:46:02

https://twitter.com/HighyieldHarry/status/1791213147354743267Attachment Title: 43AF0A40-C0F2-4ED3-8F9E-BAD31A2568FE.pluginPayloadAttachmentAttachment Title: 945EF523-55EC-4FCB-85F4-9E0DB04714D0.pluginPayloadAttachment

Attachment: 43AF0A40-C0F2-4ED3-8F9E-BAD31A2568FE.pluginPayloadAttachment - EMP_425_0200292_Attach
Attachment: 945EF523-55EC-4FCB-85F4-9E0DB04714D0.pluginPayloadAttachment - EMP_425_0200293_Attach

---

+13055429112                                    2024-05-16 21:46:15

"If Fishback wasn't the head of macro, why did Greenlight call him the head of macro? It's in the lawsuit... https://drive.google.com/file/d/1Pp6UFhVc9v7EgScjj8JcDWWaEIFeidc4/view"

FISHBACK040591

+13055429112                                    2024-05-16 21:46:22

"If Fishback wasn't the head of macro, why did Greenlight call him the head of macro? It's in the lawsuit…
https://drive.google.com/file/d/1Pp6UFhVc9v7EgScjj8JcDWWaEIFeidc4/view"

+13055429112                                    2024-05-16 21:46:26

Attached URL: https://p49-content.icloud.com/MFD446CD778220361CDDA228AD4C80E26AFD2D480B68BB419926E430832804B6B.C01USN00Attachment Title: Screenshot 2024-05-16 at 17.35.51.jpeg



Attachment: Screenshot 2024-05-16 at 17.35.51.jpeg – EMP_425_0200297_Attach.jpeg

+130554291122024-05-16 21:48:44

????

+130551508002024-05-16 21:59:21

Calling on FaceTime

FISHBACK040592

Attached URL: https://p72-content.icloud.com/M2F598E335EE9A55C73D9DF749AF5D2571AF5512EB76A54AD0D2003C5EE94B65F.C01USN00Attachment Title: Screenshot 2024-05-16 at 5.51.30 PM.jpeg



Attachment: Screenshot 2024-05-16 at 5.51.30 PM.jpeg – EMP_425_0200301_Attach.jpeg

+13055429112                                                2024-05-16 22:10:10
https://twitter.com/phoenixvalue/status/1791218676651151670

+13055429112                                                2024-05-16 22:12:40
https://twitter.com/Danstringer74/status/1791228411114889217Attachment Title: FE5278E3-B6D1-4CEA-ACDE-86C1B483D6C5.pluginPayloadAttachmentAttachment Title: 56536D16-A24B-4DCB-B04D-380805159B79.pluginPayloadAttachment

Attachment: FE5278E3-B6D1-4CEA-ACDE-86C1B483D6C5.pluginPayloadAttachment – EMP_425_0200304_Attach
Attachment: 56536D16-A24B-4DCB-B04D-380805159B79.pluginPayloadAttachment – EMP_425_0200305_Attach

+13055429112                                                2024-05-16 22:27:58
https://twitter.com/_ChicagoV_/status/1791233421366133081Attachment Title: 9B28EFE3-44F4-4361-8D6E-D8DFE0CB2DBE.pluginPayloadAttachment

Attachment: 9B28EFE3-44F4-4361-8D6E-D8DFE0CB2DBE.pluginPayloadAttachment – EMP_425_0200307_Attach

+13055429112                                                2024-05-16 22:28:05
Reply to this guy the same way ok?

FISHBACK040593

+13055429112     2024-05-16 22:30:11

https://twitter.com/NyanCatpital/status/1791234409959653437Attachment Title: 80581052-A887-4929-B1F2-911E7EE1C379.pluginPayloadAttachmentAttachment Title: 135825C4-8434-4364-9394-2A9304CF2832.pluginPayloadAttachment

Attachment: 80581052-A887-4929-B1F2-911E7EE1C379.pluginPayloadAttachment – EMP_425_0200310_Attach
Attachment: 135825C4-8434-4364-9394-2A9304CF2832.pluginPayloadAttachment – EMP_425_0200311_Attach

+13055429112     2024-05-16 22:30:21

Reply to this guy the same way too ok?

