# Exhibit 40



FISHBACK040622