

**Brooklyn**
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | **P**

**Long Island · Brooklyn · White Plains · Rochester · Albany**

October 20, 2025

<u>**Via ECF**</u>
The Honorable Paul A. Engelmayer
United States District Court - Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312

>  Re:  ___*Greenlight Capital, Inc., et al. v. Fishback*, **1:24-cv-04832-PAE;**___
>  ___**Motion For Permission To File Overlength Memorandum**___

Dear Judge Engelmayer:

We write on behalf of defendant James Fishback.  On October 10, 2025, Plaintiffs filed their motion for attorneys' fees and costs.  (Dkt. No. 73).  Mr. Fishback's opposition is due Friday, October 24.  We write to respectfully request permission to file a memorandum of law of up to 35 pages in connection with Mr. Fishback's opposition.

This request is made due to the scope and number of issues raised by Plaintiffs' motion, which includes 83 pages of invoices.  We will, of course, use our best efforts to reduce the number of pages needed to the greatest extent possible, but we currently anticipate based on our review of the invoices that more than the standard 25-page limit will be required.

Plaintiffs' counsel consents to this request, on the condition that Plaintiffs are granted permission to file a reply brief of up to 15 pages.  Mr. Fishback consents to that condition.

We thank the Court for its attention to this request.

>  Respectfully submitted,
>
>  */s/ Justin T. Kelton*
>
>  Justin T. Kelton