## Time Entries Prior To Filing Complaint

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 5/1/2024 | SMB | [REDACTED] | 0.2 | 1975 | $395.00 |
| 5/1/2024 | HJR | [REDACTED] | 0.5 | 925 | $462.50 |
| 5/8/2024 | HJR | [REDACTED] | 1.3 | 925 | $1,202.50 |
| 5/8/2024 | DS | [REDACTED] | 0.2 | 1090 | $218.00 |
| 5/9/2024 | HJR | [REDACTED] | 0.8 | 925 | $740.00 |
| 5/13/2024 | SMB | [REDACTED] | 0.4 | 1975 | $790.00 |
| 5/13/2024 | HJR | [REDACTED] | 0.1 | 925 | $92.50 |
| 5/13/2024 | DS | [REDACTED] | 0.8 | 1090 | $872.00 |
| 5/14/2024 | HJR | [REDACTED] | 2.1 | 925 | $1,942.50 |
| 5/14/2024 | DS | [REDACTED] | 1.3 | 1090 | $1,417.00 |
| 5/15/2024 | HJR | [REDACTED] | 1.4 | 925 | $1,295.00 |
| 5/15/2024 | DS | [REDACTED] | 1 | 1090 | $1,090.00 |
| 5/16/2024 | SMB | Review correspondence with Fishback; discuss claim analysis | 0.7 | 1975 | $1,382.50 |
| 5/16/2024 | HJR | [REDACTED] | 2.4 | 925 | $2,220.00 |
| 5/16/2024 | DS | [REDACTED] | 2.1 | 1090 | $2,289.00 |
| 5/17/2024 | HJR | [REDACTED] | 0.2 | 925 | $185.00 |
| 5/17/2024 | DS | [REDACTED] | 0.9 | 1090 | $981.00 |
| 5/20/2024 | SMB | Review materials re: new claims against Fishback and discuss claim analysis with D. Slemmer. | 0.8 | 1975 | $1,580.00 |
| 5/20/2024 | DS | Correspond with S. Baldini re outstanding tasks; arrange meeting with A. Weinfeld. | 0.3 | 1090 | $327.00 |
| 5/21/2024 | HJR | [REDACTED] | 0.8 | 925 | $740.00 |
| 5/21/2024 | DS | Send follow-up email to opposing counsel; review emails from client re recent developments; correspond with H. Reichelscheimer re review and index of documents from client. | 0.6 | 1090 | $654.00 |
| 5/22/2024 | SMB | Discussion with team; review materials re: defamation claims. | 0.8 | 1975 | $1,580.00 |
| 5/22/2024 | HJR | Draft timeline of social media issues; emails to S. Baldini and D. Slemmer re same. | 1.5 | 925 | $1,387.50 |
| 5/22/2024 | DS | Review timeline of recent developments from H. Reichelscheimer; correspond | 0.7 | 1090 | $763.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| | | with S. Baldini re the same and summary of potential claims; coordinate pre-call meeting with S. Baldini for Thursday. | | | |
| 5/23/2024 | SMB | Review background materials and draft complaint; discuss with team, call with client; review research re: defamation; review updated materials from Fishback. | 1.1 | 1975 | $2,172.50 |
| 5/23/2024 | HJR | Review correspondence from S. Baldini and D. Slemmer re draft motion for a preliminary injunction. | 0.1 | 925 | $92.50 |
| 5/23/2024 | DS | Obtain articles re recent developments from research team and send to S. Baldini; attend pre-call with S. Baldini; attend call with S. Baldini and Greenlight team re next steps; correspond with S. Baldini re the same. | 2 | 1090 | $2,180.00 |
| 5/27/2024 | DS | Draft motion for preliminary injunction. | 5.7 | 1090 | $6,213.00 |
| 5/28/2024 | HJR | Research case law on unfair competition and tortious interference with business for preliminary injunction motion; conference with D. Slemmer re same. | 1.1 | 925 | $1,017.50 |
| 5/28/2024 | DS | Discuss research with H. Reichelscheimer; draft motion for preliminary injunction. | 0.9 | 1090 | $981.00 |
| 5/29/2024 | HJR | Research New York case law on unfair competition and related causes of action; draft email to D. Slemmer re same. | 1.3 | 925 | $1,202.50 |
| 5/29/2024 | DS | Review legal research from H. Reichelscheimer; correspond with S. Baldini regarding timing of motion draft and factual | 2.1 | 1090 | $2,289.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| | | developments; draft motion for preliminary injunction. | | | |
| 5/30/2024 | HJR | Supplemental research on potential unfair competition claim; draft argument section insert for preliminary injunction motion; email to D. Slemmer re same. | 1.8 | 925 | $1,665.00 |
| 5/30/2024 | DS | Draft motion for preliminary injunction; perform legal research regarding the same. | 12.1 | 1090 | $13,189.00 |
| 5/31/2024 | SMB | Review answer and discuss with team. | 0.8 | 1975 | $1,580.00 |
| 5/31/2024 | HJR | Review correspondence from S. Baldini and D. Slemmer re draft preliminary injunction motion; review client correspondence re same. | 0.1 | 925 | $92.50 |
| 5/31/2024 | DS | Draft motion for preliminary injunction; perform legal research regarding the same; send draft motion to S. Baldini. | 7.9 | 1090 | $8,611.00 |
