**Time Entries Relating to Amendment of Complaint**

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 9/3/2024 | SMB | Call with client and review materials re: amended complaint, discuss with team. | 0.8 | 1975 | $1,580.00 |
| 9/3/2024 | HJR | Review correspondence from S. Baldini and D. Slemmer re response to Defendant's motion to dismiss. | 0.1 | 925 | $92.50 |
| 9/4/2024 | SMB | Review complaint and potential amendments. | 0.5 | 1975 | $987.50 |
| 9/9/2024 | HJR | Draft amended complaint; correspondence with D. Slemmer re same. | 2 | 925 | $1,850.00 |
| 9/11/2024 | HJR | Draft first amended complaint; email to D. Slemmer re same. | 0.7 | 925 | $647.50 |
| 9/13/2024 | DS | Revise first amended complaint. | 2.6 | 1090 | $2,834.00 |
| 9/14/2024 | SMB | Review and revise amended complaint and discuss with team. | 1.1 | 1975 | $2,172.50 |
| 9/14/2024 | HJR | Review correspondence from S. Baldini and D. Slemmer re amended complaint. | 0.1 | 925 | $92.50 |
| 9/14/2024 | DS | Revise amended complaint. | 1.6 | 1090 | $1,744.00 |
| 9/15/2024 | SMB | Review updated amended complaint and discuss with team; discuss new potential complaint by Fishback with team. | 0.8 | 1975 | $1,580.00 |
| 9/15/2024 | HJR | Review proposed revisions from S. Baldini and D. Slemmer to draft first amended complaint. | 0.3 | 925 | $277.50 |
| 9/15/2024 | DS | Revise amended complaint to incorporate comments from S. Baldini. | 1.1 | 1090 | $1,199.00 |
| 9/16/2024 | SMB | Review and revise amended complaint and discuss with team. | 0.8 | 1975 | $1,580.00 |
| 9/16/2024 | HJR | Proofread draft first amended complaint; correspondence with D. Slemmer re potential revisions to same. | 0.7 | 925 | $647.50 |
| 9/16/2024 | DS | Revise amended complaint and send to A. Weinfeld. | 0.9 | 1090 | $981.00 |
| 9/17/2024 | HJR | Review client comments on amended complaint; correspondence with D. Slemmer re same. | 0.4 | 925 | $370.00 |

1

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 9/17/2024 | DS | Correspond with H. Reichelscheimer re amended complaint and revisions from client. | 0.1 | 1090 | $109.00 |
| 9/18/2024 | SMB | Review and revise amended complaint and discuss with team. | 0.7 | 1975 | $1,382.50 |
| 9/18/2024 | HJR | Incorporate client comments to first amended complaint; email to D. Slemmer re same. | 1.6 | 925 | $1,480.00 |
| 9/19/2024 | SMB | Call with clients; review materials re: claims against Fishback; revise amended complaint. | 1.3 | 1975 | $2,567.50 |
| 9/19/2024 | HJR | Correspondence with D. Slemmer re first amended complaint; review S. Baldini and D. Slemmer edits to same. | 0.3 | 925 | $277.50 |
| 9/19/2024 | DS | Revise amended complaint. | 2.5 | 1090 | $2,725.00 |
| 9/21/2024 | SMB | Review client markup of complaint and discuss with team. | 0.8 | 1975 | $1,580.00 |
| 9/22/2024 | SMB | Review and revise amended complaint and discuss with team. | 1.1 | 1975 | $2,172.50 |
| 9/22/2024 | DS | Revise amended complaint. | 0.6 | 1090 | $654.00 |
| 9/23/2024 | SMB | Review and revise amended complaint and discuss with team. | 0.8 | 1975 | $1,580.00 |
| 9/23/2024 | DS | Revise and file amended complaint. | 0.9 | 1090 | $981.00 |
| **TOTAL** | | | **25.2** | | **$34,144.50** |
| **After 10% Discount** | | | | | **$30,730.05** |