**Time Entries Mentioning Depositions**

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 4/23/2025 | HJR | Draft letter to opposing counsel re search terms; correspondence with D. Slemmer re same; internal correspondence re document review vendor; correspondence with D. Slemmer re deposition scheduling. | 1.8 | 1095 | $1,971.00 |
| 4/23/2025 | DS | Correspond with A. Weinfeld and S. Baldini re motion to strike opposition and case deadlines; correspond with J. Ma for setting  up searches in document database correspond with J. Ma for setting up searches in document database; correspond with S. Rosen re additional searches; revise document review protocol and correspond with H. Reichelscheimer re the same; coordinate scheduling of depositions with H. Reichelscheimer; correspond with H. Reichelscheimer re discovery letter to opposing counsel; draft letter to opposing counsel re discovery. | 6.1 | 1310 | $7,991.00 |
| 4/24/2025 | DS | Draft letter to opposing counsel re discovery and send to S. Baldini; correspond with H. Reichelscheimer, S. Baldini and A. Weinfeld re deposition scheduling; review and revise document review protocol; correspond with H. Reichelscheimer re the same; coordinate initial document review meeting; correspond with J.  Ma re document review interface and logistics; correspond with H. Reichelscheimer re drafting of discovery requests. | 4.6 | 1310 | $6,026.00 |
| 5/6/2025 | MJH | Conduct second level review of documents for D. Slemmer to produce in advance of deposition next week. | 1.8 | 995 | $1,791.00 |
| 5/12/2025 | DS | Correspond with S. Baldini and A. Weinfeld re deposition preparation. | 0.1 | 1310 | $131.00 |
| 5/19/2025 | HJR | Review internal correspondence re confidentiality order and deposition scheduling. | 0.1 | 1095 | $109.50 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 5/20/2025 | HJR | Call with client, S. Baldini, and D. Slemmer re deposition scheduling and settlement negotiations. | 0.3 | 1095 | $328.50 |
| 5/23/2025 | SMB | Correspondence with Kelton, discuss with team; review materials re: legacy; review deposition outline. | 1.5 | 2175 | $3,262.50 |
| 5/25/2025 | DS | Review and organize documents for production and privilege review; draft outline for deposition of J. Fishback; locate and analyze documents in support of the same. | 6.5 | 1310 | $8,515.00 |
| 5/26/2025 | DS | Review and organize documents for production and privilege review; correspond with S. Baldini re the same; draft outline for deposition of J. Fishback; locate and analyze documents in support of the same. | 5 | 1310 | $6,550.00 |
| 5/27/2025 | HJR | Privilege review; correspondence with D. Slemmer re same; book deposition court reporter. | 1.8 | 1095 | $1,971.00 |
| 5/27/2025 | DS | Revise proposed confidentiality order to incorporate comments from opposing counsel; correspond with S. Baldini and opposing counsel re the same; review and organize documents for production and privilege review; correspond with H. Reichelscheimer re the same; draft outline for deposition of J. Fishback; locate and analyze documents in support of the same; arrange for court reporter; correspond with M. Hershey re third party subpoena research. | 3.5 | 1310 | $4,585.00 |
| 5/28/2025 | DS | Review document production from defendant; coordinate hiring of review team to review documents; correspond with S. Baldini re  deposition of defendant and document review; correspond and meet with H. Reichelscheimer and M. Hershey re plan for incoming document review and issues; correspond with J. Ma re workflow in database; review research from M. Hershey re third party | 7.9 | 1310 | $10,349.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|------|------|---------------|-------|------|------|
| | | subpoenas; correspond with M. Hershey re the same. | | | |
| 5/29/2025 | DS | Correspond with S. Baldini and A. Weinfeld re deposition planning; correspond with M. Joseph and contract review team re incoming document review; review incoming document production; correspond with H. Reichelscheimer and M. Hershey re the same; compile list of hot documents; review and revise letter; correspond with J. Ma re workflow and process for contract review team. | 11.3 | 1310 | $14,803.00 |
| 5/30/2025 | SMB | Call with client; review production materials; review materials re: Fishback deposition. | 0.8 | 2175 | $1,740.00 |
