**Time Entries Relating to Motion for Summary Judgment**

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 6/10/2025 | DS | Perform privilege review for outgoing document productions; prepare materials for deposition preparation session for D. Einhorn; correspond with opposing counsel, S. Baldini and A. Weinfeld re D. Einhorn deposition; correspond with S. Baldini re discovery; perform legal research re summary judgment; draft subpoena to third party and send to S. Baldini. | 7.9 | 1310 | $10,349.00 |
| 7/24/2025 | MJH | Proofread the July 24 letter for Kelton; Discuss drafting motion for summary judgment letter with D. Slemmer. | 0.5 | 995 | $497.50 |
| 7/28/2025 | MJH | Draft summary judgment letter for D. Slemmer; research work product privilege for D. Slemmer; Draft email summarizing research re the same. | 6.5 | 995 | $6,467.50 |
| 7/28/2025 | DS | Perform legal research re privilege issues; draft summary of research and send to S. Baldini; correspond with S. Baldini re discovery issues; draft update to A. Weinfeld re discovery issues; correspond with M. Hershey re summary judgment letter and discovery issues research; begin drafting letter re discovery issues. | 4.4 | 1310 | $5,764.00 |
| 7/31/2025 | MJH | Research for summary judgment letter. | 1.3 | 995 | $1,293.50 |
| 7/31/2025 | DS | Correspond with managing attorneys' office re deadlines; draft summary judgment letter; perform research in support of the same; coordinate upload of incoming production with J. Ma. | 5.6 | 1310 | $7,336.00 |
| 8/4/2025 | SMB | Review and revise summary judgment letter and discuss with team; review research re: injunctive relief; call with client. | 1.3 | 2175 | $2,827.50 |

1

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 8/4/2025 | MJH | Review draft of summary judgment letter prepared by D. Slemmer | 0.1 | 995 | $99.50 |
| 8/6/2025 | SMB | Review new discovery materials revise summary judgment letter. | 1.2 | 2175 | $2,610.00 |
| 8/12/2025 | SMB | Discussion with team re: summary judgment; review discovery issues. | 0.4 | 2175 | $870.00 |
| 8/16/2025 | DS | Correspond with S. Baldini and A. Weinfeld re document productions and summary judgment letters. | 0.3 | 1310 | $393.00 |
| 8/27/2025 | HJR | Correspondence with D. Slemmer re summary judgment motion process; review correspondence from D. Slemmer and client re stipulated injunction order. | 0.4 | 1095 | $438.00 |
| 8/29/2025 | HJR | Draft filing checklist and task list for summary judgment motion; review internal correspondence re discovery. | 2.2 | 1095 | $2,409.00 |
| 8/30/2025 | HJR | Correspondence with D. Slemmer re summary judgment filing checklist and task list. | 0.2 | 1095 | $219.00 |
| 9/2/2025 | HJR | Review Plaintiffs' pre-motion letter re proposed summary judgment motion and response by Defendant; research caselaw cited Defendant; correspondence with D. Slemmer re same. | 1.6 | 1095 | $1,752.00 |
| 9/3/2025 | SMB | Review and revise motion to compel and discuss with D. Slemmer; call with J. Kelton; review research re: opposition to summary judgment and revise outline of talking points for court conference; discussions with client. | 1.6 | 2175 | $3,480.00 |
| 9/15/2025 | HJR | Correspondence with D. Slemmer re summary judgment motion; review correspondence from client and S. Baldini re stipulation of facts. | 0.5 | 1095 | $547.50 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 9/15/2025 | DS | Attend meeting with A. Weinfeld, B. Brown, and S. Baldini; correspond with S. Baldini re open workstreams; perform legal research re summary judgment; correspond with H. Reichelscheimer re the same; revise consent injunction; request bills for matter; review decision by Court on motion to compel. | 4.4 | 1310 | $5,764.00 |
| 9/16/2025 | HJR | Research precedent summary judgment filings; correspondence with D. Slemmer re same. | 1.6 | 1095 | $1,752.00 |
| 9/16/2025 | DS | Perform legal research re summary judgment; correspond with H. Reichelscheimer re the same; review and summarize documents produced by defendant in response to motion to compel; correspond with A. Weinfeld and S. Baldini re the same. | 2.5 | 1310 | $3,275.00 |
| 9/17/2025 | MJH | Review and summarize precedent for affidavits and exhibits related to motions for summary judgment in SDNY for D. Slemmer. | 0.8 | 995 | $796.00 |
| 9/17/2025 | HJR | Analyze summary judgment precedent; correspondence with D. Slemmer re same. | 2.4 | 1095 | $2,628.00 |
| 9/17/2025 | DS | Perform legal research re summary judgment; correspond with H. Reichelscheimer and M. Hershey re the same; revise consent injunction. | 1.4 | 1310 | $1,834.00 |
| 9/18/2025 | MJH | Review transcript for included exhibits and mark exhibits on Summary Judgment document tracker for D. Slemmer. | 1.5 | 995 | $1,492.50 |
| 9/18/2025 | HJR | Draft Rule 56.1 Statement in support of motion for summary judgment; correspondence with D. Slemmer re same; correspondence with C. Marino re paralegal support. | 2.2 | 1095 | $2,409.00 |

3

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 9/18/2025 | DS | Correspond with H. Reichelscheimer and M. Hershey re summary judgment assignments, and review materials prepared for summary judgment; revise consent injunction and correspond with A. Weinfeld and S. Baldini re the same; correspond with M. Hershey re docketing alert; coordinate meeting with opposing counsel re consent injunction. | 2.6 | 1310 | $3,406.00 |
| 9/19/2025 | HJR | Correspondence with paralegal team re summary judgment motion; review draft notice of motion and shell brief. | 0.5 | 1095 | $547.50 |
| 9/19/2025 | DS | Prepare for and attend meet and confer with opposing counsel; correspond with Greenlight team and S. Baldini re the same; revise consent injunction; perform legal research re the same; draft and file letter to the Court re extension of consent injunction deadlines; review summary judgment precedent. | 5 | 1310 | $6,550.00 |
| 9/22/2025 | HJR | Draft memorandum of law in support of motion for summary judgment; correspondence with D. Slemmer re same. | 2.2 | 1095 | $2,409.00 |
| 9/22/2025 | DS | Correspond with M. Hershey and H. Reichelscheimer re summary judgment precedent and drafting summary judgment papers; develop work plan for summary judgment and correspond with S. Baldini re the same; correspond with A. Weinfeld and opposing counsel re settlement offer; correspond with A. Weinfeld and S. Baldini re other factual developments. | 3.9 | 1310 | $5,109.00 |
| 9/23/2025 | HJR | Draft memorandum of law in support of motion for summary judgment; correspondence with D. Slemmer re same. | 2.7 | 1095 | $2,956.50 |

4

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 9/23/2025 | DS | Review materials re recent factual developments; perform legal research and correspond with S. Baldini and H. Reichelscheimer re the same; meet with A. Weinfeld, B. Brown, and S. Baldini re the same (two meetings); draft analysis for addressing factual developments; correspond with M. Hershey re order of proof for summary judgment; correspond with A. Weinfeld and S. Baldini re consent injunction; review and finalize consent injunction; send finalized consent injunction to opposing counsel; draft cover letter to Court. | 8 | 1310 | $10,480.00 |
| **TOTAL** | | | **77.7** | | **$98,761.50** |
| **After 10% Discount** | | | | | **$88,885.35** |