**Time Entries Relating to Mediation**

| Date | TKPR | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 8/3/2024 | HJR | Correspondence with D. Slemmer re draft mediation statement. | 0.1 | 925 | $92.50 |
| 8/4/2024 | HJR | Draft shell mediation statement. | 0.4 | 925 | $370.00 |
| 8/5/2024 | HJR | Draft mediation statement; correspondence with D. Slemmer re same. | 4.2 | 925 | $3,885.00 |
| 8/6/2024 | HJR | Draft mediation statement; review correspondence from S. Baldini, D. Slemmer, and client re mediation dates. | 1.6 | 925 | $1,480.00 |
| 8/6/2024 | DS | Correspond with S. Baldini and A. Weinfeld re mediation; correspond with A. Weinfeld re reply brief; correspond with H. Reichelscheimer re mediation brief. | 0.3 | 1090 | $327.00 |
| 8/8/2024 | HJR | Correspondence with D. Slemmer re mediation statement exhibits; revise mediation statement in line with D. Slemmer edits. | 2 | 925 | $1,850.00 |
| 8/8/2024 | DS | Draft mediation brief sections; revise mediation brief sections from H. Reichelscheimer; email JAMS requested information. | 2.4 | 1090 | $2,616.00 |
| 8/9/2024 | HJR | Revise mediation statement in line with D. Slemmer comments; correspondence with D. Slemmer re same. | 3 | 925 | $2,775.00 |
| 8/9/2024 | DS | Draft mediation brief sections; correspond with S. Baldini re mediation agreement process; obtain total fees billed on notes action matter; correspond with H. Reichelscheimer re next steps for mediation brief. | 3.1 | 1090 | $3,379.00 |

1

| Date | TKPR | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 8/11/2024 | HJR | Correspondence with S. Baldini and D. Slemmer re mediation | 0.5 | 925 | $462.50 |
| 8/11/2024 | DS | Draft mediation statement. | 1.2 | 1090 | $1,308.00 |
| 8/12/2024 | SMB | Draft and revise mediation statement and discuss with team. | 0.9 | 1975 | $1,777.50 |
| 8/12/2024 | HJR | Revise mediation statement in line with S. Baldini comments; email to client re same; correspondence with S. Baldini and client re discovery responses. | 1.4 | 925 | $1,295.00 |
| 8/14/2024 | SMB | Review mediation statement and call with client, review confidentiality agreement. | 0.8 | 1975 | $1,580.00 |
| 8/15/2024 | HJR | Review correspondence from S. Baldini and D. Slemmer re mediation agreement; revise mediation statement in line with client comments. | 0.7 | 925 | $647.50 |
| 8/16/2024 | HJR | Review correspondence from D. Slemmer and S. Baldini re mediation agreement. | 0.1 | 925 | $92.50 |
| 8/17/2024 | SMB | Revise mediation statement. | 0.8 | 1975 | $1,580.00 |
| 8/17/2024 | HJR | Revise mediation statement in line with client and S. Baldini comments; emails to client and S. Baldini re same. | 2 | 925 | $1,850.00 |
| 8/19/2024 | SMB | Review and revise mediation statement and discuss with team. | 0.9 | 1975 | $1,777.50 |
| 8/19/2024 | HJR | Revise mediation statement in line with client comments; pull exhibits; coordinate paralegal support; correspondence with D. Slemmer re same. | 3.3 | 925 | $3,052.50 |

| Date | TKPR | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 8/19/2024 | DS | Correspond with S. Baldini and A. Weinfeld re mediation; correspond with H. Reichelscheimer re exhibits for mediation statement; review edits from A. Weinfeld and H. Reichelscheimer to mediation brief; revise the same; [REDACTED] | 1.7 | 1090 | $1,853.00 |
| 8/20/2024 | SMB | Call with mediator; revise mediation statement. | 1.3 | 1975 | $2,567.50 |
| 8/20/2024 | DS | Correspond with S. Baldini, A. Weinfeld, and JAMS re mediation; send A. Weinfeld mediation statement; coordinate with M. Holness re finalization mediation statement and exhibits; meet with mediator; correspond with A. Weinfeld re meeting; proof mediation brief; make final edits to mediation brief. | 4 | 1090 | $4,360.00 |
| 8/21/2024 | SMB | Call with mediator; revise mediation statement; discuss with team. | 0.8 | 1975 | $1,580.00 |
| 8/21/2024 | HJR | Review correspondence from S. Baldini, D. Slemmer, and JAMS re mediation; review client comments to draft mediation statement; review and finalize mediation statement exhibits; correspondence with D. Slemmer re same. | 1.6 | 925 | $1,480.00 |
| 8/21/2024 | DS | Communicate with JAMS re logistics; coordinate with S. Baldini re the same; pay invoice from JAMS; attend call with mediator; revise mediation brief to incorporate comments from Greenlight; send to A. Weinfeld; coordinate with M. Holness re additional exhibits; finalize, proof, and send brief to mediator. | 4.8 | 1090 | $5,232.00 |

3

| Date | TKPR | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 8/22/2024 | HJR | Mediation preparation; correspondence with D. Slemmer and M. Holness re same; research deadlines for filing opposition to motion to dismiss and motion to dismiss counterclaim; email to D. Slemmer re same. | 1.6 | 925 | $1,480.00 |
| 8/22/2024 | DS | Compile exhibit binders for mediation; correspond with S. Baldini and Reichelscheimer re the same; coordinate signatures for mediation agreements; email JAMS re logistics; correspond with H. Reichelscheimer re research for case deadlines. | 1 | 1090 | $1,090.00 |
| 8/23/2024 | SMB | Review mediation materials and call with client; discuss with team. | 1.2 | 1975 | $2,370.00 |
| 8/23/2024 | HJR | Call with client, S. Baldini, and D. Slemmer re mediation; update draft talking points in line with client call; email to D. Slemmer re same. | 1.3 | 925 | $1,202.50 |
| 8/23/2024 | DS | Prepare for and attend call re mediation with Greenlight team. | 1.2 | 1090 | $1,308.00 |
| 8/25/2024 | HJR | Review updated mediation talking points and correspondence from S. Baldini and D. Slemmer re same. | 0.2 | 925 | $185.00 |
| 8/25/2024 | DS | Prepare talking points and materials for mediation. | 3.4 | 1090 | $3,706.00 |
| 8/26/2024 | SMB | Meeting with client; review materials for mediation prep; review motion to dismiss, discuss with team. | 1.8 | 1975 | $3,555.00 |
| 8/26/2024 | DS | Compile materials for mediation preparation meeting; attend mediation preparation meeting; revise talking points; prepare exhibits for mediation. | 6.3 | 1090 | $6,867.00 |

4

| Date | TKPR | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| 8/27/2024 | SMB | Mediation with clients; discussion with team re: discovery issues; review discovery materials; correspondence with client and mediator. | 7.2 | 1975 | $14,220.00 |
| 8/27/2024 | DS | Prepare for and attend mediation; email opposing counsel regarding meet and confer. | 7.9 | 1090 | $8,611.00 |
| 8/28/2024 | HJR | Review correspondence from D. Slemmer and J. Langmack re opposition to defendant's motion to dismiss; review correspondence from client re mediation; corr with D. Slemmer re same; review judge's recent cases [REDACTED] re amended complaint/motion to dismiss [REDACTED] email to S. Baldini and D. Slemmer re same; review summary of next steps prepared by D. Slemmer. | 1.8 | 925 | $1,665.00 |
| **TOTAL** | | | **78.8** | | **$95,529.50** |
| **After 10% Discount** | | | | | **$85,976.55** |