**Time Entries Relating To Other Cases**

| Date | TKPR | Billing Entry | Hours | Rate | Cost |
|---|---|---|---|---|---|
| 5/23/2024 | SMB | Review background materials and draft complaint; discuss with team, call with client; review research re: defamation; **review updated materials from Fishback.** | 1.1 | 1975 | $2,172.50 |
| 6/12/2024 | SMB | Call with client; review and revise letter to court and discuss with team; **review new claim from Fishback.** | 1.4 | 1975 | $2,765.00 |
| 6/12/2024 | DS | **Review draft complaint received from opposing counsel; correspond with S. Baldini re the same;** coordinate meeting with S. Baldini and Greenlight team; coordinate transcription of relevant factual information; draft overview of outstanding items for S. Baldini; attend meeting with Greenlight team regarding the same and potential claims; review factual background document from Greenlight team. | 2.3 | 1090 | $2,507.00 |
| 6/27/2024 | SMB | Multiple discussions with team re: discovery issues; **summary judgment,** discussions with client; review research. | 1.2 | 1975 | $2,370.00 |
| 8/4/2024 | DS | **Review reformatted reply brief and send to R. Slavin for cite check.** | 0.1 | 1090 | $109.00 |
| 8/5/2024 | RS | **Cite check, proofread, and revise reply in support of motion for summary judgment and prepare table of authorities.** | 1.5 | 510 | $765.00 |
| 8/6/2024 | DS | Correspond with S. Baldini and A. Weinfeld re mediation; **correspond with A. Weinfeld re reply brief;** correspond with H. Reichelscheimer re mediation brief. | 0.3 | 1090 | $327.00 |
| 8/9/2024 | DS | Draft mediation brief sections; correspond with S. Baldini re mediation agreement process; **obtain total fees billed on notes action matter;** correspond with H. Reichelscheimer re next steps for mediation brief. | 3.1 | 1090 | $3,379.00 |

1

| Date | TKPR | Billing Entry | Hours | Rate | Cost |
|---|---|---|---|---|---|
| 8/12/2024 | HJR | Revise mediation statement in line with S. Baldini comments; email to client re same; **correspondence with S. Baldini and client re discovery responses**. | 1.4 | 925 | $1,295.00 |
| 8/27/2024 | SMB | Mediation with clients; **discussion with team re: discovery issues; review discovery materials;** correspondence with client and mediator. | 7.2 | 1975 | $14,220.00 |
| 9/15/2024 | SMB | Review updated amended complaint and discuss with team; **discuss new potential complaint by Fishback with team.** | 0.8 | 1975 | $1,580.00 |
| 9/24/2024 | SMB | [REDACTED], **review new fishback materials; review arbitration agreement.** | 0.6 | 1975 | $1,185.00 |
| 9/30/2024 | SMB | **Discussion with team re: arbitration** and settlement discussions, review correspondence. | 0.3 | 1975 | $592.50 |
| 11/4/2024 | DS | **Review AAA letter and correspond with H. Reichelscheimer and S. Baldini re the same.** | 0.5 | 1090 | $545.00 |
| 11/6/2024 | DS | [REDACTED] **correspond with H. Reichelscheimer re research into arbitrators.** | 0.9 | 1090 | $981.00 |
| 6/16/2025 | DS | Revise letter re discovery issues and send to opposing counsel; correspond with S. Baldini re the same; correspond with M. Hershey re letter to court re revised schedule; review and finalize letter; **correspond with Sequor re judgment enforcement;** correspond with M. Hershey re draft subpoenas; review and revise draft subpoenas from M. Hershey; coordinate with research to obtain media coverage of dispute for production. | 2.2 | 1310 | $2,882.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Cost |
|------|------|---------------|-------|------|------|
| 6/18/2025 | DS | Review and organize documents for outgoing productions; review privilege determinations; **correspond with E. Davis re judgment enforcement;** coordinate upload of additional documents for production; correspond with opposing counsel re extension letter; finalize and coordinate filing of extension letter; correspond with S. Baldini re subpoena questions; correspond with M. Hershey and S. Baldini re service of subpoenas. | 2.6 | 1310 | $3,406.00 |
| **TOTAL** | | | **27.5** | | **$41,081.00** |
| **After 10% Discount** | | | | | **$36,972.90** |