**Time Entries Relating To Answer And Affirmative Defenses**

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 5/31/2024 | SMB | Review answer and discuss with team. | 0.8 | 1975 | $1,580.00 |
| 1/6/2025 | SMB | (Court) Review answer and affirmative defenses and discuss with team; review scheduling order materials. | 1.2 | 2175 | $2,610.00 |
| 1/6/2025 | HJR | Review answer filed in confidentiality actions. | 0.8 | 1095 | $876.00 |
| 1/6/2025 | DS | Review answer filed in confidentiality action and correspond with S. Baldini and A. Weinfeld re the same. | 0.3 | 1310 | $393.00 |
| 1/7/2025 | DS | Review answer filed in confidentiality actions. | 0.4 | 1310 | $524.00 |
| **TOTAL** | | | **3.5** | | **$5,983.00** |
| **After 10% Discount** | | | | | **$5,384.70** |

1