**Time Entries Containing Block Billing**

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 5/23/2024 | SMB | Review background materials and draft complaint; discuss with team, call with client; review research re: defamation; review updated materials from Fishback. | 1.1 | 1975 | $2,172.50 |
| 5/23/2024 | DS | Obtain articles re recent developments from research team and send to S. Baldini; attend pre-call with S. Baldini; attend call with S. Baldini and Greenlight team re next steps; correspond with S. Baldini re the same. | 2 | 1090 | $2,180.00 |
| 5/29/2024 | DS | Review legal research from H. Reichelscheimer; correspond with S. Baldini regarding timing of motion draft and factual developments; draft motion for preliminary injunction. | 2.1 | 1090 | $2,289.00 |
| 6/5/2024 | DS | Correspond with S. Baldini regarding preparation for meeting with Greenlight team re potential claims; attend pre-call with S. Baldini, A. Weinfeld, and B. Brown re potential claims; contact research team re social media monitoring. | 3.3 | 1090 | $3,597.00 |
| 6/11/2024 | SMB | Call with Kelton; review judge's rules; revise scheduling order and discuss with team; review Andy Weinfeld mark up of PI brief. | 1.6 | 1975 | $3,160.00 |
| 6/12/2024 | DS | Review draft complaint received from opposing counsel; correspond with S. Baldini re the same;  coordinate meeting with S. Baldini and Greenlight team; coordinate transcription of relevant factual information; draft overview of outstanding items for S. Baldini; attend meeting with Greenlight team regarding the same and potential claims; review factual background document from Greenlight team. | 2.3 | 1090 | $2,507.00 |

1

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 6/13/2024 | DS | Attend meeting with Greenlight team regarding potential claims; review comments from Greenlight team to factual background document; perform legal research regarding potential claims; draft outline of scenarios and strategy for litigation and send to S. Baldini. | 3.9 | 1090 | $4,251.00 |
| 6/17/2024 | HJR | Conference with D. Slemmer re research on causes of action to be asserted against former employee; research unfair competition and tortious interference cases and pull pleadings in same. | 2.5 | 925 | $2,312.50 |
| 6/18/2024 | DS | Send relevant documents to S. Baldini; [REDACTED] correspond with A. Weinfeld re status of draft complaint; perform legal research for complaint; draft complaint; correspond with IT and HR re social media monitoring. | 8.6 | 1090 | $9,374.00 |
| 6/21/2024 | HJR | Research and draft email to D. Slemmer re elements of unfair competition and tortious interference causes of action; [REDACTED]; correspondence with D. Slemmer re same; conference with S. Baldini, D. Slemmer, and client re complaint. | 2.1 | 925 | $1,942.50 |
| 6/21/2024 | DS | Draft complaint; correspond with S. Baldini re edits to the same; send draft complaint to A. Weinfeld; meet with Greenlight team re the same; revise draft complaint based on edits from Greenlight team. | 6.8 | 1090 | $7,412.00 |
| 6/24/2024 | HJR | Prepare Rule 7.1 statements, summons, appearance of counsel form, and civil cover sheet for filing with complaint; conference with client, S. Baldini, and D. Slemmer re draft complaint; correspondence with D. Slemmer re open items in complaint. | 1.8 | 925 | $1,665.00 |

2

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 6/24/2024 | DS | Revise draft complaint; correspond with S. Baldini and H. Reichelscheimer re the same; correspond with Greenlight re complaint; meet with Greenlight team; correspond with managing clerk's office. | 6.6 | 1090 | $7,194.00 |
| 6/25/2024 | SMB | Review and revise complaint; multiple discussions with team; call with client, correspondence with plaintiff. | 3.5 | 1975 | $6,912.50 |
| 6/25/2024 | HJR | Proofread complaint; email to D. Slemmer re same; revise forms for filing with complaint; correspondence with D. Slemmer and Managing Clerk's Office re same. | 2.6 | 925 | $2,405.00 |
| 6/25/2024 | DS | Revise draft complaint; correspond with S. Baldini and H. Reichelscheimer re the same; correspond with Greenlight re complaint; meet with Greenlight team; correspond with managing clerk's office to file complaint. | 7.6 | 1090 | $8,284.00 |
| 6/27/2024 | SMB | Multiple discussions with team re: discovery issues; summary judgment, discussions with client; review research. | 1.2 | 1975 | $2,370.00 |
| 8/9/2024 | DS | Draft mediation brief sections; correspond with S. Baldini re mediation agreement process; obtain total fees billed on notes action matter; correspond with H. Reichelscheimer re next steps for mediation brief. | 3.1 | 1090 | $3,379.00 |
| 8/12/2024 | HJR | Revise mediation statement in line with S. Baldini comments; email to client re same; correspondence with S. Baldini and client re discovery responses. | 1.4 | 925 | $1,295.00 |
| 8/19/2024 | HJR | Revise mediation statement in line with client comments; pull exhibits; coordinate paralegal support; correspondence with D. Slemmer re same. | 3.3 | 925 | $3,052.50 |

3

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 8/19/2024 | DS | Correspond with S. Baldini and A. Weinfeld re mediation; correspond with H. Reichelscheimer re exhibits for mediation statement; review edits from A. Weinfeld and H. Reichelscheimer to mediation brief; revise the same; [REDACTED] | 1.7 | 1090 | $1,853.00 |
| 8/20/2024 | DS | Correspond with S. Baldini, A. Weinfeld, and JAMS re mediation; send A. Weinfeld mediation statement; coordinate with M. Holness re finalization mediation statement and exhibits; meet with mediator; correspond with A. Weinfeld re meeting; proof mediation brief; make final edits to mediation brief. | 4 | 1090 | $4,360.00 |
