**Time Entries With Redactions**

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|------|------|---------------|-------|------|------|
| 5/1/2024 | SMB | [REDACTED] | 0.2 | 1975 | $395.00 |
| 5/1/2024 | HJR | [REDACTED] | 0.5 | 925 | $462.50 |
| 5/8/2024 | HJR | [REDACTED] | 1.3 | 925 | $1,202.50 |
| 5/8/2024 | DS | [REDACTED] | 0.2 | 1090 | $218.00 |
| 5/9/2024 | HJR | [REDACTED] | 0.8 | 925 | $740.00 |
| 5/13/2024 | SMB | [REDACTED] | 0.4 | 1975 | $790.00 |
| 5/13/2024 | HJR | [REDACTED] | 0.1 | 925 | $ 92.50 |
| 5/13/2024 | DS | [REDACTED] | 0.8 | 1090 | $872.00 |
| 5/14/2024 | HJR | [REDACTED] | 2.1 | 925 | $1,942.50 |
| 5/14/2024 | DS | [REDACTED] | 1.3 | 1090 | $1,417.00 |
| 5/15/2024 | HJR | [REDACTED] | 1.4 | 925 | $1,295.00 |
| 5/15/2024 | DS | [REDACTED] | 1 | 1090 | $1,090.00 |
| 5/16/2024 | HJR | [REDACTED] | 2.4 | 925 | $2,220.00 |
| 5/16/2024 | DS | [REDACTED] | 2.1 | 1090 | $2,289.00 |
| 5/17/2024 | HJR | [REDACTED] | 0.2 | 925 | $185.00 |
| 5/17/2024 | DS | [REDACTED] | 0.9 | 1090 | $981.00 |
| 5/21/2024 | HJR | [REDACTED] | 0.8 | 925 | $740.00 |
| 6/5/2024 | HJR | [REDACTED] pre-call with client, S. Baldini, and D. Slemmer re litigation. | 0.9 | 925 | $832.50 |
| 6/18/2024 | DS | Send relevant documents to S. Baldini; [REDACTED] correspond with A. Weinfeld re status of draft complaint; perform legal research for complaint; draft complaint; correspond with IT and HR re social media monitoring. | 8.6 | 1090 | $9,374.00 |
| 6/21/2024 | HJR | Research and draft email to D. Slemmer re elements of unfair competition and tortious interference causes of action; [REDACTED]; correspondence with D. Slemmer re same; conference with S. Baldini, D. Slemmer, and client re complaint. | 2.1 | 925 | $1,942.50 |
| 6/22/2024 | HJR | Research case law on [REDACTED] in defamation suit; correspondence with D. Slemmer re same. | 1.1 | 925 | $1,017.50 |
| 8/19/2024 | DS | Correspond with S. Baldini and A. Weinfeld re mediation; correspond with H. Reichelscheimer re exhibits for | 1.7 | 1090 | $1,853.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| | | mediation statement; review edits from A. Weinfeld and H. Reichelscheimer to mediation brief; revise the same; [REDACTED] | | | |
| 8/28/2024 | HJR | Review correspondence from D. Slemmer and J. Langmack re opposition to defendant's motion to dismiss; review correspondence from client re mediation; corr with D. Slemmer re same; review judge's recent cases [REDACTED] re amended complaint/motion to dismiss [REDACTED] email to S. Baldini and D. Slemmer re same; review summary of next steps prepared by D. Slemmer. | 1.8 | 925 | $1,665.00 |
| 9/24/2024 | SMB | [REDACTED], review new fishback materials; review arbitration agreement. | 0.6 | 1975 | $1,185.00 |
| 10/26/2024 | DS | [REDACTED] draft motion to strike. | 5.7 | 1090 | $6,213.00 |
| 10/27/2024 | DS | [REDACTED] draft motion to strike. | 3.7 | 1090 | $4,033.00 |
| 11/1/2024 | DS | Review motion to strike and perform research re the same; correspond with H. Reichelscheimer re the same; [REDACTED] | 0.7 | 1090 | $763.00 |
| 11/4/2024 | SMB | [REDACTED] review and revise opposition to motion to strike. | 0.7 | 1975 | $1,382.50 |
| 11/5/2024 | SMB | [REDACTED] | 0.8 | 1975 | $1,580.00 |
| 11/5/2024 | DS | [REDACTED] | 2 | 1090 | $2,180.00 |
| 11/6/2024 | SMB | [REDACTED] | 0.5 | 1975 | $987.50 |
| 11/6/2024 | DS | [REDACTED] correspond with H. Reichelscheimer re research into arbitrators. | 0.9 | 1090 | $981.00 |
| 11/11/2024 | DS | [REDACTED] | 0.4 | 1090 | $436.00 |
| 11/12/2024 | DS | [REDACTED] review motion to strike reply. | 1 | 1090 | $1,090.00 |
| 11/13/2024 | DS | Correspond with S. Baldini and A. Weinfeld re next steps; [REDACTED] | 2 | 1090 | $2,180.00 |
| 11/26/2024 | HJR | [REDACTED] | 0.1 | 925 | $ 92.50 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 11/27/2024 | HJR | [REDACTED] | 0.1 | 925 | $ 92.50 |
| 11/30/2024 | DS | [REDACTED] | 1 | 1090 | $1,090.00 |
| 1/30/2025 | SMB | (Court case) Review discovery memo, review research re: discovery [REDACTED] | 0.8 | 2175 | $1,740.00 |
| 3/19/2025 | SMB | Review discovery responses and protocol; review research re: [REDACTED] | 1.2 | 2175 | $2,610.00 |
| 4/7/2025 | SMB | Review research re: [REDACTED] review research re: [REDACTED] review memo re: offer of judgment; prepare for call with clients re: offer of judgment. | 2.4 | 2175 | $5,220.00 |
