**Time Entries Relating To The Fee Application**

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 7/11/2025 | MJH | Review invoices for confidentiality matter for D. Slemmer and [REDACTED] | 1.5 | 995 | $1,492.50 |
| 7/11/2025 | DS | Correspond with S. Baldini re remaining discovery tasks; review invoice annotations from M. Hershey and correspond with M. Hershey re the same. | 0.8 | 1310 | $1,048.00 |
| 7/13/2025 | DS | Review invoices for production and tabulation of the same from M. Hershey; correspond with M. Hershey re the same; review third-party productions; draft summary of outstanding discovery issues and send to S. Baldini. | 3.7 | 1310 | $4,847.00 |
| 7/14/2025 | MJH | Review confidentiality invoices and highlight potentially sensitive entries for D. Slemmer; send email summary re the same to D. Slemmer. | 1.3 | 995 | $1,293.50 |
| 7/15/2025 | DS | Draft letter to opposing counsel re outstanding discovery issues; send letter to S. Baldini; revise letter based on comments from S. Baldini; send letter to A. Weinfeld; finalize and send letter to opposing counsel; coordinate third party deposition details; correspond with counsel for third-party witness; coordinate upload of third party production; review third party production; review invoice redactions from M. Hershey; correspond with S. Baldini re the same; correspond with A. Weinfeld re documents requested. | 5.6 | 1310 | $7,336.00 |
| 7/16/2025 | MJH | Compile exhibits for Hathaway deposition for D. Slemmer; Review correspondence regarding invoices; Coordinate with J. Ma to upload invoices to relativity for | 1.1 | 995 | $1,094.50 |

1

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| | | redaction; Attend call regarding Hathaway deposition. | | | |
| 7/16/2025 | DS | Attend call with counsel for third-party witness; review-third party production and draft deposition outline and materials for deposition of J. Hathaway; correspond with M. Hershey re the same; coordinate with deposition vendor, third-party witness counsel, and opposing counsel re deposition; review and revise invoice redactions; send the same to S. Baldini and A. Weinfeld; correspond with S. Baldini and A. Weinfeld re scheduled conference. | 6.8 | 1310 | $8,908.00 |
| 7/17/2025 | MJH | Redact invoices for D. Slemmer; Review news articles for production for D. Slemmer; Meet with D. Slemmer to discuss status of case and Hathaway deposition. | 2.5 | 995 | $2,487.50 |
| 9/24/2025 | HJR | Correspondence with D. Slemmer, R. Slavin, and J. Langmack re attorneys' fees motion; correspondence with M. Hershey re bills to date; review same. | 0.5 | 1095 | $547.50 |
| 9/24/2025 | DS | Correspond with opposing counsel re consent injunction and cover letter; finalize and file the same; correspond with H. Reichelscheimer re drafting of fee motion; correspond with S. Baldini and A. Weinfeld re entered order. | 1.1 | 1310 | $1,441.00 |
| 9/25/2025 | HJR | Draft memorandum of law in support of motion for attorneys' fees; correspondence with D. Slemmer and J. Langmack re same. | 2.2 | 1095 | $2,409.00 |
| 9/25/2025 | DS | Correspond with A. Weinfeld re entered consent order; correspond with H. Reichelscheimer re fee motion. | 0.4 | 1310 | $524.00 |

| Date | TKPR | Billing Entry | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 9/26/2025 | HJR | Draft motion for attorneys' fees; correspondence with D. Slemmer re same. | 2.8 | 1095 | $3,066.00 |
| 9/26/2025 | DS | Outline fee motion arguments; review draft of brief from H. Reichelscheimer. | 1.9 | 1310 | $2,489.00 |
| 9/29/2025 | MJH | Review invoice issue for D. Slemmer. | 0.1 | 995 | $99.50 |
| 9/29/2025 | HJR | Review correspondence from opposing counsel, D. Slemmer, and client re attorneys' fees. | 0.1 | 1095 | $109.50 |
| 9/29/2025 | DS | Outline fee motion arguments; review draft of brief from H. Reichelscheimer. | 0.7 | 1310 | $917.00 |
| 9/30/2025 | HJR | Analyze confidentiality order re filing documents marked confidential; correspondence with D. Slemmer re same; draft memorandum of law in support of motion for attorneys' fees. | 0.9 | 1095 | $985.50 |
| 9/30/2025 | DS | Review and revise fee motion brief; review background materials in support of the same; correspond with H. Reichelschiemer and S. Baldini re the same. | 5.5 | 1310 | $7,205.00 |
| **TOTAL** | | | **39.5** | | **$48,300.00** |
| **After 10% Discount** | | | | | **$43,470.00** |

3