**Costs**

| Billing Month | Date | Category | Cost |
|---|---|---|---|
| May 2024 | 5/28/2024 | Westlaw | $685.01 |
| May 2024 | 5/29/2024 | Westlaw | $2,618.41 |
| May 2024 | 5/29/2024 | Local Transportation | $37.12 |
| May 2024 | 5/30/2024 | Local Transportation | $35.74 |
| May 2024 | 5/30/2024 | Westlaw | $205.95 |
| May 2024 | 5/30/2024 | Westlaw | $1,264.80 |
| May 2024 | 5/31/2024 | Westlaw | $1,037.97 |
| June 2024 | N/A | Courtlink | $10.62 |
| June 2024 | N/A | Westlaw | $5,382.36 |
| June 2024 | N/A | Meals | $23.67 |
| August 2024 | 7/31/2024 | CourtAlert | $44.77 |
| August 2024 | 8/3/2024 | Courtlink | $7.06 |
| August 2024 | 8/3/2024 | Courtlink | $49.96 |
| September 2024 | 8/26/2024 | Westlaw | $411.90 |
| September 2024 | 8/28/2024 | Westlaw | $320.87 |
| September 2024 | 8/28/2024 | Westlaw | $861.12 |
| September 2024 | 8/28/2024 | Westlaw | $88.48 |
| September 2024 | 8/31/2024 | CourtAlert | $41.92 |
| September 2024 | 9/25/2024 | Westlaw | $147.00 |
| October 2024 | N/A | Other Research | $44.61 |
| October 2024 | N/A | Courtlink | $24.82 |
| October 2024 | N/A | Westlaw | $8,686.43 |
| November 2024 | 10/28/2024 | Westlaw | $205.95 |
| November 2024 | 10/30/2024 | Westlaw | $205.95 |
| November 2024 | 11/1/2024 | Westlaw | $205.95 |
| November 2024 | 11/1/2024 | Westlaw | $882.64 |
| November 2024 | 11/17/2024 | Westlaw | $440.99 |
| November 2024 | 11/24/2024 | Courtlink | $3.53 |
| November 2024 | 11/24/2024 | Courtlink | $99.90 |
| December 2024 | N/A | Other Research | $83.83 |
| December 2024 | N/A | Westlaw | $7,117.92 |
| January 2025 | N/A | Other Research | $57.62 |
| January 2025 | N/A | Courtlink | $3.53 |
| January 2025 | N/A | Westlaw | $205.95 |
| January 2025 | N/A | Courier | $19.33 |
| February 2025 | N/A | Other Research | $43.82 |
| February 2025 | N/A | Transcripts | $107.88 |

1

| Billing Month | Date | Category | Cost |
|---|---|---|---|
| April 2025 | N/A | Other Research | $1.10 |
| April 2025 | N/A | Courtlink | $174.42 |
| April 2025 | N/A | Westlaw | $3,724.98 |
| May 2025 | N/A | Westlaw | $1,133.45 |
| May 2025 | N/A | Professional Fees - Legal | $10,843.50 |
| June 2025 | N/A | Lexis | $85.55 |
| June 2025 | N/A | Courtlink | $52.78 |
| June 2025 | N/A | Westlaw | $2,623.62 |
| June 2025 | N/A | Courier | $213.50 |
| June 2025 | N/A | Duplication - In House | $39.40 |
| June 2025 | N/A | Color Copy | $12,600.00 |
| June 2025 | N/A | Meals | $100.83 |
| June 2025 | N/A | Professional Fees - Process Server | $1,233.10 |
| June 2025 | N/A | Local Transportation | $280.73 |
| July 2025 | N/A | Other Research | $6.30 |
| July 2025 | N/A | Westlaw | $1,055.11 |
| July 2025 | N/A | Professional Fees - Legal | $25,035.50 |
| July 2025 | N/A | Professional Fees - Process Server | $1,759.00 |
| July 2025 | N/A | Other Research | $524.18 |
| July 2025 | N/A | Transcripts | $204.40 |
| August 2025 | N/A | Courtlink | $264.57 |
| August 2025 | N/A | Westlaw | $5,469.58 |
| August 2025 | N/A | Transcripts | $2,654.05 |
| September 2025 | N/A | Courtlink | $144.73 |
| September 2025 | N/A | Westlaw | $9,914.66 |
| September 2025 | N/A | Transcripts - Lexitas & Southern District Reporters | $8,322.09 |
| **TOTAL** | | | **$120,176.51** |

2