UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Greenlight Capital, Inc., DME Capital      :
Management, LP,                            :

                                  :      Case No.: 24-cv-04832-PAE

                    Plaintiffs,     :
                                  :
    –   against –             :
                                  :
James T. Fishback,               :
                                :
                  Defendant.     :
-------------------------------------------------------------X

## <u>DECLARATION OF JUSTIN T. KELTON</u>

Justin T. Kelton declares as follows pursuant to 28 U.S.C. § 1746:

1.      I am an attorney duly licensed to practice in the State of New York and the United States District Court for the Southern District of New York, and I am a partner at Abrams Fensterman, LLP (the "Firm"), attorneys for defendant James T. Fishback in this action.

2.      I respectfully submit this Declaration in support of Abrams Fensterman, LLP's motion to withdraw as counsel in this matter.  This Declaration is based on my personal knowledge and my review of the Firm's business records.

3.      As set forth below, this motion is made due to nonpayment of substantial legal fees for a prolonged period, combined with Defendant's inability to pay any additional fees that may be incurred going forward.

4.      The Firm was retained for this matter by Defendant pursuant to a written retainer agreement under which Defendant agreed to pay the Firm's legal fees based on our hourly rates. The Firm has not agreed to finance the defense of this litigation or render gratuitous services in this matter.

1

5.      Throughout the Firm's representation of Defendant, the Firm provided regular monthly invoices to Defendant reflecting the work performed, the hours incurred, the rates of the personnel performing the work, any expenses incurred, and the total amounts due.

6.      As work progressed, Defendant was unable to keep current with the fees and costs incurred, and presently, Defendant owes the Firm more than $150,000 in fees and costs for work already performed.[1]  Most of this balance has been outstanding for more than 120 days.

7.      Defendant has informed the Firm that (i) he is unable to pay the outstanding and overdue balance, and (ii) he will not be able to pay fees that may be incurred for any future work that may be required going forward.

8.      Defendant and I have discussed these circumstances repeatedly, and Defendant does not dispute that the Firm is owed substantial fees and costs that have been outstanding and overdue for a substantial period.

9.      For the reasons set forth herein, it is respectfully requested that the Court grant Abrams Fensterman, LLP and its attorneys leave to withdraw as counsel in this matter.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 12, 2026

/s/ Justin T. Kelton
Justin T. Kelton

---

[1]    The Firm previously was granted permission to withdraw from the other matters in which it had represented Defendant, including a federal action titled *Greenlight Capital Inc. v. Fishback*, S.D.N.Y. Case No. 24-cv-02299-LTS, and a an arbitration proceeding in front of the American Arbitration Association.