**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Greenlight Capital, Inc., DME Capital Management, LP,<br><br>                    Plaintiffs,<br><br>   -vs.-<br><br><br>James T. Fishback,<br><br>                    Defendant. | No. 1:24-cv-04832 (PAE)<br><br>**[PROPOSED]**<br>**FINAL JUDGMENT AWARDING**<br>**ATTORNEYS' FEES AND COSTS** |

It is hereby ORDERED and ADJUDGED that for the reasons stated in the Opinion and Order entered by this District Court on June 23, 2026, Dkt. 84, judgment is entered in favor of Greenlight Capital Inc. and DME Capital Management, LP ("Plaintiffs") and against James T. Fishback ("Fishback"), and Plaintiffs are entitled to recover from Fishback **$1,318,516.03**, consisting of: (i) $1,198,464.02 in fees, and (ii) $120,052.01 in costs. This amount does not reflect post-judgment interest, which Plaintiffs shall be entitled to recover pursuant to 28 U.S.C. § 1961(a).

Dated: New York, New York
July _____, 2026

_____
The Honorable Paul A. Engelmayer
United States District Court Judge