Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T   +1 212.872.1000
F   +1 212.872.1002
akingump.com



**Stephen M. Baldini**
+1 212.872.1062/fax: +1 212.872.1002
sbaldini@akingump.com

August 4, 2026

**VIA ECF**
Hon. Paul E. Engelmayer
U.S. District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:   *Greenlight Capital, Inc., et al. v. Fishback*, 1:24-cv-04832-PAE

Dear Judge Engelmayer,

On behalf of Plaintiffs Greenlight Capital, Inc. and DME Capital Management, LP (together "Plaintiffs"), we submit this letter requesting entry of judgment against Defendant Fishback in accordance with the Court's Opinion and Order dated June 23, 2026. Dkt. No. 84 (the "Fee Decision"). In the Fee Decision, the Court awarded Plaintiffs $1,198,464.02 in attorneys' fees and $120,052.01 in costs. Dkt. No. 84. Plaintiffs thereafter submitted a Proposed Final Judgment Awarding Attorneys' Fees and Costs on July 7, 2026. Dkt. No. 85 (the "Proposed Judgment").

The deadline to appeal the Fee Decision elapsed on July 23, 2026. *See* Fed. R. App. P. 4(a)4(A); 28 U.S.C. § 2107. Because Defendant has failed to appeal that decision or otherwise move the Court for relief, Plaintiffs respectfully request that the Court enter the Proposed Judgment to give effect to, and allow Plaintiffs to enforce, the Fee Decision.

We appreciate the Court's attention to this matter and are available to answer any questions or address any concerns the Court may have.

Respectfully Submitted,

 /s/ *Stephen M. Baldini*
Stephen M. Baldini