UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Greenlight Capital, Inc., DME Capital
Management, LP,

                          Plaintiffs,

        -vs.-


James T. Fishback,

                          Defendant.

No. 1:24-cv-04832 (PAE)

**FINAL JUDGMENT AWARDING
ATTORNEYS' FEES AND COSTS**

---

It is hereby ORDERED and ADJUDGED that for the reasons stated in the Opinion and Order entered by this District Court on June 23, 2026, Dkt. 84, judgment is entered in favor of Greenlight Capital Inc. and DME Capital Management, LP ("Plaintiffs") and against James T. Fishback ("Fishback"), and Plaintiffs are entitled to recover from Fishback **$1,318,516.03**, consisting of: (i) $1,198,464.02 in fees, and (ii) $120,052.01 in costs. This amount does not reflect post-judgment interest, which Plaintiffs shall be entitled to recover pursuant to 28 U.S.C. § 1961(a).


Dated: New York, New York
        August 4, 2026

                                        *Paul A. Engelmayer*
                                        _____
                                        The Honorable Paul A. Engelmayer
                                        United States District Court Judge