+13055429112 2024-05-16 22:30:36

ALEX?????

+13055429112 2024-05-16 22:30:40

I need this done now

+13055150800     2024-05-16 22:31:44

Sir are you sure these are accounts worth responding to? The last one has an anime profile picture lol

+13055429112 2024-05-16 22:31:49

Yes IDC

+13055429112     2024-05-16 22:31:51

Respond to each of them

+13055429112   2024-05-16 22:31:55

Same way as the others

+13055429112 2024-05-16 22:31:57

With link and photo

+13055429112     2024-05-16 22:33:24

https://x.com/youngparikpatel/status/1791216136857469171?s=42Attachment Title: 7F4484C9-BE55-472D-B04C-524A73A4C6EB.pluginPayloadAttachment

Attachment: 7F4484C9-BE55-472D-B04C-524A73A4C6EB.pluginPayloadAttachment – EMP_425_0200321_Attach

FISHBACK040594

**Reply the same to him...**    +130554291122024-05-16 22:33:25

ajmunguia23@gmail.com    2024-05-16 22:35:01

Sure will do when I get back to my laptop

+130554291122024-05-16 22:35:09

**Dude...**

+130554291122024-05-16 22:35:13

**I need this now**

+130554291122024-05-16 22:35:16

**We are at war**

ajmunguia23@gmail.com    2024-05-16 22:36:36

Gotcha I do not really have twitter on my phone. Will try logging in. Fine if I change the wording slightly? They might point out the copy paste

FISHBACK040595

Looks like she can't

Attached URL: https://p72-
content.icloud.com/M4014AC57C7985609D9A94EDE8D0150839D0A4
FAD2978EF7C35020CBEEB869CB9.C01USN00Attachment Title:
IMG_2779.jpeg



Attachment: IMG_2779.jpeg – EMP_425_0200329_Attach.jpeg

+130554291122024-05-16 22:37:59
kk sec

+130554291122024-05-16 22:38:01
Don't reply

FISHBACK040596

+130554291122024-05-16 22:38:04
**I'll get FOOA**

+130554291122024-05-16 22:38:06
**FOIA**

ajmunguia23@gmail.com                    2024-05-16 22:46:09

Attached URL: https://p48-
content.icloud.com/M4014AC57C7985609D9A94EDE8D0150839D0A4
FAD2978EF7C35020CBEEB869CB9.C01USN00Attachment Title:
IMG_2781.jpeg



Attachment: IMG_2781.jpeg - EMP_425_0200335_Attach.jpeg

+130554291122024-05-16 22:49:47
**sec don't reply**

FISHBACK040597

Tweets have been replied to

ajmunguia23@gmail.com                                    2024-05-16 23:39:04

Attached URL: https://p68-content.icloud.com/M4014AC57C7985609D9A94EDE8D0150839D0A4FAD2978EF7C35020CBEEB869CB9.C01USN00Attachment Title: IMG_2782.PNG



Attachment: IMG_2782.PNG – EMP_425_0200339_Attach.PNG

FISHBACK040598

Found the social media person. Don't know her at all tho

Attached URL: https://p54-content.icloud.com/M4014AC57C7985609D9A94EDE8D0150839D0A4FAD2978EF7C35020CBEEB869CB9.C01USN00Attachment Title: IMG_2784.jpeg

Attached URL: https://p28-content.icloud.com/M4014AC57C7985609D9A94EDE8D0150839D0A4FAD2978EF7C35020CBEEB869CB9.C01USN00Attachment Title: IMG_2785.jpeg



Attachment: IMG_2784.jpeg – EMP_425_0200341_Attach.jpeg



Attachment: IMG_2785.jpeg – EMP_425_0200342_Attach.jpeg

+130554291122024-05-16 23:47:07

Say James Fishback

FISHBACK040600