| 6/1/2024 | SMB | Review and revise motion for injunctive relief and discuss with team. | 1.6 | 1975 | $3,160.00 |
| 6/1/2024 | HJR | Review correspondence from S. Baldini and D. Slemmer re draft memorandum of law in support of application for temporary restraining order and motion for preliminary injunction. | 0.1 | 925 | $92.50 |
| 6/2/2024 | SMB | Review and revise PI brief and discuss with team. | 1.1 | 1975 | $2,172.50 |
| 6/2/2024 | HJR | Review correspondence from S. Baldini and D. Slemmer re revised draft memorandum of law in support of TRO and motion for PI. | 0.1 | 925 | $92.50 |
| 6/2/2024 | DS | Review comments from S. Baldini to draft motion for preliminary injunction; revise | 4.4 | 1090 | $4,796.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| | | and finalize the same and send to A. Weinfeld. | | | |
| 6/3/2024 | DS | Arrange meeting to discuss draft motion; obtain information for insurance inquiry. | 0.3 | 1090 | $327.00 |
| 6/5/2024 | SMB | Call with client and review pleadings; discuss strategy with team; review new materials from client. | 1.3 | 1975 | $2,567.50 |
| 6/5/2024 | HJR | [REDACTED] pre-call with client, S. Baldini, and D. Slemmer re litigation. | 0.9 | 925 | $832.50 |
| 6/5/2024 | DS | Correspond with S. Baldini regarding preparation for meeting with Greenlight team re potential claims; attend pre-call with S. Baldini, A. Weinfeld, and B. Brown re potential claims; contact research team re social media monitoring. | 3.3 | 1090 | $3,597.00 |
| 6/5/2024 | CNR | Research into and consultation with colleague about following social media/investigation. | 0.5 | 375 | $187.50 |
| 6/6/2024 | SMB | Call with clients; call with team; revise memo re: claims analysis. | 1.1 | 1975 | $2,172.50 |
| 6/6/2024 | DS | Perform legal research regarding potential claims; meet with Greenlight team re potential claims. | 1.3 | 1090 | $1,417.00 |
| 6/7/2024 | DS | Correspond with S. Baldini and team re questions from client for billing information for insurance. | 0.3 | 1090 | $327.00 |
| 6/11/2024 | SMB | Call with Kelton; review judge's rules; revise scheduling order and discuss with team; review Andy Weinfeld mark up of PI brief. | 1.6 | 1975 | $3,160.00 |
| 6/12/2024 | SMB | Call with client; review and revise letter to court and | 1.4 | 1975 | $2,765.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| | | discuss with team; review new claim from Fishback. | | | |
| 6/12/2024 | DS | Review draft complaint received from opposing counsel; correspond with S. Baldini re the same; coordinate meeting with S. Baldini and Greenlight team; coordinate transcription of relevant factual information; draft overview of outstanding items for S. Baldini; attend meeting with Greenlight team regarding the same and potential claims; review factual background document from Greenlight team. | 2.3 | 1090 | $2,507.00 |
| 6/13/2024 | SMB | Review client materials; call with clients; revise complaint, discuss with D. Slemmer. | 2.3 | 1975 | $4,542.50 |
| 6/13/2024 | HJR | Correspondence with D. Slemmer re research assistance. | 0.1 | 925 | $92.50 |
| 6/13/2024 | DS | Attend meeting with Greenlight team regarding potential claims; review comments from Greenlight team to factual background document; perform legal research regarding potential claims; draft outline of scenarios and strategy for litigation and send to S. Baldini. | 3.9 | 1090 | $4,251.00 |
| 6/14/2024 | SMB | Review background information from client and revise complaint. | 1.5 | 1975 | $2,962.50 |
| 6/15/2024 | DS | Draft complaint. | 3.6 | 1090 | $3,924.00 |
| 6/16/2024 | DS | Draft complaint. | 0.8 | 1090 | $872.00 |
| 6/17/2024 | SMB | Discussion with team; review and revise court pleading; discussions with client; review materials re: new complaint. | 1.5 | 1975 | $2,962.50 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 6/17/2024 | HJR | Conference with D. Slemmer re research on causes of action to be asserted against former employee; research unfair competition and tortious interference cases and pull pleadings in same. | 2.5 | 925 | $2,312.50 |
| 6/17/2024 | DS | Discuss complaint research with H. Reichelscheimer; perform legal research for complaint; draft complaint. | 4.6 | 1090 | $5,014.00 |
| 6/18/2024 | SMB | Review and revise letter to court; correspondence to Kelton; multiple discussions with team. | 1.6 | 1975 | $3,160.00 |