| 5/30/2025 | DS | Correspond with J. Ma re workflow and process for contract review team; attend introductory meeting with contract review team to provide instruction; review incoming documents flagged by review team; answer questions about review from review team; draft deposition outline for defendant and perform manual searches for documents; meet with A. Weinfeld, S. Baldini, and H. Reichelscheimer re deposition planning; summarize key documents and send to A. Weinfeld; correspond with M. Hershey re review of outgoing production documents. | 8 | 1310 | $10,480.00 |
| 5/31/2025 | SMB | Review deposition transcripts; pleadings re: deposition prep; discussion with team re: documents produced by Fishback. | 1.6 | 2175 | $3,480.00 |
| 5/31/2025 | DS | Review incoming documents in defendants' production; draft deposition outline for defendant's deposition. | 1.5 | 1310 | $1,965.00 |

3

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|------|------|--------------|-------|------|------|
| 6/1/2025 | DS | Review incoming documents in defendants' production; correspond with document review team; draft deposition outline for defendant's deposition. | 7.7 | 1310 | $10,087.00 |
| 6/2/2025 | SMB | Multiple discussions with team and client; review Fishback materials; draft deposition outline. | 3.6 | 2175 | $7,830.00 |
| 6/2/2025 | MJH | Draft concise summaries of documents for D. Slemmer; Draft language for Fishback deposition related to his performance. | 3.4 | 995 | $3,383.00 |
| 6/2/2025 | DS | Coordinate additional document productions; correspond with C. Patton re preparation for deposition; review incoming documents in defendants' production; draft deposition outline for defendant's deposition; correspond with S. Baldini re the same; meet with A. Weinfeld, B. Brown, and S. Baldini re deposition preparation; review deposition outline sections from M. Hershey and correspond with M. Hershey re the same; correspond with opposing counsel re confidentiality order and deposition; draft summary of key documents and send to A. Weinfeld. | 9.5 | 1310 | $12,445.00 |
| 6/3/2025 | SMB | Draft and revise deposition outline and review documents produced by Fishback; discuss with team and client; [REDACTED] | 5.2 | 2175 | $11,310.00 |
| 6/3/2025 | MJH | Research Rule 45 Subpoena deadline requirements for D. Slemmer; Review documents sent by D. Slemmer for David Einhorn deposition. | 1.3 | 995 | $1,293.50 |
| 6/3/2025 | HJR | Correspondence with D. Slemmer and Lexitas re deposition court reporter; analyze client comments on potential document production; correspondence with D. Slemmer re same. | 0.9 | 1095 | $985.50 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 6/3/2025 | DS | Coordinate filing of protective order; correspond with A. Weinfeld re deposition; prepare materials for defendant's deposition; correspond with S. Baldini re the same; review incoming documents in defendants' production; prepare documents for outgoing productions; attend meeting with counsel for third-party; correspond with M. Hershey re subpoena process; correspond with S. Baldini and A. Weinfeld re settlement communication from opposing counsel; revise deposition outline. | 11.5 | 1310 | $15,065.00 |
| 6/4/2025 | SMB | Meeting with D. Slemmer; review documents and prepare for Fishback deposition. | 6.6 | 2175 | $14,355.00 |
| 6/4/2025 | HJR | Confirm court reporter for deposition; review client comments on potential document production. | 0.1 | 1095 | $109.50 |
| 6/4/2025 | DS | Meet with S. Baldini re deposition planning; revise deposition outline and prepare materials for defendant's deposition; correspond with S. Baldini re the same; review incoming documents in defendants' production; prepare documents for outgoing productions; correspond with M. Hershey re deposition preparations for Greenlight witness; correspond with A. Weinfeld re document productions; coordinate confirmation of deposition logistics. | 12.1 | 1310 | $15,851.00 |
| 6/5/2025 | SMB | Fishback deposition and preparation; review materials re: Fishback communications. | 9.5 | 2175 | $20,662.50 |
| 6/5/2025 | MJH | Review documents sent by D. Slemmer for David Einhorn deposition and note which documents are important and should be included in the depo. | 4.1 | 995 | $4,079.50 |