| 8/21/2024 | DS | Communicate with JAMS re logistics; coordinate with S. Baldini re the same; pay invoice from JAMS; attend call with mediator; revise mediation brief to incorporate comments from Greenlight; send to A. Weinfeld; coordinate with M. Holness re additional exhibits; finalize, proof, and send brief to mediator. | 4.8 | 1090 | $5,232.00 |
| 8/22/2024 | HJR | Mediation preparation; correspondence with D. Slemmer and M. Holness re same; research deadlines for filing opposition to motion to dismiss and motion to dismiss counterclaim; email to D. Slemmer re same. | 1.6 | 925 | $1,480.00 |
| 8/22/2024 | DS | Compile exhibit binders for mediation; correspond with S. Baldini and Reichelscheimer re the same; coordinate signatures for mediation agreements; email JAMS re logistics; correspond with H. Reichelscheimer re research for case deadlines. | 1 | 1090 | $1,090.00 |
| 8/23/2024 | HJR | Call with client, S. Baldini, and D. Slemmer re mediation; update draft talking points in line with client call; email to D. Slemmer re same. | 1.3 | 925 | $1,202.50 |

4

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|------|------|---------------|-------|------|------|
| 8/26/2024 | SMB | Meeting with client; review materials for mediation prep; review motion to dismiss, discuss with team. | 1.8 | 1975 | $3,555.00 |
| 8/26/2024 | HJR | Review defendant's motion to dismiss and related papers; research procedural question re potential counterclaims; correspondence with client, S. Baldini, and D. Slemmer re motion to dismiss; correspondence with D. Slemmer re opposition to motion to dismiss. | 2.8 | 925 | $2,590.00 |
| 8/26/2024 | DS | Compile materials for mediation preparation meeting; attend mediation preparation meeting; revise talking points; prepare exhibits for mediation. | 6.3 | 1090 | $6,867.00 |
| 8/27/2024 | SMB | Mediation with clients; discussion with team re: discovery issues; review discovery materials; correspondence with client and mediator. | 7.2 | 1975 | $14,220.00 |
| 8/28/2024 | HJR | Review correspondence from D. Slemmer and J. Langmack re opposition to defendant's motion to dismiss; review correspondence from client re mediation; corr with D. Slemmer re same; review judge's recent cases [REDACTED] re amended complaint/motion to dismiss [REDACTED] email to S. Baldini and D. Slemmer re same; review summary of next steps prepared by D. Slemmer. | 1.8 | 925 | $1,665.00 |
| 8/28/2024 | DS | Correspond with S. Baldini and A Weinfeld re court's scheduling order; locate paralegal for case; coordinate with paralegal re J. Langmack steps for case. | 1.2 | 1090 | $1,308.00 |
| 8/29/2024 | SMB | Multiple discussions with team, revise memo to client; review court order; review motion to dismiss. | 1.1 | 1975 | $2,172.50 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 8/29/2024 | HJR | Review cases cited in defendant's motion to dismiss and draft opposition; draft letter to court requesting extension for amended complaint/opposition to defendant's motion to dismiss; correspondence with S. Baldini and D. Slemmer re same. | 2.4 | 925 | $2,220.00 |
| 9/15/2024 | SMB | Review updated amended complaint and discuss with team; discuss new potential complaint by Fishback with team. | 0.8 | 1975 | $1,580.00 |
| 9/24/2024 | SMB | [REDACTED], review new fishback materials; review arbitration agreement. | 0.6 | 1975 | $1,185.00 |
| 10/15/2024 | DS | Coordinate with billing team to obtain summary of bills; correspond with S. Baldini and A. Weinfeld re court scheduling order; correspond with H. Reichelscheimer re motion to strike. | 3.7 | 1090 | $4,033.00 |
| 10/16/2024 | HJR | Draft opposition to Defendant's motion to strike; research and summarize caselaw on preliminary injunction issue; correspondence with D. Slemmer re same. | 2.5 | 925 | $2,312.50 |
| 10/29/2024 | HJR | Revise opposition to Defendant's motion to strike in line with client comments; proofread and further revise; correspondence with client, S. Baldini, and D. Slemmer re same. | 1.3 | 925 | $1,202.50 |
| 1/14/2025 | DS | Research [REDACTED] issues; summarize research and send to S. Baldini; attend case status meeting with A. Weinfeld, S. Baldini, and H. Reichelscheimer. | 1.3 | 1310 | $1,703.00 |
| 1/16/2025 | DS | Research issues; review and revise first draft of pre-conference letter from H. Reichelscheimer. | 1.7 | 1310 | $2,227.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 2/6/2025 | DS | Draft interrogatories and document requests; locate precedent for interrogatories and document requests and correspond with H. Reichelscheimer re the same; correspond with IT re access issues to hearing transcript. | 5.5 | 1310 | $7,205.00 |
| 2/7/2025 | DS | Draft interrogatories, initial disclosures, and document requests; send draft interrogatories and initial disclosures to S. Baldini; correspond with A. Weinfeld re initial disclosures | 2.9 | 1310 | $3,799.00 |
| 2/10/2025 | DS | Correspond with A. Weinfeld re initial disclosures and revise the same; review and revise interrogatories based on comments from S. Baldini; draft requests for the production of documents and send to S. Baldini. | 3.3 | 1310 | $4,323.00 |
| 2/19/2025 | DS | Attend meeting with A. Weinfeld, S. Baldini, and H. Reichelscheimer re discovery process; correspond with S. Baldini, and H. Reichelscheimer re next steps; categorize incoming discovery requests. | 1.2 | 1310 | $1,572.00 |
| 2/24/2025 | HJR | Review correspondence from client and D. Slemmer re document requests and confidentiality order; draft responses and objections to Defendant's discovery requests; correspondence with D. Slemmer re same. | 3.5 | 1095 | $3,832.50 |