| 4/15/2025 | DS | Draft and organize search requests and document collection plan; correspond with S. Baldini and S. Rosen re the same; [REDACTED]; correspond with S. Baldini and A. Weinfeld re the same; correspond with trial services re social media document collection; draft email to send to opposing counsel before filing motion to strike; correspond with S. Baldini re the same. | 8.4 | 1310 | $11,004.00 |
| 4/28/2025 | SMB | Review settlement offer, discuss with D. Slemmer; review discovery demands; review research re: [REDACTED] | 1.2 | 2175 | $2,610.00 |
| 5/9/2025 | HJR | Correspondence with D. Slemmer re [REDACTED] research in connection with same; correspondence with M. Joseph and R. Thompson re document review team vendor; review correspondence from D. Slemmer and J. Ma re document production; review internal correspondence re proposed amended case management order. | 1.2 | 1095 | $1,314.00 |
| 5/20/2025 | DS | Attend meeting with A. Weinfeld, S. Baldini, and H. Reichelscheimer; draft and send email replying to opposing counsel; coordinate with | 4.6 | 1310 | $6,026.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| | | managing attorney's office to update deadlines; coordinate with J. Ma to compile set of production documents; send documents to A. Weinfeld; [REDACTED] | | | |
| 5/22/2025 | DS | [REDACTED] prepare chronology of all settlement related discussions and send to S. Baldini; perform research re interests of third party; organize and review comments from A. Weinfeld to documents for outgoing production. | 3.4 | 1310 | $4,454.00 |
| 6/3/2025 | SMB | Draft and revise deposition outline and review documents produced by Fishback; discuss with team and client; [REDACTED] | 5.2 | 2175 | $11,310.00 |
| 6/12/2025 | DS | Perform privilege review for outgoing document productions; organize and review production of outgoing documents; draft and send meeting talking points to S. Baldini; attend meeting with Greenlight team re next steps; review confidentiality designation procedures and email S. Baldini re the same; correspond with S. Baldini re outstanding tasks; attend evening meeting [REDACTED]; perform legal research re issues discussed at meeting. | 6.9 | 1310 | $9,039.00 |
| 6/20/2025 | MJH | Research Rule 45 [REDACTED] | 1.2 | 995 | $1,194.00 |
| 7/9/2025 | MJH | Review Rehm deposition materials; [REDACTED] Attend call with Rehm counsel to discuss deposition; Summarize meeting in email to D. Slemmer and S. Baldini; Draft email for A. Weinfeld on Rehm deposition. | 1.4 | 995 | $1,393.00 |
| 7/10/2025 | SMB | Prepare for deposition and review documents; take legacy deposition; discussion with client; [REDACTED]; review transcript. | 3.5 | 2175 | $7,612.50 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 7/11/2025 | SMB | Discussion with team re: confidentiality issues; correspondence with Steptoe; review transcript; review research re: [REDACTED] | 1.4 | 2175 | $3,045.00 |
| 7/11/2025 | MJH | Review invoices for confidentiality matter for D. Slemmer and [REDACTED] | 1.5 | 995 | $1,492.50 |
| 7/26/2025 | MJH | Review [REDACTED] cited by Kelton in recent discovery letter. | 0.6 | 995 | $597.00 |
| 8/7/2025 | DS | Perform legal research re consent injunctions; draft consent injunction and send to S. Baldini; review transcripts [REDACTED]; review and revise consent injunction based on comments from S. Baldini. | 4.3 | 1310 | $5,633.00 |
| 8/8/2025 | DS | [REDACTED] | 0.4 | 1310 | $524.00 |
| 8/10/2025 | SMB | Review client comments on factual findings; review research re: [REDACTED] | 0.8 | 2175 | $1,740.00 |
| 8/14/2025 | DS | [REDACTED] | 5.1 | 1310 | $6,681.00 |
| 8/15/2025 | SMB | Discussion with team re: latest production; review research re: [REDACTED]; draft and revise memo to client; review text production from Fishback. | 2.2 | 2175 | $4,785.00 |
| 8/15/2025 | MJH | Summarize [REDACTED] standards for D. Slemmer; Meet with S. Baldini and D. Slemmer to discuss Fishback text production; Assist D. Slemmer in summarizing hot documents for Greenlight. | 2.9 | 995 | $2,885.50 |
| 8/18/2025 | SMB | Multiple discussions with team and client re: new production and review texts; call with client; [REDACTED] | 1.6 | 2175 | $3,480.00 |
| 8/21/2025 | DS | [REDACTED] | 2.8 | 1310 | $3,668.00 |
| 9/24/2025 | MJH | Pull final redacted and produced invoices for H. Reichelscheimer; [REDACTED] | 0.3 | 995 | $298.50 |
| **TOTAL** | | | **118.2** | | **$158,258.50** |
| **After 10% Discount** | | | | | **$142,432.65** |