| 6/18/2024 | HJR | Review pleadings in unfair competition and tortious interference cases and draft causes of action for complaint against former employee; correspondence with D. Slemmer re same. | 0.9 | 925 | $832.50 |
| 6/18/2024 | DS | Send relevant documents to S. Baldini; [REDACTED] correspond with A. Weinfeld re status of draft complaint; perform legal research for complaint; draft complaint; correspond with IT and HR re social media monitoring. | 8.6 | 1090 | $9,374.00 |
| 6/19/2024 | SMB | Review background materials and research discuss claims with team. | 1.5 | 1975 | $2,962.50 |
| 6/19/2024 | HJR | Draft causes of action for unfair competition and tortious interference in complaint against former employee; send same to D. Slemmer for review. | 1.7 | 925 | $1,572.50 |
| 6/19/2024 | DS | Perform legal research for complaint; draft complaint; send draft complaint to S. Baldini. | 10 | 1090 | $10,900.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 6/20/2024 | SMB | Review and revise settlement letter review and revise complaint; discuss with team. | 4.2 | 1975 | $8,295.00 |
| 6/20/2024 | HJR | Review first draft of complaint and letter to opposing counsel re settlement offer. | 2 | 925 | $1,850.00 |
| 6/20/2024 | DS | Review materials from Greenlight to organize additional facts for inclusion in complaint; review and incorporate edits to draft complaint from S. Baldini. | 1.6 | 1090 | $1,744.00 |
| 6/21/2024 | SMB | Review and revise draft complaint and discuss with D. Slemmer; call with client and review client comment; review settlement demand. | 3.7 | 1975 | $7,307.50 |
| 6/21/2024 | HJR | Research and draft email to D. Slemmer re elements of unfair competition and tortious interference causes of action; [REDACTED]; correspondence with D. Slemmer re same; conference with S. Baldini, D. Slemmer, and client re complaint. | 2.1 | 925 | $1,942.50 |
| 6/21/2024 | DS | Draft complaint; correspond with S. Baldini re edits to the same; send draft complaint to A. Weinfeld; meet with Greenlight team re the same; revise draft complaint based on edits from Greenlight team. | 6.8 | 1090 | $7,412.00 |
| 6/22/2024 | SMB | Review research re: amended complaint, jurisdiction; venue issues and discuss with team. | 1.8 | 1975 | $3,555.00 |
| 6/22/2024 | HJR | Research case law on [REDACTED] in defamation suit; correspondence with D. Slemmer re same. | 1.1 | 925 | $1,017.50 |
| 6/22/2024 | DS | Perform legal research re claims for complaint. | 4.3 | 1090 | $4,687.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 6/23/2024 | SMB | Review and revise amended complaint and discuss with team. | 1.5 | 1975 | $2,962.50 |
| 6/23/2024 | HJR | Correspondence with D. Slemmer re turn of draft complaint; review correspondence from client and S. Baldini re same. | 0.3 | 925 | $277.50 |
| 6/23/2024 | DS | Perform legal research re claims for complaint; correspond. with S. Baldini and H. Reichelscheimer re the same; revise draft complaint. | 2.1 | 1090 | $2,289.00 |
| 6/24/2024 | SMB | Call with clients; review and revise complaint and review supporting materials; multiple discussions with team. | 1.8 | 1975 | $3,555.00 |
| 6/24/2024 | HJR | Prepare Rule 7.1 statements, summons, appearance of counsel form, and civil cover sheet for filing with complaint; conference with client, S. Baldini, and D. Slemmer re draft complaint; correspondence with D. Slemmer re open items in complaint. | 1.8 | 925 | $1,665.00 |
| 6/24/2024 | DS | Revise draft complaint; correspond with S. Baldini and H. Reichelscheimer re the same; correspond with Greenlight re complaint; meet with Greenlight team; correspond with managing clerk's office. | 6.6 | 1090 | $7,194.00 |
| 6/25/2024 | SMB | Review and revise complaint; multiple discussions with team; call with client, correspondence with plaintiff. | 3.5 | 1975 | $6,912.50 |
| 6/25/2024 | HJR | Proofread complaint; email to D. Slemmer re same; revise forms for filing with complaint; correspondence | 2.6 | 925 | $2,405.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| | | with D. Slemmer and Managing Clerk's Office re same. | | | |
| 6/25/2024 | DS | Revise draft complaint; correspond with S. Baldini and H. Reichelscheimer re the same; correspond with Greenlight re complaint; meet with Greenlight team; correspond with managing clerk's office to file complaint. | 7.6 | 1090 | $8,284.00 |
| **TOTAL** | | | **181** | | **$225,155.00** |
| **After 10% Discount** | | | | | **$202,639.50** |