| 6/5/2025 | HJR | Review rough deposition transcript; correspondence with D. Slemmer re deposition of Fishback. | 0.4 | 1095 | $438.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 6/5/2025 | DS | Prepare materials for defendant's deposition; attend defendant's deposition; prepare documents for outgoing productions; correspond with M. Hershey re preparation of materials for Greenlight witness; prepare materials for Greenlight witness deposition preparation; prepare documents for outgoing productions; correspond with S. Baldini re the same. | 11.4 | 1310 | $14,934.00 |
| 6/6/2025 | SMB | Review transcript; discussion with D. Slemmer re: production materials; communication with clients; review materials from client re: Fishback deposition issues. | 1.6 | 2175 | $3,480.00 |
| 6/6/2025 | DS | Create outline and set of documents for deposition preparation for Greenlight witness; prepare documents for outgoing productions; correspond with M. Hershey re the same; make document production; correspond with S. Baldini and A. Weinfeld re follow-up tasks from deposition; correspond with S. Baldini and A. Weinfeld re settlement communication from opposing counsel. | 9.5 | 1310 | $12,445.00 |
| 6/7/2025 | DS | Prepare materials for deposition preparation session for D. Einhorn | 1.2 | 1310 | $1,572.00 |
| 6/8/2025 | SMB | Review materials re: DE deposition prep and revise deposition outline, discuss with D. Slemmer. | 1.2 | 2175 | $2,610.00 |
| 6/8/2025 | DS | Prepare materials for deposition preparation session for D. Einhorn | 5.8 | 1310 | $7,598.00 |
| 6/9/2025 | SMB | Meeting with clients to prepare for deposition; discussion with D. Slemmer re: production issues; revise deposition outline. | 3.2 | 2175 | $6,960.00 |
| 6/9/2025 | DS | Prepare materials for and attend deposition preparation session for D. Einhorn; correspond with M. Hershey re document production review and redactions; correspond with opposing counsel re D. Einhorn deposition; review documents for production and | 6.7 | 1310 | $8,777.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
|  |  | correspond with S. Baldini and A. Weinfeld re the same. |  |  |  |
| 6/10/2025 | SMB | Revise deposition outline; review production documents re: privilege issues and discuss with team. | 1.3 | 2175 | $2,827.50 |
| 6/10/2025 | DS | Perform privilege review for outgoing document productions; prepare materials for deposition preparation session for D. Einhorn; correspond with opposing counsel, S. Baldini and A. Weinfeld re D. Einhorn deposition; correspond with S. Baldini re discovery; perform legal research re summary judgment; draft subpoena to third party and send to S. Baldini. | 7.9 | 1310 | $10,349.00 |
| 7/3/2025 | SMB | Discussions with D. Slemmer re: 3rd party deposition; review materials re: Legacy depositions, correspondence with counsel to legacy. | 0.9 | 2175 | $1,957.50 |
| 7/3/2025 | MJH | Coordinate court reporter for Rehm deposition. | 0.4 | 995 | $398.00 |
| 7/3/2025 | DS | Correspond with S. Baldini re third-party depositions; correspond with counsel for third-party witness; correspond with opposing counsel re the same; review and organize outgoing production of documents; correspond with billing team re time records for production; correspond with M. Hershey re deposition. | 2.2 | 1310 | $2,882.00 |
| 7/7/2025 | MJH | Review Fishback deposition transcript for confidentiality designations; Summarize confidential portions for D. Slemmer. | 3.1 | 995 | $3,084.50 |
| 7/8/2025 | SMB | Meeting with D. Slemmer; review materials re: legacy deposition. | 1.5 | 2175 | $3,262.50 |
| 7/8/2025 | MJH | Research deposition attendance requirements for D. Slemmer; Coordinate court reporter services for deposition. | 1.8 | 995 | $1,791.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 7/8/2025 | DS | Correspond with S. Baldini, A. Weinfeld, and opposing counsel re upcoming Rehm deposition; correspond with M. Hershey re deposition issues; review summary from M. Hershey re the same; correspond with counsel for third party witness; prepare deposition outline for Rehm deposition; coordinate processing of third party documents; meet with S. Baldini re deposition and other outstanding issues. | 5.5 | 1310 | $7,205.00 |
| 7/9/2025 | SMB | Call with Steptoe; review production documents from subpoenas; multiple discussions with S. Slemmer; revise deposition outline; prepare for legacy deposition; review notice of withdrawal. | 4.2 | 2175 | $9,135.00 |