| 2/25/2025 | HJR | Draft responses and objections to Defendant's discovery requests; correspondence with D. Slemmer re same; review correspondence from client re communications through counsel. | 2.8 | 1095 | $3,066.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 2/25/2025 | DS | Calendar deadlines for filings; correspond with S. Baldini and A. Weinfeld re communications from adverse party; coordinate meeting with A. Weinfeld and S. Baldini; draft document collection searches. | 0.7 | 1310 | $917.00 |
| 3/10/2025 | DS | Draft document collection plan; correspond with H. Reichelscheimer re edits to discovery responses; review and revise the same and send to S. Baldini; email opposing counsel re deadlines for the same and settlement offer; correspond with S. Baldini re the same. | 2.3 | 1310 | $3,013.00 |
| 3/19/2025 | SMB | Review discovery responses and protocol; review research re: [REDACTED] | 1.2 | 2175 | $2,610.00 |
| 3/19/2025 | DS | Review discovery responses from defendant and outline issues for meet and confer; correspond with S. Baldini and opposing counsel re meet and confer; coordinate meeting with Greenlight team; correspond with S. Baldini and H. Reichelscheimer re confidentiality orders; review precedent confidentiality orders. | 2.4 | 1310 | $3,144.00 |
| 3/20/2025 | SMB | Discussion with team re: discovery issues; review discovery responses; review discovery protocol and searches; call with client. | 1.2 | 2175 | $2,610.00 |
| 3/20/2025 | DS | Review discovery responses from defendant and outline issues for meet and confer; email S. Baldini outline of issues and outstanding items; meet with Greenlight team re discovery requests; coordinate with trial services team to pull and organize social media posts. | 2.8 | 1310 | $3,668.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 3/25/2025 | HJR | Attend meet and confer with opposing counsel re discovery; clean up and send notes to D. Slemmer re same; conference with G. O'Donnell [REDACTED] response to document requests [REDACTED] correspondence with D. Slemmer re same. | 1.2 | 1095 | $1,314.00 |
| 3/25/2025 | DS | Draft outline of talking points for meet and confer; correspond with S. Baldini and opposing counsel re the same; attend meet and confer with opposing counsel; draft email to A. Weinfeld re meeting. | 2.7 | 1310 | $3,537.00 |
| 3/28/2025 | DS | Outline document review protocol and email with H. Reichelscheimer re the same; correspond with e-discovery team re document collection process; draft search terms to send to opposing counsel; correspond with S. Baldini and A. Weinfeld re the same. | 2.8 | 1310 | $3,668.00 |
| 4/2/2025 | HJR | Conference with D. Slemmer re next steps; review correspondence from client, S. Baldini and D. Slemmer re search terms and revised discovery request; review defendant's offer of judgment and internal correspondence re same; correspondence with D. Slemmer re research related to same. | 0.6 | 1095 | $657.00 |
| 4/7/2025 | HJR | Draft document review protocol; correspondence with client re meeting to discuss offer of judgment; research re same; internal correspondence re same. | 2.1 | 1095 | $2,299.50 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 4/15/2025 | DS | Draft and organize search requests and document collection plan; correspond with S. Baldini and S. Rosen re the same; [REDACTED]; correspond with S. Baldini and A. Weinfeld re the same; correspond with trial services re social media document collection; draft email to send to opposing counsel before filing motion to strike; correspond with S. Baldini re the same. | 8.4 | 1310 | $11,004.00 |
| 4/16/2025 | SMB | Review and revise motion to strike; review and revise correspondence with Kelton; multiple discussions with team re: offer of judgment response; review discovery materials. | 1.8 | 2175 | $3,915.00 |
| 4/16/2025 | DS | Revise and finalize email to opposing counsel re motion to strike; convert letter motion to strike to standard motion; proof, finalize, and file motion to strike; review test search results and correspond with S. Rosen re the same, organize revised search requests and draft document collection plan; correspond with opposing counsel and S. Baldini re motion to strike. | 6.4 | 1310 | $8,384.00 |
| 4/17/2025 | HJR | Conference with D. Slemmer re discovery next steps; correspondence with M. Joseph re document review vendor; review correspondence from D. Slemmer, J. Ma and client re document collection. | 0.9 | 1095 | $985.50 |
| 4/17/2025 | DS | Draft and organize search requests and document collection plan; correspond with S. Baldini and S. Rosen re the same; correspond with H. Reichelscheimer re hiring of document review team. | 5.7 | 1310 | $7,467.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|------|------|---------------|-------|------|------|
| 4/21/2025 | DS | Review document review team estimate and correspond with H. Reichelscheimer re hiring of review team; revise document review protocol and correspond with H. Reichelscheimer re the same; draft and organize search requests and document collection plan; correspond with S. Rosen and J. Ma re the same; correspond with S. Baldini and opposing counsel re opposing counsel request to reschedule deadlines. | 3.3 | 1310 | $4,323.00 |
| 4/22/2025 | DS | Correspond with H. Reichelscheimer and S. Baldini re hiring of document review team; correspond with J. Ma for setting up searches in document database; draft additional searches and correspond with S. Rosen re searches and collection; revise document review protocol and correspond with H. Reichelscheimer re the same; correspond with H. Reichelscheimer re discovery letter to opposing counsel. | 6.2 | 1310 | $8,122.00 |