| 7/9/2025 | MJH | Review Rehm deposition materials; [REDACTED] Attend call with Rehm counsel to discuss deposition; Summarize meeting in email to D. Slemmer and S. Baldini; Draft email for A. Weinfeld on Rehm deposition. | 1.4 | 995 | $1,393.00 |
| 7/9/2025 | DS | Call with counsel for third-party; correspond with S. Baldini re Rehm deposition; correspond with S. Baldini and A. Weinfeld re correspondence from opposing counsel re withdrawal; prepare deposition outline for Rehm deposition; review third party document productions; coordinate with S. Daly and deposition service re deposition logistics. | 6.7 | 1310 | $8,777.00 |
| 7/10/2025 | SMB | Prepare for deposition and review documents; take legacy deposition; discussion with client; [REDACTED]; review transcript. | 3.5 | 2175 | $7,612.50 |
| 7/10/2025 | MJH | Review confidentiality matter invoices for D. Slemmer; Discuss Rehm deposition with D. Slemmer. | 0.6 | 995 | $597.00 |
| 7/10/2025 | DS | Review documents produced by Legacy; prepare for and attend deposition of J. Rehm; coordinate upload of third party document | 5.8 | 1310 | $7,598.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|------|------|---------------|-------|------|------|
| | | production; call with counsel for third party witness. | | | |
| 7/14/2025 | DS | Correspond with J. Ma to transmit third party productions to client; correspond with A. Weinfeld and S. Baldini re third party deposition; correspond with S. Baldini re discovery issues; draft letter to opposing counsel re outstanding discovery issues; correspond with J. Ma re contents of productions. | 4.1 | 1310 | $5,371.00 |
| 7/15/2025 | SMB | Review and revise discovery demand correspondence; review materials produced by legacy; discuss with team; review Rehm deposition. | 1.9 | 2175 | $4,132.50 |
| 7/15/2025 | DS | Draft letter to opposing counsel re outstanding discovery issues; send letter to S. Baldini; revise letter based on comments from S. Baldini; send letter to A. Weinfeld; finalize and send letter to opposing counsel; coordinate third party deposition details; correspond with counsel for third-party witness; coordinate upload of third party production; review third party production; review invoice redactions from M. Hershey; correspond with S. Baldini re the same; correspond with A. Weinfeld re documents requested. | 5.6 | 1310 | $7,336.00 |
| 7/16/2025 | SMB | Review background documents; draft deposition outline; meetings with D. Slemmer; call with counsel to legacy; prepare for deposition; review legal fees for production and discuss with team. | 4.8 | 2175 | $10,440.00 |
| 7/16/2025 | MJH | Compile exhibits for Hathaway deposition for D. Slemmer; Review correspondence regarding invoices; Coordinate with J. Ma to upload invoices to relativity for redaction; Attend call regarding Hathaway deposition. | 1.1 | 995 | $1,094.50 |

9

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 7/16/2025 | DS | Attend call with counsel for third-party witness; review-third party production and draft deposition outline and materials for deposition of J. Hathaway; correspond with M. Hershey re the same; coordinate with deposition vendor, third-party witness counsel, and opposing counsel re deposition; review and revise invoice redactions; send the same to S. Baldini and A. Weinfeld; correspond with S. Baldini and A. Weinfeld re scheduled conference. | 6.8 | 1310 | $8,908.00 |
| 7/17/2025 | SMB | Prepare for and take legacy deposition; review discovery letter, discuss with team; call with clients; review Englemeyer orders. | 3.5 | 2175 | $7,612.50 |
| 7/17/2025 | MJH | Redact invoices for D. Slemmer; Review news articles for production for D. Slemmer; Meet with D. Slemmer to discuss status of case and Hathaway deposition. | 2.5 | 995 | $2,487.50 |
| 7/17/2025 | DS | Prepare for and attend deposition of J. Hathaway; attend call with S. Baldini and A. Weinfeld; correspond with M. Hershey to prepare final outgoing production; correspond with S. Baldini and A. Weinfeld re upcoming status conference; correspond with M. Hershey re outstanding tasks. | 6.3 | 1310 | $8,253.00 |
| 7/20/2025 | SMB | Review materials re: 7/21 hearing, depositions transcripts. | 1.5 | 2175 | $3,262.50 |
| **TOTAL** | | | **265.6** | | **$ 390,086.00** |
| **After 10% Discount** | | | | | **$ 351,077.40** |