| 4/23/2025 | HJR | Draft letter to opposing counsel re search terms; correspondence with D. Slemmer re same; internal correspondence re document review vendor; correspondence with D. Slemmer re deposition scheduling. | 1.8 | 1095 | $1,971.00 |
| 4/23/2025 | DS | Correspond with A. Weinfeld and S. Baldini re motion to strike opposition and case deadlines; correspond with J. Ma for setting  up searches in document database correspond with J. Ma for setting up searches in document database; correspond with S. Rosen re additional searches; revise document review protocol and correspond with H. Reichelscheimer re the same; coordinate scheduling of depositions with H. Reichelscheimer; correspond with H. Reichelscheimer re discovery letter to opposing counsel; draft letter to opposing counsel re discovery. | 6.1 | 1310 | $7,991.00 |

11

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 4/24/2025 | DS | Draft letter to opposing counsel re discovery and send to S. Baldini; correspond with H. Reichelscheimer, S. Baldini and A. Weinfeld re deposition scheduling; review and revise document review protocol; correspond with H. Reichelscheimer re the same; coordinate initial document review meeting; correspond with J. Ma re document review interface and logistics; correspond with H. Reichelscheimer re drafting of discovery requests. | 4.6 | 1310 | $6,026.00 |
| 4/25/2025 | HJR | Revise summary of sample documents for document review teams; coordinate with M. Holness re updated e-binder of same; review and revise document review protocol; send same to Consilio review team. | 1.7 | 1095 | $1,861.50 |
| 4/25/2025 | DS | Draft and send email to A. Weinfeld re case deadlines; update deadlines with managing clerk's office; correspond with J. Ma re collection and organization of documents; revise and finalize document review protocol and send to H. Reichelscheimer; draft searches for document review and coordinate review logistics with J. Ma. | 6.4 | 1310 | $8,384.00 |
| 4/28/2025 | SMB | Review settlement offer, discuss with D. Slemmer; review discovery demands; review research re: [REDACTED] | 1.2 | 2175 | $2,610.00 |
| 4/28/2025 | HJR | Conference with D. Slemmer and Consilio re document review; review questions from Consilio re same; review document review team time entries. | 1.2 | 1095 | $1,314.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 4/28/2025 | DS | Prepare for and conduct introductory meeting with contract attorney team; correspond with contract attorney team manager re questions from review team; correspond with S. Baldini and A. Weinfeld re settlement offer from opposing counsel; perform searches in collected documents and create targeted batches for contract review team; correspond with J. Ma for process re the same. | 4.7 | 1310 | $6,157.00 |
| 4/29/2025 | SMB | Call with client; review and revise settlement outline; discussion with D. Slemmer re: discovery issues. | 1.1 | 2175 | $2,392.50 |
| 4/29/2025 | DS | Correspond with contract attorney team manager re questions from review team; meet with Greenlight team re settlement offer from opposing counsel; draft talking points for response to offer; perform searches in collected documents and create targeted batches for contract review team; correspond with J. Ma for process re the same; perform quality control review of documents reviewed by review team and provide feedback to team. | 5.1 | 1310 | $6,681.00 |
| 5/2/2025 | DS | Review documents completed by first level review team; correspond with review team re questions about review; create additional batches for review team; correspond with S. Baldini and A. Weinfeld re settlement offer and next steps in confidentiality case. | 1.5 | 1310 | $1,965.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 5/5/2025 | DS | Correspond with S. Baldini and opposing counsel re scheduling; review and organize documents for production; correspond with J. Ma and H. Reichelscheimer re process for document review; correspond with document review team re review progress; review settlement talking points and correspond with S. Baldini re the same; correspond with S. Baldini and opposing counsel re settlement meeting. | 5.9 | 1310 | $7,729.00 |
| 5/6/2025 | DS | Correspond with document review team re review progress; review and organize documents for production; correspond with A. Weinfeld, S. Baldini, and opposing counsel re scheduling; correspond with M. Hershey re document review process. | 2.4 | 1310 | $3,144.00 |
| 5/7/2025 | SMB | Call with J Kelton; review materials re: settlement proposal; review discovery materials; revise memo to client; multiple discussions with D. Slemmer. | 1.8 | 2175 | $3,915.00 |
| 5/7/2025 | HJR | Document review; correspondence with D. Slemmer re same; call with S. Baldini, D. Slemmer, and opposing counsel re potential settlement framework and discovery with S. Baldini, D. Slemmer, and opposing counsel re potential settlement framework and discovery. | 5.2 | 1095 | $5,694.00 |
| 5/9/2025 | HJR | Correspondence with D. Slemmer re [REDACTED] research in connection with same; correspondence with M. Joseph and R. Thompson re document review team vendor; review correspondence from D. Slemmer and J. Ma re document production; review internal correspondence re proposed amended case management order. | 1.2 | 1095 | $1,314.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 5/16/2025 | DS | Review documents produced from Defendant; correspond with S. Baldini and A. Weinfeld re upcoming tasks; draft confidentiality order and correspond with S. Baldini re the same. | 1.7 | 1310 | $2,227.00 |
| 5/20/2025 | DS | Attend meeting with A. Weinfeld, S. Baldini, and H. Reichelscheimer; draft and send email replying to opposing counsel; coordinate with managing attorney's office to update deadlines; coordinate with J. Ma to compile set of production documents; send documents to A. Weinfeld; [REDACTED] | 4.6 | 1310 | $6,026.00 |
| 5/22/2025 | DS | [REDACTED] prepare chronology of all settlement related discussions and send to S. Baldini; perform research re interests of third party; organize and review comments from A. Weinfeld to documents for outgoing production. | 3.4 | 1310 | $4,454.00 |
| 5/25/2025 | DS | Review and organize documents for production and privilege review; draft outline for deposition of J. Fishback; locate and analyze documents in support of the same. | 6.5 | 1310 | $8,515.00 |
| 5/26/2025 | DS | Review and organize documents for production and privilege review; correspond with S. Baldini re the same; draft outline for deposition of J. Fishback; locate and analyze documents in support of the same. | 5 | 1310 | $6,550.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 5/27/2025 | DS | Revise proposed confidentiality order to incorporate comments from opposing counsel; correspond with S. Baldini and opposing counsel re the same; review and organize documents for production and privilege review; correspond with H. Reichelscheimer re the same; draft outline for deposition of J. Fishback; locate and analyze documents in support of the same; arrange for court reporter; correspond with M. Hershey re third party subpoena research. | 3.5 | 1310 | $4,585.00 |
| 5/28/2025 | HJR | Privilege review; conference with D. Slemmer and M. Hershey re incoming document review. | 3.4 | 1095 | $3,723.00 |
| 5/28/2025 | DS | Review document production from defendant; coordinate hiring of review team to review documents; correspond with S. Baldini re deposition of defendant and document review; correspond and meet with H. Reichelscheimer and M. Hershey re plan for incoming document review and issues; correspond with J. Ma re workflow in database; review research from M. Hershey re third party subpoenas; correspond with M. Hershey re the same. | 7.9 | 1310 | $10,349.00 |
| 5/29/2025 | SMB | Multiple discussions with team; review discovery issues; revise correspondence to Kelton; review materials re: third party witnesses. | 1.4 | 2175 | $3,045.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 5/29/2025 | DS | Correspond with S. Baldini and A. Weinfeld re deposition planning; correspond with M. Joseph and contract review team re incoming document review; review incoming document production; correspond with H. Reichelscheimer and M. Hershey re the same; compile list of hot documents; review and revise letter; correspond with J. Ma re workflow and process for contract review team. | 11.3 | 1310 | $14,803.00 |
| 5/30/2025 | DS | Correspond with J. Ma re workflow and process for contract review team; attend introductory meeting with contract review team to provide instruction; review incoming documents flagged by review team; answer questions about review from review team; draft deposition outline for defendant and perform manual searches for documents; meet with A. Weinfeld, S. Baldini, and H. Reichelscheimer re deposition planning; summarize key documents and send to A. Weinfeld; correspond with M. Hershey re review of outgoing production documents. | 8 | 1310 | $10,480.00 |
| 5/31/2025 | SMB | Review deposition transcripts; pleadings re: deposition prep; discussion with team re: documents produced by Fishback. | 1.6 | 2175 | $3,480.00 |
| 6/1/2025 | DS | Review incoming documents in defendants' production; correspond with document review team; draft deposition outline for defendant's deposition. | 7.7 | 1310 | $10,087.00 |
| 6/2/2025 | SMB | Multiple discussions with team and client; review Fishback materials; draft deposition outline. | 3.6 | 2175 | $7,830.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|------|------|---------------|-------|------|------|
| 6/2/2025 | JWM | Prepare case documents in the Relativity document database for document production, requested by D. Slemmer; Prepare case documents in the Relativity document database for attorneys' review, requested by D. Slemmer; Assist attorneys in reviewing case documents in Relativity document database, requested by D. Slemmer | 5.9 | 550 | $3,245.00 |
| 6/2/2025 | MJH | Draft concise summaries of documents for D. Slemmer; Draft language for Fishback deposition related to his performance. | 3.4 | 995 | $3,383.00 |
| 6/2/2025 | DS | Coordinate additional document productions; correspond with C. Patton re preparation for deposition; review incoming documents in defendants' production; draft deposition outline for defendant's deposition; correspond with S. Baldini re the same; meet with A. Weinfeld, B. Brown, and S. Baldini re deposition preparation; review deposition outline sections from M. Hershey and correspond with M. Hershey re the same; correspond with opposing counsel re confidentiality order and deposition; draft summary of key documents and send to A. Weinfeld. | 9.5 | 1310 | $12,445.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 6/3/2025 | DS | Coordinate filing of protective order; correspond with A. Weinfeld re deposition; prepare materials for defendant's deposition; correspond with S. Baldini re the same; review incoming documents in defendants' production; prepare documents for outgoing productions; attend meeting with counsel for third-party; correspond with M. Hershey re subpoena process; correspond with S. Baldini and A. Weinfeld re settlement communication from opposing counsel; revise deposition outline. | 11.5 | 1310 | $15,065.00 |
| 6/4/2025 | SMB | Meeting with D. Slemmer; review documents and prepare for Fishback deposition. | 6.6 | 2175 | $14,355.00 |
| 6/4/2025 | MJH | Draft document production subpoena for D. Slemmer; research subpoena procedures and correspond with D. Slemmer on subpoena requirements and strategies. | 4 | 995 | $3,980.00 |
| 6/4/2025 | DS | Meet with S. Baldini re deposition planning; revise deposition outline and prepare materials for defendant's deposition; correspond with S. Baldini re the same; review incoming documents in defendants' production; prepare documents for outgoing productions; correspond with M. Hershey re deposition preparations for Greenlight witness; correspond with A. Weinfeld re document productions; coordinate confirmation of deposition logistics. | 12.1 | 1310 | $15,851.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 6/5/2025 | DS | Prepare materials for defendant's deposition; attend defendant's deposition; prepare documents for outgoing productions; correspond with M. Hershey re preparation of materials for Greenlight witness; prepare materials for Greenlight witness deposition preparation; prepare documents for outgoing productions; correspond with S. Baldini re the same. | 11.4 | 1310 | $14,934.00 |
| 6/6/2025 | SMB | Review transcript; discussion with D. Slemmer re: production materials; communication with clients; review materials from client re: Fishback deposition issues. | 1.6 | 2175 | $3,480.00 |
| 6/6/2025 | DS | Create outline and set of documents for deposition preparation for Greenlight witness; prepare documents for outgoing productions; correspond with M. Hershey re the same; make document production; correspond with S. Baldini and A. Weinfeld re follow-up tasks from deposition; correspond with S. Baldini and A. Weinfeld re settlement communication from opposing counsel. | 9.5 | 1310 | $12,445.00 |
| 6/9/2025 | SMB | Meeting with clients to prepare for deposition; discussion with D. Slemmer re: production issues; revise deposition outline. | 3.2 | 2175 | $6,960.00 |
| 6/9/2025 | DS | Prepare materials for and attend deposition preparation session for D. Einhorn; correspond with M. Hershey re document production review and redactions; correspond with opposing counsel re D. Einhorn deposition; review documents for production and correspond with S. Baldini and A. Weinfeld re the same. | 6.7 | 1310 | $8,777.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|------|------|---------------|-------|------|------|
| 6/10/2025 | DS | Perform privilege review for outgoing document productions; prepare materials for deposition preparation session for D. Einhorn; correspond with opposing counsel, S. Baldini and A. Weinfeld re D. Einhorn deposition; correspond with S. Baldini re discovery; perform legal research re summary judgment; draft subpoena to third party and send to S. Baldini. | 7.9 | 1310 | $10,349.00 |
| 6/11/2025 | DS | Meet with A. Weinfeld and S. Baldini re discovery; draft analyses of outstanding issues and next steps and send to S. Baldini; perform privilege review for outgoing document productions; correspond with opposing counsel re meeting re discovery; correspond with A. Weinfeld re the same. | 2.3 | 1310 | $3,013.00 |
| 6/12/2025 | SMB | Review and revise subpoenas; review research re: injunctive relief, discuss with D. Slemmer. | 1.4 | 2175 | $3,045.00 |
| 6/12/2025 | DS | Perform privilege review for outgoing document productions; organize and review production of outgoing documents; draft and send meeting talking points to S. Baldini; attend meeting with Greenlight team re next steps; review confidentiality designation procedures and email S. Baldini re the same; correspond with S. Baldini re outstanding tasks; attend evening meeting [REDACTED]; perform legal research re issues discussed at meeting. | 6.9 | 1310 | $9,039.00 |
| 6/13/2025 | SMB | Multiple discussions with D. Slemmer; call with Kelton; review materials re: discovery deadline. | 0.9 | 2175 | $1,957.50 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 6/13/2025 | DS | Draft talking points for call with opposing counsel; correspond with S. Baldini re the same; perform privilege review for outgoing document productions; coordinate production of documents; perform legal research re disclosure issues; correspond with S. Baldini re subpoena process; attend meeting with opposing counsel. | 6.2 | 1310 | $8,122.00 |
| 6/16/2025 | DS | Revise letter re discovery issues and send to opposing counsel; correspond with S. Baldini re the same; correspond with M. Hershey re letter to court re revised schedule; review and finalize letter; correspond with Sequor re judgment enforcement; correspond with M. Hershey re draft subpoenas; review and revise draft subpoenas from M. Hershey; coordinate with research to obtain media coverage of dispute for production. | 2.2 | 1310 | $2,882.00 |
| 6/17/2025 | MJH | Proofread drafted subpoenas and incorporate edits for D. Slemmer; Coordinate with managing clerk's office to finalize subpoenas and prepare for service; Coordinate with Research to get addresses for subpoena deponents. | 2.3 | 995 | $2,288.50 |
| 6/17/2025 | DS | Meet with counsel for third parties; discuss the same with S. Baldini; perform research re third party; review and revise draft subpoenas from M. Hershey; correspond with M. Hershey re draft subpoenas; draft and send emails to A. Weinfeld re outstanding questions. | 6.3 | 1310 | $8,253.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 6/18/2025 | DS | Review and organize documents for outgoing productions; review privilege determinations; correspond with E. Davis re judgment enforcement; coordinate upload of additional documents for production; correspond with opposing counsel re extension letter; finalize and coordinate filing of extension letter; correspond with S. Baldini re subpoena questions; correspond with M. Hershey and S. Baldini re service of subpoenas. | 2.6 | 1310 | $3,406.00 |
| 6/20/2025 | DS | Correspond with S. Baldini, M. Hershey, and managing attorneys' office team re process for service of subpoenas; meet with counsel for third parties; correspond with S. Baldini re the same; send updates to A. Weinfeld. | 1.4 | 1310 | $1,834.00 |
| 6/23/2025 | DS | Correspond with S. Baldini re document review team question; revise third-party subpoenas; correspond with A. Weinfeld and S. Baldini re the same; correspond with counsel for third-party subpoena recipient; correspond with M. Hershey re privilege log; locate privilege log precedent; review and organize documents for outgoing production. | 2.8 | 1310 | $3,668.00 |
| 6/24/2025 | DS | Correspond with M. Hershey re privilege log and third party subpoenas; coordinate service of subpoenas; provide notice to opposing counsel of subpoenas; correspond with A. Weinfeld re next steps in case; review and organize privileged documents; correspond with counsel for third party subpoena recipient. | 3.1 | 1310 | $4,061.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 6/25/2025 | DS | Correspond with S. Baldini re third-party developments and subpoenas; meet with counsel for third-party subpoena recipient; draft additional third-party subpoena; correspond with M. Hershey re privilege log; review and organize privileged documents; send documents to A. Weinfeld for review, and revise documents set per A. Weinfeld's comments; correspond with A. Weinfeld and S. Baldini re employment agreement question. | 5.9 | 1310 | $7,729.00 |
| 6/26/2025 | DS | Revise third party subpoena; correspond with A. Weinfeld and S. Baldini re the same; correspond with research and review information re third party service of subpoenas; correspond with S. Baldini re subpoena to Levitt; correspond with M. Hershey re privilege log; review and organize privileged documents. | 3.9 | 1310 | $5,109.00 |
| 6/27/2025 | DS | Review privilege log and underlying documents; correspond with M. Hershey and S. Baldini re the same; revise privilege log; coordinate with J. Ma re document production. | 1.4 | 1310 | $1,834.00 |
| 6/30/2025 | MJH | Update all subpoenas related to the Fishback action; Draft notices of intent for all impending subpoena for D. Slemmer; Review and determine appropriate registered agents to serve. | 3 | 995 | $2,985.00 |
| 6/30/2025 | DS | Correspond with third-party subpoena recipients; correspond with S. Baldini and M. Hershey re subpoenas to BlockWorks and Legacy Wealth; review subpoenas; correspond with J. Ma re process for incoming documents from third parties; correspond with opposing counsel re document production issues letter; finalize and serve privilege log; correspond with A. Weinfeld and S. Baldini re meeting. | 3.3 | 1310 | $4,323.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 7/1/2025 | MJH | Finalize subpoenas and NOIs for D. Slemmer; proofread letter to Kelton re judgment for D. Slemmer; Redact documents for D. Slemmer. | 1.2 | 995 | $1,194.00 |
| 7/2/2025 | DS | Correspond with counsel for third-party witness; correspond with S. Baldini re the same; attend meeting with counsel for third-party witness; correspond with billing team re time records for production; review and organize outgoing production of documents. | 1.7 | 1310 | $2,227.00 |
| 7/3/2025 | DS | Correspond with S. Baldini re third-party depositions; correspond with counsel for third-party witness; correspond with opposing counsel re the same; review and organize outgoing production of documents; correspond with billing team re time records for production; correspond with M. Hershey re deposition. | 2.2 | 1310 | $2,882.00 |
| 7/8/2025 | DS | Correspond with S. Baldini, A. Weinfeld, and opposing counsel re upcoming Rehm deposition; correspond with M. Hershey re deposition issues; review summary from M. Hershey re the same; correspond with counsel for third party witness; prepare deposition outline for Rehm deposition; coordinate processing of third party documents; meet with S. Baldini re deposition and other outstanding issues. | 5.5 | 1310 | $7,205.00 |
| 7/9/2025 | SMB | Call with Steptoe; review production documents from subpoenas; multiple discussions with S. Slemmer; revise deposition outline; prepare for legacy deposition; review notice of withdrawal. | 4.2 | 2175 | $9,135.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 7/9/2025 | DS | Call with counsel for third-party; correspond with S. Baldini re Rehm deposition; correspond with S. Baldini and A. Weinfeld re correspondence from opposing counsel re withdrawal; prepare deposition outline for Rehm deposition; review third party document productions; coordinate with S. Daly and deposition service re deposition logistics. | 6.7 | 1310 | $8,777.00 |
| 7/10/2025 | SMB | Prepare for deposition and review documents; take legacy deposition; discussion with client; [REDACTED]; review transcript. | 3.5 | 2175 | $7,612.50 |
| 7/10/2025 | DS | Review documents produced by Legacy; prepare for and attend deposition of J. Rehm; coordinate upload of third party document production; call with counsel for third party witness. | 5.8 | 1310 | $7,598.00 |
| 7/13/2025 | DS | Review invoices for production and tabulation of the same from M. Hershey; correspond with M. Hershey re the same; review third-party productions; draft summary of outstanding discovery issues and send to S. Baldini. | 3.7 | 1310 | $4,847.00 |
| 7/14/2025 | SMB | Discussions with clients; multiple discussions with team re: discovery issues; review legacy documents; discussion with Steptoe. | 1.6 | 2175 | $3,480.00 |
| 7/14/2025 | DS | Correspond with J. Ma to transmit third party productions to client; correspond with A. Weinfeld and S. Baldini re third party deposition; correspond with S. Baldini re discovery issues; draft letter to opposing counsel re outstanding discovery issues; correspond with J. Ma re contents of productions. | 4.1 | 1310 | $5,371.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 7/15/2025 | SMB | Review and revise discovery demand correspondence; review materials produced by legacy; discuss with team; review Rehm deposition. | 1.9 | 2175 | $4,132.50 |
| 7/15/2025 | DS | Draft letter to opposing counsel re outstanding discovery issues; send letter to S. Baldini; revise letter based on comments from S. Baldini; send letter to A. Weinfeld; finalize and send letter to opposing counsel; coordinate third party deposition details; correspond with counsel for third-party witness; coordinate upload of third party production; review third party production; review invoice redactions from M. Hershey; correspond with S. Baldini re the same; correspond with A. Weinfeld re documents requested. | 5.6 | 1310 | $7,336.00 |
| 7/16/2025 | SMB | Review background documents; draft deposition outline; meetings with D. Slemmer; call with counsel to legacy; prepare for deposition; review legal fees for production and discuss with team. | 4.8 | 2175 | $10,440.00 |
| 7/16/2025 | MJH | Compile exhibits for Hathaway deposition for D. Slemmer; Review correspondence regarding invoices; Coordinate with J. Ma to upload invoices to relativity for redaction; Attend call regarding Hathaway deposition. | 1.1 | 995 | $1,094.50 |
| 7/16/2025 | DS | Attend call with counsel for third-party witness; review-third party production and draft deposition outline and materials for deposition of J. Hathaway; correspond with M. Hershey re the same; coordinate with deposition vendor, third-party witness counsel, and opposing counsel re deposition; review and revise invoice redactions; send the same to S. Baldini and A. Weinfeld; correspond with S. Baldini and A. Weinfeld re scheduled conference. | 6.8 | 1310 | $8,908.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|------|------|---------------|-------|------|------|
| 7/17/2025 | SMB | Prepare for and take legacy deposition; review discovery letter, discuss with team; call with clients; review Englemeyer orders. | 3.5 | 2175 | $7,612.50 |
| 7/17/2025 | MJH | Redact invoices for D. Slemmer; Review news articles for production for D. Slemmer; Meet with D. Slemmer to discuss status of case and Hathaway deposition. | 2.5 | 995 | $2,487.50 |
| 7/17/2025 | DS | Prepare for and attend deposition of J. Hathaway; attend call with S. Baldini and A. Weinfeld; correspond with M. Hershey to prepare final outgoing production; correspond with S. Baldini and A. Weinfeld re upcoming status conference; correspond with M. Hershey re outstanding tasks. | 6.3 | 1310 | $8,253.00 |
| 9/2/2025 | DS | Prepare for and attend meet and confer with opposing counsel re redacted documents; review and revise letter motion to compel; perform legal research re the same; discuss the same with S. Baldini; prepare background materials and talking points for Thursday's conference. | 5.8 | 1310 | $7,598.00 |
| 9/3/2025 | DS | Review and revise letter motion to compel and file the same; correspond with S. Baldini and A. Weinfeld re the same; prepare background materials and talking points for Thursday's conference; meet with S. Baldini re the same; perform legal research re motion to compel issues. | 11 | 1310 | $14,410.00 |
| 9/4/2025 | DS | Prepare for, travel to and attend court conference; draft summary of conference and send to S. Baldini and Greenlight; prepare to draft reply for motion compel and correspond with M. Hershey and H. Reichelscheimer re the same; review opposing counsel edits to draft consent injunction and correspond with S. Baldini re the same. | 6.2 | 1310 | $8,122.00 |

28

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 9/15/2025 | DS | Attend meeting with A. Weinfeld, B. Brown, and S. Baldini; correspond with S. Baldini re open workstreams; perform legal research re summary judgment; correspond with H. Reichelscheimer re the same; revise consent injunction; request bills for matter; review decision by Court on motion to compel. | 4.4 | 1310 | $5,764.00 |
| 9/22/2025 | DS | Correspond with M. Hershey and H. Reichelscheimer re summary judgment precedent and drafting summary judgment papers; develop work plan for summary judgment and correspond with S. Baldini re the same; correspond with A. Weinfeld and opposing counsel re settlement offer; correspond with A. Weinfeld and S. Baldini re other factual developments. | 3.9 | 1310 | $5,109.00 |
| 9/23/2025 | DS | Review materials re recent factual developments; perform legal research and correspond with S. Baldini and H. Reichelscheimer re the same; meet with A. Weinfeld, B. Brown, and S. Baldini re the same (two meetings); draft analysis for addressing factual developments; correspond with M. Hershey re order of proof for summary judgment; correspond with A. Weinfeld and S. Baldini re consent injunction; review and finalize consent injunction; send finalized consent injunction to opposing counsel; draft cover letter to Court. | 8 | 1310 | $10,480.00 |
| 9/24/2025 | DS | Correspond with opposing counsel re consent injunction and cover letter; finalize and file the same; correspond with H. Reichelscheimer re drafting of fee motion; correspond with S. Baldini and A. Weinfeld re entered order. | 1.1 | 1310 | $1,441.00 |